UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jordan Mann, | ) CIVIL ACTION NO. |
| Plaintiff, | ) 07-CV-5691 (NRB/DF) |
| v. | ) |
| Plus One Fitness; Trump World Towers; "Robert" Doe; Jamie MacDonald; Does 1 – 10 inclusive, | ) |
| Defendant(s). | ) |

**NOTICE OF APPEARANCE AND ADDRESS FOR ELECTRONIC NOTIFICATION**

PLEASE TAKE NOTICE that Deborah Martin-Norcross, Esq. of the firm MartinNorcross LLC shall serve as counsel for the defendants named herein as "Plus One Fitness" and "Jamie MacDonald" in the above-captioned action.

Yours, etc.

**MARTINNORCROSS LLC**
110 Wall Street
RCG Suite, 26th Floor
New York, New York 10004
--
60 Marion Road West
Princeton, New Jersey 08540
Tel: (609) 249-5860
Fax: (609) 945-3912
dmnorcross@martinnorcross.com

By:   /s/ Deborah Martin-Norcross
        Deborah Martin-Norcross (DN0289)