UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jordan Mann, | CIVIL ACTION NO. |
| Plaintiff, | 07-CV-5691 (NRB/DF) |
| v. | |
| Plus One Fitness; Trump World Towers; "Robert" Doe; Jamie MacDonald; Does 1 – 10 inclusive, | |
| Defendant(s). | |

**STIPULATION SETTING TIME FOR DEFENDANTS NAMED HEREIN AS "PLUS ONE FITNESS" AND "JAMIE MacDONALD" TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT**

Nkereuwem Umoh, Esq., Counsel for Plaintiff Jordan Mann, and Deborah Martin-Norcross, Esq., Counsel for the Defendants named herein as "Plus One Fitness" and "Jamie MacDonald," hereby stipulate and agree that said Defendants shall have until September 7, 2007 to answer, move, or otherwise respond to the Second Amended Complaint.

Law Offices of Chidi Eze
255 Livingston Street
Brooklyn, NY 11217
(718) 360-0527

MARTINNORCROSS LLC
RCG Suite, 26ᵗʰ Floor
110 Wall Street
New York, NY 10004
--
60 Marion Road West
Princeton, NJ 08540
Tel: (609) 249-5860
Fax: (609) 945-3912
dmnorcross@martinnorcross.com

By: /s/ Nkereuwem Umoh

By: /s/ Deborah Martin-Norcross

Case 1:07-cv-05691-NRB Document 4 Filed 08/13/2007 Page 2 of 2

Nkereuwem Umoh (NU7233)                        Deborah Martin-Norcross (DN0289)

SO ORDERED THIS _16_ DAY OF AUGUST, 2007:

Hon. Naomi Reice Buchwald
United States District Judge

2