UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Attorney: NKEREUWEM UMOH
Index No. 07 CV 5691

JORDAN MANN

Plaintiff(s)

- against -

**AFFIDAVIT OF SERVICE**

PLUS ONE FITNESS, ET AL

Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS     Ss:
CARLOS CASTRO     BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JULY 24, 2007 AT 1:45 PM AT 845 UNITED NATIONS PLAZA, NEW YORK, NY 10017 deponent served the within AMENDED SUMMONS & AMENDED COMPLAINT on TRUMP WORLD TOWERS therein named,

**INDIVIDUAL A** ___ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ___ (S) He identified (her) himself as such.

**CORPORATION B** X a (domestic) (foreign) corporation by delivering thereat a true copy of each to REGINALD SAMPSON personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be SECURITY MANAGER- AUTHORIZED TO ACCEPT thereof

**SUITABLE AGE PERSON C** ___ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ___ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR ETC. D** ___ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 30-40 | 6'0-6'3 | 175-200 |

**MILITARY SERVICE** Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

Sworn to before me on the 25TH DAY OF JULY, 2007

MICHAEL SMITH
Notary Public State of New York
No. 01SM4997428
Qualified in New York County
Commission Expires July 19, 2008

CARLOS CASTRO
LICENSE No. 1021960

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
JORDAN MANN

Attorney: NKEREUWEM UMOH  
Index No. 07 CV 5691

Plaintiff(s)

- against -

AFFIDAVIT OF SERVICE

PLUS ONE FITNESS, ET AL

Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS    Ss:  
CARLOS CASTRO    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JULY 24, 2007 AT 12:50  M AT 75 MAIDEN LANE, NEW YORK, NY 10038 deponent served the within AMENDED SUMMONS & AMENDED COMPLAINT on JAMIE MACDONALD therein named,

**INDIVIDUAL A** ___ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ___ (S) He identified (her) himself as such.

**CORPORATION B** ___ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be thereof

**SUITABLE AGE PERSON C** X by delivering thereat a true copy of each to DAVID MILANI a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state.   X  (S) He identified (her) himself as CO-WORKER of recipient

**AFFIXING TO DOOR ETC. D** ___ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** X Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at 75 MAIDEN LANE, NEW YORK, NY 10017 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State on JULY 25, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 30-40 | 5'7-5'9 | 150-165 |

**MILITARY SERVICE** Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons(es).

Sworn to before me on the 25TH DAY OF JULY, 2007

MICHAEL SMITH  
Notary Public, State of New York  
No.01SM_____  
Qualified in New York County  
Commission Expires July 19, 2008

CARLOS CASTRO  
LICENSE No. 1021960

UNITED STATES DISTRICT COURT  Attorney: NKEREUWEM UMOH
SOUTHERN DISTRICT OF NEW YORK  Index No. 07 CV 5691
JORDAN MANN

                                          Plaintiff(s)

- against -   **AFFIDAVIT OF SERVICE**

PLUS ONE FITNESS, ET AL

                                          Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS    Ss:
CARLOS CASTRO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JULY 24, 2007 AT 12:50 M AT 75 MAIDEN LANE, NEW YORK, NY 10038 deponent served the within AMENDED SUMMONS & AMENDED COMPLAINT on PLUS ONE FITNESS therein named,

**INDIVIDUAL A** ___ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ___ (S) He identified (her) himself as such.

**CORPORATION B** X a (domestic) (foreign) corporation by delivering thereat a true copy of each to DAVID MILANI personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be AUTHORIZED TO ACCEPT thereof

**SUITABLE AGE PERSON C** ___ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ___ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR ETC. D** ___ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ___ Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 30-40 | 5'7-5'9 | 150-165 |

**MILITARY SERVICE** Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

Sworn to before me on the 25TH DAY OF JULY, 2007

MICHAEL SMITH
Notary Public, State of New York
No. 01SM5007428
Qualified in New York County
Commission Expires July 19, 2008

CARLOS CASTRO
LICENSE No. 1021960