UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jordan Mann, | ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) ) | 07-CV-5691 (NRB/DF) |
| v. | ) ) ) | **RULE 7.1 DISCLOSURE STATEMENT** |
| Plus One Fitness; Trump World Towers; "Robert" Doe; Jamie MacDonald; Does 1 – 10 inclusive, | ) ) ) ) ) | |
| Defendant(s). | ) ) | |

UNDER Fed. R. Civ. P. 7.1, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Plus One Holdings, Inc., named herein as Plus One Fitness, certifies that Plus One Holdings, Inc. has no publicly held corporate parents, affiliates, or subsidiaries.

Respectfully submitted,

MARTINNORCROSS LLC
RCG Suite, 26th Floor
110 Wall Street
New York, New York 10004
--
60 Marion Road West
Princeton, New Jersey 08540
Tel: (609) 249-5860
Fax: (609) 945-3912
dmnorcross@martinnorcross.com

By: **/s/ Deborah Martin Norcross**
Deborah Martin Norcross (DN0289)

September 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2007, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Nkereuwem Inyang Umoh, Esq.
Attorney for Plaintiff
255 Livingston Street, 4th Floor
Brooklyn, NY 11217
numoh@umohlaw.com

Sofia Lambrou, Esq.
BELKIN BURDEN WENIG & GOLDMAN LLP
Attorneys for Defendants Board of Managers of Trump World Tower Condominium and John Henriques
270 Madison Avenue
New York, NY 10016
slambrou@bbwg.com

By: **/s/ Deborah Martin Norcross**
Deborah Martin Norcross (DN0289)

September 7, 2007