Sep 14 07 03:10p    MartinNorcross           (609) 945-3912           p.2

**MEMO ENDORSED**

## MARTINNORCROSS LLC

PRACTICE LIMITED TO EMPLOYMENT MATTERS AND RELATED LITIGATION

60 MARION ROAD WEST                          379 THORNALL STREET
PRINCETON, NEW JERSEY 08540                  EDISON, NEW JERSEY 08837
DIRECT DIAL:  (609) 249-5860
FACSIMILE:    (609) 945-3912                 110 WALL STREET
E-mail: dmnorcross@martinnorcross.com        NEW YORK, NEW YORK 10004

September 14, 2007

By Facsimile: (212) 805-7927
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

Re:   *Mann v. Plus One Fitness, et al.*
      Civil Action No. 07 Civ 5691(NRB)

Your Honor:

I am counsel to Defendants Plus One Holdings, Inc. and Jamie MacDonald. I am writing to request that the Court reschedule the Initial Pretrial Conference presently set for October 11, 2007 at 3:00 p.m.

I start a jury trial in the United States District Court for the District of New Jersey in *Oh v. Engelhard-CLAL*, 04-CV-0020 on October 9, 2007. I will be engaged in that matter, and therefore unavailable for the Conference scheduled in this case, on the 11th.

Unless unanticipated delays occur in the *Oh* trial, I can attend a rescheduled conference at any time that is convenient for the Court between October 15 and October 19, or on or after October 30. I have a family trip scheduled for the period October 20 through October 29.

I appreciate the Court's consideration of this request.

*[Handwritten endorsement:]* The conference is rescheduled for October 15, 2007 at 3:30pm. So Ordered. [signature] USDJ 9/17/07

Hon. Naomi Reice Buchwald
September 14, 2007
Page 2 of 2

Respectfully,

Deborah Martin Norcross

cc:  Uwem Umoh, Esq. By Facsimile: (718) 360-1916
     Sofia Lambrou, Esq. By Facsimile: (212) 867-0709