UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN MANN, | Civil Action No. 07-CV-5691 |
| Plaintiff, | |
| -against- | |
| PLUS ONE FITNESS; TRUMP WORLD TOWERS; "ROBERT" DOE; JOHN HENDRICK; JAMIE MACDONALD; DOES 1-10 INCLUSIVE, | **CONSENT TO CHANGE ATTORNEY** |
| Defendants. | |

**IT IS HEREBY CONSENTED THAT** Lester Schwab Katz & Dwyer, LLP, 120 Broadway New York, N.Y. 10271, be substituted as attorneys of record for the undersigned party in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated:  New York, New York
        November    , 2007

BOARD OF MANAGERS OF TRUMP WORLD TOWER CONDOMINIUM

By: _____
    Sonja Talesnik, Assistant Secretary

_____
John Henriques

BELKIN BURDEN WENIG & GOLDMAN, LLP

By: _____
    Robert T. Holland, Esq.

LESTER SCHWAB KATZ & DWYER, LLP

By: _____
    HAROLD J. DERSCHOWITZ, ESQ. (HJD-9910)

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

On the 28th day of November 2007 before me, the undersigned, personally appeared Sonja Talesnik and John Henriques, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacities, and by their signatures on the instrument, the individuals, or the person upon behalf or whom the individuals acted, executed instrument.

_____
Signature of Notary Public taking acknowledgment

STEPHANIE ALVARENGA
NOTARY PUBLIC, State of New York
No. 31-4955771
Qualified in New York County
Commission Expires September 5, 2009

RHOLLAND/999.0001/526177