UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JORDAN MANN,

        Plaintiff,

-against-

PLUS ONE FITNESS; TRUMP WORLD TOWERS;
"ROBERT" DOE; JOHN HENDRICK;
JAMIE MACDONALD,
DOES 1-10 INCLUSIVE,

        Defendants

Civil Action No. 07-CV-5691

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT Lester Schwab Katz & Dwyer, LLP, 120 Broadway New York, N.Y 10271, be substituted as attorneys of record for the undersigned party in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: New York, New York
November    , 2007

BOARD OF MANAGERS OF TRUMP WORLD
TOWER CONDOMINIUM

By: _____
Sonja Talesnik, Assistant Secretary

SO ORDERED:

_____
Naomi Reice Buchwald
U.S.D.J.

Dated 12/10/07

_____
John Henriques

BELKIN BURDEN WENIG & GOLDMAN, LLP

By: _____
Robert T Holland, Esq

LESTER SCHWAB KATZ & DWYER, LLP

By: _____
HAROLD J. DERSCHOWITZ, ESQ. (HJD-9910)

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK )

November 2007

On the 21st day of ~~May 2006~~ before me, the undersigned, personally appeared Sonja Talesnik and John Henriques, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacities, and by their signatures on the instrument, the individuals, or the person upon behalf or whom the individuals acted, executed instrument.

Sign_____ taking acknowledgment
Qualified in New York County
Commission Expires September 5, 2009

RHOLLAND/999.0001/526177