

# UWEM UMOH
### ATTORNEY AT LAW
255 LIVINGSTON STREET, 4TH FLOOR,
BROOKLYN, N.Y. 11217

TEL. 718.360.0527        EMAIL: numoh@umohlaw.com        FAX: 718.360.1916

BY HAND

January 17, 2008

Honorable Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 18 2008

Re:  Jordan Mann v. Plus One Fitness et al.
     07 CV 5691(RB)

Your Honor:

*Endorsement*
*Application is granted. So Ordered.*
*[signature]*
*1/18/08*

I represent the plaintiff in the above referenced action. I write this letter seeking leave to amend the complaint to remove the 13th cause of action, which alleges a violation of her First Amendment rights, as well as replacing John "Hendricks" with John "Henriques" (the latter being the proper spelling) on the caption. I also seek leave to serve the defendants with my First Set of Interrogatories and Document Requests, which were due on January 7, 2008.

The defendants consent to the proposed amendments of the complaint. However, they neither consent nor oppose the request for leave to serve the discovery demands, which per the initial conference order were due January 7, 2008. Leave to serve the discovery demands will not affect any scheduled dates, as the plaintiff's depositions have been set for February 12 and February 13, 2008. There have been no other requests for leave to file an amended complaint or to serve document requests.

I thank Your Honor for your time and consideration of this request.

Respectfully,

[signature]

NKEREUWEM UMOH

Cc: Harold Derschowitz, Esq., and Deborah Martin Norcross, Esq., counsels for defendants, via email.