UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. CV 07 5691 (NRB)

Jordan Mann

        Plaintiff,

v.

Plus One Fitness; Trump World Towers
"Robert" Doe; John Hendriques
Jamie MacDonald
Does 1-10 inclusive

        Defendants



**THE FOLLOWING AMENDED SCHEDULING ORDER IS ENTERED AFTER CONSULTATION WITH THE PARTIES:**

| | |
|---|---|
| Amend the pleadings without leave of court by | December 21, 2007 |
| Joinder of additional parties by | February 8, 2008. |
| Service of interrogatories and document requests by | April 4, 2008 |

Anticipated dispositive motions: Summary Judgment within 30 days from the end of factual discovery

End of factual discovery by                      June 30, 2008

Expert discovery to be conducted after summary judgment is decided

*No further extensions.*

*[signature], USDJ*

SO ORDERED