Jul 09 08 09:34a    MARTINNORCROSS LLC    16099453912    p.2
Case 1:07-cv-05691-NRB    Document 25    Filed 07/14/2008    Page 1 of 2

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

**MARTINNORCROSS LLC**
PRINCETON ■ EDISON ■ NEW YORK

PRACTICE LIMITED TO EMPLOYMENT MATTERS AND RELATED LITIGATION

REPLY TO: 60 Marion Road West, Princeton, NJ 08540

DEBORAH MARTIN NORCROSS, ESQ.
DIRECT DIAL: (609) 249-5860
FACSIMILE: (609) 945-3912
E-MAIL: dmnorcross@martinnorcross.com

July 9, 2008

By Facsimile: (212) 805-7927
Hon. Naomi Reice Buchwald
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10007


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUL - 9 2008
UNITED STATES DISTRICT JUDGE

Re:    *Mann v. Plus One Holdings, Inc. et al.*
       *Civil Action No. 07-CV-5691*

Your Honor:

   Under the current scheduling order, Defendants' motions for summary judgment are due within thirty (30) days following the close of fact discovery. Since Plaintiff will not now be deposed until the period between August 5 and August 12, and assuming that her deposition does not lead to a need for additional fact discovery, motions would be due sometime during the second week of September under the order.

   I apologize for not thinking of this during our conference on Monday, but I have a prepaid family vacation scheduled for August 23 through September 7. It may be premature to make this request, because we do not yet know what form Plaintiff's compliance with Your Honor's directives will take. To be prudent, however, we respectfully request that the current summary judgment deadline be stayed pending resolution of outstanding discovery due from Plaintiff. Alternatively, we ask that the deadline be extended to September 30 or later. Counsel for Co-Defendants joins in this request. Plaintiff's lawyers have consented to it.

   We appreciate the Court's consideration of this request.

                                                   Respectfully,
                                                   [signature]
                                                   Deborah Martin Norcross

*[Handwritten endorsement in right margin:]* Any motion for summary judgment shall be made no later than September 30, 2008. No further extensions. So Ordered.
[signature] Naomi Reice Buchwald USDJ
7/10/08

*[Vertical stamp right edge: MEMO ENDORSED]*

cc:   Harold Derschowitz, Esq. (By Email)
      Chide Eze, Esq. (By Email)
      Nkereuwem Umoh, Esq. (By Email)