UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jordan Mann, | ) | CIVIL ACTION NO. |
|     Plaintiff, | ) ) ) | 07-CV-5691 (NRB/DF) |
| v. | ) ) ) | **FIRST SET OF** |
| Plus One Fitness; Trump World Towers; "Robert" Doe; Jamie MacDonald; Does 1 – 10 inclusive, | ) ) ) ) ) ) | **INTERROGATORIES TO PLAINTIFF FROM DEFENDANTS PLUS ONE HOLDINGS, INC. and JAMIE MACDONALD** |
|     Defendant(s). | ) ) | |

TO:    LAW OFFICE OF UWEM UMOH
           255 Livingston Street, 4th Floor
           Brooklyn, NY 11217
           Attn:  Uwem Umoh, Esq.
           numoh@umohlaw.com

Copy To:  LESTER SCHWAB KATZ & DWYER, LLP
           120 Broadway
           New York, NY 10271
           Attn:  Harold J. Derschowitz, Esq.
           hderschowitz@lskdnylaw.com

Under *Fed. R. Civ. P. 33* and *Local Rules 26 and 33,* Defendants Plus One Holdings, Inc, and Jamie MacDonald request that Plaintiff answer the following interrogatories in writing, separately, and under oath, within thirty (30) days of the service hereof.

***INSTRUCTIONS AND DEFINITIONS***

In answering these interrogatories, furnish all information available to you, including information in the possession of your attorneys, your investigators, and all other persons acting on your behalf. If you cannot answer the interrogatories in full after exercising due diligence, please so state and answer to the extent possible, specifying your inability to answer the remainder and providing whatever information or knowledge you have concerning the unanswered portions.

The interrogatories that follow are continuing. You therefore are requested to provide, by way of supplementary answers, any additional information you or any persons acting on your behalf may later obtain that will augment, clarify, or otherwise modify your answers to these interrogatories. Such supplementary responses are to be served upon counsel for these Defendants within ten (10) days after you become aware of the additional information.

As used herein, and in addition to the definitions proscribed by *Local Rule 26.3*, the following terms shall have the meanings indicated below:

a. "Plaintiff" or "you" refers to Jordan R. Mann, a/k/a Rhonda R. Mann and any authorized agent(s), attorney(s), or other person(s) acting on Plaintiff's behalf.

b. "Identify" with respect to a corporation, association, or other entity is defined as set forth in *Local Rule 26.3(5)*.

c. "Plus One" means Plus One Holdings, Inc.

d. "TWT" means the Board of Managers of Trump World Tower Condominium, and the officers, directors, managers, trustees, employees, agents, representatives, or attorneys acting or who has acted on its behalf.

If you claim that any of the information requested below is protected from disclosure by the attorney-client privilege, as trial preparation materials, or by any other legally cognizable privilege, you are required to provide all of the information proscribed in *Fed. R. Civ. P. 26(b)(5)* and *Local Rule 26.2*.

### INTERROGATORY NO. 1

Please identify each person, other than your counsel in this action, who assisted in preparing your answers to these interrogatories, and provide the interrogatory numbers each person assisted in answering. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

### INTERROGATORY NO. 2

Please identify each person you believe has knowledge of any facts relating to this matter and give a detailed description of the knowledge you believe each person has. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

## *INTERROGATORY NO. 3*

Please identify each person you may call as a witness at the trial of this matter, and state with particularity the testimony to be given by that witness and the facts underlying or supporting that testimony. Identify all documents concerning the information requested in this interrogatory.

## *ANSWER*

## *INTERROGATORY NO. 4*

Please identify any and all experts contacted or retained by you for the purposes of this litigation. For each such expert, please state his/her area of expertise and identify all reports rendered by such expert(s), as well as all documents received from, or provided to, such expert(s). If any reports rendered by such expert(s) were oral, please state the contents of the same in full.

## *ANSWER*

## *INTERROGATORY NO. 5*

For each separate count in your complaint, please state with particularity the nature, basis, amount, and manner of computation of all monetary relief and/or damages

(including but not limited to attorneys' fees) you are seeking. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

### INTERROGATORY NO. 6

Please identify all documents, including but not limited to electronic mail, concerning any defendant or any of the factual allegations contained in your Second Amended Complaint.

*ANSWER*

### INTERROGATORY NO. 7

Please identify each individual or entity, other than your counsel in this action, with whom you have had any communication concerning any defendant since January 1, 2006. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

## *INTERROGATORY NO. 8*

Has any investigation been conducted by you or by anyone acting on your behalf with regard to your factual claims in this action? If so, as to each investigation state;

a.  the date and reason for such investigation;

b.  whether any record or report was made of it;

c.  the name, address, and telephone number of the person or organization conducting the investigation; and

d.  identify all documents concerning the information requested in this interrogatory.

### *ANSWER*

## *INTERROGATORY NO. 9*

Please identify all documents you may offer as evidence at trial.

### *ANSWER*

## *INTERROGATORY NO. 10*

Have you obtained a statement from any person concerning any of the factual allegations in this action? If yes, state:

a.  the name and address of the person who gave the statement and the date the statement was obtained;

b.  if written, whether signed by the person;

c.  if oral, the name and address of the person who obtained the statement, the date the statement was obtained, and a complete description of the contents of the statement; and

d.  identify all documents concerning the information requested in this interrogatory.

*ANSWER*

### *INTERROGATORY NO. 11*

Please state your residential address(es) over the past ten (10) years and provide the dates during which you resided at each address.

*ANSWER*

### *INTERROGATORY NO. 12*

Please state whether you have contacted, or attempted to contact, any current or former employee of Plus One or TWT, or any current or former resident of the Trump World Tower condominiums, regarding this case. If so, please identify each person you contacted or attempted to contact and state the date of each such contact or attempt to contact. Please also identify all documents concerning the information requested in this interrogatory.

*ANSWER*

### *INTERROGATORY NO. 13*

Please describe any and all communications you have had regarding the possibility of filing, or the decision to file, a legal action against Plus One or TWT. Identify the date(s) and participants in each communication. Please identify all documents concerning the information requested in this interrogatory. If your response includes communications with your counsel in this action, please provide only the information required by *Fed. R. Civ. P. 26(b)(5)* and *Local Rule 26.2* as to those communications.

*ANSWER*

### *INTERROGATORY NO. 14*

Please state whether you have ever charged another person or entity with a crime. If yes, please describe the charge in detail, state the date and complaint or docket number, the name and location of each court where the prosecution or conviction took place, and a full description of any and all pleas or verdicts entered and sentences imposed. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

## *INTERROGATORY NO. 15*

Please identify all electronic mail in your possession or under your control to, from, or concerning any defendant.

*ANSWER*

## *INTERROGATORY NO. 16*

Please state whether you have ever been charged with a crime. If yes, please describe the charge in detail and state the date and docket number of each prosecution or conviction, the name and location of each court where the prosecution or conviction took place, and a full description of any and all pleas or verdicts entered and sentences imposed. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

## *INTERROGATORY NO. 17*

Please identify all documents concerning your employment with Plus One.

*ANSWER*

## *INTERROGATORY NO. 18*

State whether you have applied for unemployment compensation benefits or other public assistance since the cessation of your employment with Plus One. If the answer is in the affirmative, identify the agency or agencies to which such application was made and state with respect to each:

a. the date of the application;

b. any and all rulings by said agency;

c. the weekly benefit rates;

d. the period for which benefits were received;

e. the total amount received; and

f. identify each and every document that reflects or relates to the information requested in this Interrogatory.

## *ANSWER*

## *INTERROGATORY NO. 19*

If you contend that any party to this action has, at any time, made any admissions or statements against interest, state:

a. the date of the admission;

b. the name and address of the person making it;

c. the name and address of the person or persons to whom it was made;

d. set forth the nature of the admission or statement against interest in detail;

e. state whether it was reduced to writing;

f. the place where the admission or statement against interest was made;

g. names and addresses of the persons present when it was made; and

h. identify all documents concerning the information requested in this interrogatory.

*ANSWER*

### INTERROGATORY NO. 20

Identify each and every employment (including self-employment and independent contractor activities) you have had during the past ten (10) years, listing the current or last known address and telephone number of each employer, and state the following:

a. the dates of each such employment;

b. the job title(s) held by you and the duties performed during each such employment;

c. your rate(s) of pay (include bonuses, if any) and any employee benefits received by you during each such employment;

d. the reasons for the termination or conclusion of each such employment, if applicable, including but not limited to a statement as to whether the severance of such employment was voluntary or involuntary; and

e. identify all documents concerning the information requested in this Interrogatory.

*ANSWER*

## *INTERROGATORY NO. 21*

Please state whether any record or document, including but not limited to telephone records and electronically stored information, that relates to any issue in this action has been altered or destroyed. If so:

a.  identify and describe the record or document;

b.  describe in detail the nature of the alteration or the manner of destruction;

c.  provide the date of the alteration or destruction;

d.  identify each person who participated in or authorized the alteration or destruction; and

e.  identify all documents concerning the information requested in this interrogatory.

## *ANSWER*

## *INTERROGATORY NO. 22*

Identify each and every employer or potential employer that you contacted in search of employment, and describe any other efforts made by you to obtain employment, since the cessation of your employment with Plus One.  For each such employer or potential employer, state:

a.  the date of each contact;

b.  the exact nature of each potential employment;

c.  the rate or range of pay for each potential employment;

d.      whether you were offered employment, and if so, the nature and/or title of the job offered;

e.      whether you rejected such offer, and if so, the date of, and reason for, each rejection; and

f.      attach a copy of each and every document that reflects or relates to the information requested in this Interrogatory.

### INTERROGATORY NO. 23

Identify each and every physician, psychologist, social worker, counselor, or other health care professional who has treated you within the last ten (10) years and specifically identify:

a.      the dates of any consultation, examination and/or periods of treatment;

b.      the purpose of each such consultation, examination and/or periods of treatment;

c.      whether any written report or memorandum was prepared by such individual concerning the consultation, examination and/or treatment; and

d.      identify all documents concerning the information requested in this interrogatory.

### *ANSWER*

### INTERROGATORY NO. 24

Please state your full name, present address, your date and place of birth, your Social Security number, your driver's license number and, if you have ever been known by any

other name, please state all the names by which you have been known, the dates of use of each such name, and the reasons for any change of name. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

### INTERROGATORY NO. 25

If you have ever been a party in any civil legal action, including workers' compensation and administrative claims, state: the date and place of each such matter; whether you were the plaintiff, defendant, charging party, or other; the name of the forum; the parties involved, the docket number; the names of attorneys representing each party; a description of the nature of each such matter; the disposition of each such matter; whether there was an appeal and, if so, the result thereof including the name and citation of each case reported; and the amount of any settlement or judgment obtained in each such matter. Identify all documents concerning the information requested in this interrogatory.

*ANSWER*

## *INTERROGATORY NO. 26*

Have you been admitted to any hospital or other psychiatric or medical institution in the past ten (10) years?  If so, please state:

a. the full name and address of each such hospital or other institution;

b. the dates of your confinement to each such hospital or other institution;

c. the reason for your confinement in such hospital or other institution; and

d. identify all documents concerning the information requested in this interrogatory.

### *ANSWER*

## *INTERROGATORY NO. 27*

Please identify any and all witnesses to the alleged incident you describe in paragraphs 21 through 23 of your Second Amended Complaint. If none, so state.

### *ANSWER*

## *INTERROGATORY NO. 28*

Please identify any and all witnesses to the alleged incident you describe in paragraph 25 of your Second Amended Complaint. If none, so state.

### *ANSWER*

## *INTERROGATORY NO. 29*

Please identify any and all witnesses to the alleged incident you describe in paragraphs 26 through 28 of your Second Amended Complaint. If none, so state.

*ANSWER*

## *INTERROGATORY NO. 30*

Please identify any and all witnesses to the alleged incident you describe in paragraph 29 of your Second Amended Complaint. If none, so state.

*ANSWER*

## *INTERROGATORY NO. 31*

Please identify any and all witnesses to the alleged incident you describe in paragraph 30 of your Second Amended Complaint. If none, so state.

*ANSWER*

## *INTERROGATORY NO. 32*

Please identify any and all witnesses to the alleged incident you describe in paragraph 31 your Second Amended Complaint. If none, so state.

*ANSWER*

### *INTERROGATORY NO. 33*

Identify all documents provided or received by you to or from the Equal Employment Opportunity Commission.

*ANSWER*

### *INTERROGATORY NO. 34*

Do you allege that any defendant acted as or on the behalf of a governmental entity? If yes, state which defendant acted on behalf of which governmental entity, and identify all documents concerning that allegation.

*ANSWER*

Yours, etc.

**MARTINNORCROSS LLC**
110 Wall Street
RCG Suite, 26th Floor
New York, NY 10004
    -and-
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax

By:  **/s/ Deborah Martin Norcross**
      Deborah Martin Norcross (DN0289)

ATTORNEYS FOR DEFENDANTS PLUS ONE HOLDINGS, INC. and JAMIE MACDONALD

Dated: January 2, 2008

## **CERTIFICATE OF SERVICE**

I certify that I served the FIRST SET OF INTERROGATORIES TO PLAINTIFF FROM DEFENDANTS PLUS ONE HOLDINGS, INC. and JAMIE MACDONALD on Counsel for Plaintiff and Counsel for Co-Defendants Trump World Tower and John Henriques on January 2, 2008 by electronic mail as follows:

LAW OFFICE OF UWEM UMOH
Counsel for Plaintiff
255 Livingston Street, 4th Floor
Brooklyn, NY 11217
Attn:   Uwem Umoh, Esq.
numoh@umohlaw.com

LESTER SCHWAB KATZ & DWYER, LLP
Counsel for Defendants Trump World Tower and John Henriques
120 Broadway
New York, NY 10271
Attn:   Harold J. Derschowitz, Esq.
hderschowitz@lskdnylaw.com


　　　　　　　　　　　　　　　　　　　　**/s/ Deborah Martin Norcross**
　　　　　　　　　　　　　　　　　　　　Deborah Martin Norcross (DN0289)

Dated: January 2, 2008