Page 38

```
 1                          38
 2     Q    To the best of your ability, this is
       the contact information for these two
 4     gentlemen?
 5     A    Yes.
 6     Q    You had that information in 2006,
 7     right?
 8     A    Yes.
 9     Q    So you would have had it after 2006,
10     also, correct?
11     A    That would be hard to say.
12          This could have been in storage.
13     When I had to get out of my apartment, it was in
14     storage, and I did not have access.
15     Q    Are there documents that remain in
16     storage that may pertain to anything relating to
17     this case, meaning your employment with Plus One
18     or anything else you discussed in your
19     complaint?
20     A    There could be.  I have not gone
21     through.
22          I just got into town a few days ago.
23     I have not been able to go all through myself.
24     Q    Were you aware documents were
25     requested of you in January 2008?
```

Page 39

```
 1                          39
 2     A    Specifically, what documents?
 3     Q    Any documents?
 4     A    2008 of this year?
 5     Q    Yes, ma'am.
 6     A    I don't believe there is a request
 7     for anything.
 8          I mean, I would have to look at my
 9     e-mail account.  I really have to check my
10     e-mail account.
11     Q    At any time since you filed this
12     complaint, did you make a search for documents
13     that might have any bearing on the allegations
14     you made in that complaint?
15     A    Did I make a search for documents?
16     Q    Yes, ma'am.
17     A    I am trying to think.
18          Like what documents would I be
19     searching for?
20     Q    Any documents.
21     A    Yes, taxes.  I know taxes,
22     definitely.
23          Like my tax returns, I don't keep
24     them for the last seven years, so I had to
25     search for tax information, which was kind of
```

Page 40

```
 1                          40
 2     challenging.
 3     Q    When did you make that search for
 4     your tax returns?
 5     A    I don't know specific dates
 6     offhand.
 7     Q    Give me the best approximation you
 8     can.
 9     A    I can't even do that.
10     Q    Where were you living at the time?
11     A    September 6?
12     Q    No, when you were looking for your
13     tax returns.
14          Where were you living at the time you
15     were looking for your tax returns?
16     A    Well, I would be able to let you
17     know, if I knew when I was searching for the tax
18     information.
19     Q    So where you were living is not going
20     to help you?
21     A    Yes.
22     Q    Did you look for your tax returns
23     before the complaint was filed?
24     A    Before I filed the E.E.O.C. charge?
25     Q    Sure, yes.
```

Page 41

```
 1                          41
 2     A    No.
 3     Q    Do you know when you filed your
 4     complaint in federal court?
 5     A    No, I don't.
 6     Q    Are you aware that you filed three
 7     different ones?
 8     A    No.
 9          MS. NORCROSS:  Mark this as
10     Defendant's Exhibit 8.
11          (Whereupon the above referred
12     to document was marked, Defendant's
13     Exhibit 8, for identification, as of
14     this date, by the reporter)
15     Q    Miss Mann, let me hand you what Sandy
16     has marked as Defendant's Exhibit 8.  Take as
17     much time as you need to look it over, because
18     when you finish reviewing it, I am going to ask
19     you if you can identify it, okay?
20     A    Okay.
21     Q    Have you ever seen this before?
22     A    Yes, I have.
23     Q    When did you see it for the first
24     time, if you remember?  You can approximate.
25     A    Looking at the date, it must have
```

```
                                    98
 2    Q    Between the 5th and today, did you
 3  meet with your attorneys?
 4         Don't tell me substance.  Just tell
 5  me yes or no.
 6    A    Yes.
 7    Q    When?
 8    A    Saturday, August 9.
 9    Q    And for how long did you meet with
10  your attorneys on Saturday, August 9?
11    A    I know it was about at least a half
12  hour.
13    Q    Was it more than an hour?
14    A    I was not checking my watch.  I don't
15  know whether I was in there for an hour.
16    Q    Was it more than two hours?
17    A    No.
18    Q    To prepare for your deposition, did
19  you review any documents?
20    A    What I did, I looked at -- not with
21  my lawyer, on my own, I looked at some of my own
22  paperwork by myself.  I wanted to make sure I
23  was accurate with giving my answers, and
24  familiar, because this has been going on for
25  quite some time.

                                    99
 2    Q    What papers did you look at?
 3    A    The E.E.O.C. charge.
 4    Q    Anything else?
 5    A    No.
 6         I think the charge had the affidavit
 7  explaining the whole scenario from April 5 to
 8  June.
 9    Q    The E.E.O.C. charge with the attached
10  statement?
11    A    Yes.
12    Q    Is there anything else that you
13  reviewed besides that?
14    A    Actually, I was jogging my memory to
15  make sure I had an account basis of what
16  happened with Jamie, just the verbal exchange
17  and what happened, the discrimination that took
18  place.  I wanted to look at my statement, just
19  to look at it again.
20    Q    In addition to that, did you review
21  any other documents?
22    A    I don't think so.
23         I can't think of any other.  I don't
24  remember if I did.
25    Q    When you met with your attorneys to

                                    100
 2  prepare for your deposition, did you look at any
 3  documents?
 4         MR. UMOH:  Objection.
 5    A    It was verbal.
 6    Q    I am not permitted, and I am not
 7  trying to go into content of the discussion you
 8  had with your lawyers.
 9    A    I just remember us talking.
10    Q    Please tell me in chronological
11  order, to the best you can, where, if anywhere,
12  you have been employed since June 16, 2006.
13    A    Since 2006?
14    Q    Yes, ma'am.
15    A    I have been employed at P.I.C.
16  Resort.  I have been employed at --
17         well, I have a question.  Independent
18  contractor, or just an employee?
19    Q    We will split them up.
20         As an employee, first.
21    A    P.I.C. Resort, Holiday Temp
22  Services.
23         I remember receiving unemployment,
24  but I would have to look at my tax return to
25  know all the other employers, because I

                                    101
 2  definitely got a W-2, so I have to look at my
 3  taxes.
 4         I know definitely Holiday Temp
 5  Services, P.I.C.
 6         In terms of employee, I don't
 7  remember what else, but it's on my taxes.
 8  Definitely employers, I can remember those, too.
 9    Q    Do you have your tax returns for
10  2006, 2007 -- 2006 and 2007?
11    A    I definitely filed them.
12         I am still trying to get my
13  accountant to give me a copy of 2006.
14    Q    Who is your accountant?
15    A    Steven Lauler.
16    Q    Where is Mr. Lauler located?
17    A    It's either Englewood or Hackensack,
18  New Jersey.
19    Q    When you tried to get these documents
20  from Mr. Lauler, how have you done that?
21    A    E-mail, and left phone messages.
22         MS. NORCROSS:  Counsel, those
23         are also things that that should have
24         been produced.
25    Q    I am going to ask you to search for
```

Page 102

```
 2  those and provide them to us.
 3          MR. UMOH:  Take it under
 4      advisement.
 5      Q    When was the last time you tried to
 6  contact Mr. Lauler to get your tax returns?
 7      A    It had to be during my employment
 8  while I was in Guam.
 9          I know I did not file my taxes for
10  2007 and 2006 until recently.  I believe it was
11  even after April 15 of this year.  It could have
12  been late spring, early summer.
13          But I know I reached out to him.  I
14  sent him a couple of e-mails.
15          He never responded in sending all my
16  tax returns.  I never got 2006.
17      Q    Did you get 2007?
18      A    I know I got part of it.  I have to
19  check my e-mail again.
20          He was busy, or whatever.
21          Maybe he was waiting for a payment.
22      Q    Was he waiting for a payment?
23      A    No, because I had paid him in
24  advance.
25          I submitted it close to -- I don't
```

Page 103

```
 2  remember when I was able to give him all of the
 3  information about my taxes, but I do know that
 4  when I submitted all the information to him, he
 5  said, Well, you will have to wait, because it's
 6  crunch time.  He has a lot.  Don't worry.
 7          He filed an extension for me.
 8      Q    Where did you do work as an
 9  independent contractor since June of 2006?
10      A    I know definitely, Linblad
11  Expeditions.
12      Q    Anywhere else?
13      A    I know that sticks out, because I got
14  paid something substantial in that job.  I mean,
15  I know I could have temped, but I don't know if
16  I -- I don't recall actually getting a temp
17  assignment.
18          Again, it's on my taxes.
19      Q    What work, if any, did you do for
20  Holiday Temp Services?
21      A    They sent me out on a customer
22  service job.
23      Q    Just one job?
24      A    Yes.
25      Q    Is there any reason why --
```

Page 104

```
 2      A    Now I remember.
 3          What it was, I got an assignment at a
 4  company in Brooklyn, but then they had layoffs.
 5  They laid me off right after Christmas.  So
 6  that's why I contacted Holiday Temp Services, to
 7  get another job.
 8      Q    I am sorry.
 9          Who laid you off around Christmas?
10      A    Novel Box Company.
11      Q    Were you employed by Novel Box
12  Company, or were you working for them as an
13  independent contractor?
14      A    I am trying to remember if they took
15  taxes out or not.  I am not sure about that, but
16  my taxes would have that information.
17          I don't know if I signed a W-4 form
18  or not, but it should be reflected in my taxes.
19          I am sorry.  I keep being
20  repetitive.
21      Q    When did you work for Novel Box?
22      A    It was around Christmastime.
23      Q    Christmas of what year?
24      A    End of 2007 to the beginning of
25  2008.
```

Page 105

```
 2      Q    How long did you work for them?
 3      A    It could not have been more than a
 4  few months, even if it was that.
 5      Q    Was it full time or part time?
 6      A    It was full time.
 7      Q    How many hours a week ?
 8      A    I think it paid by the hour.  It was
 9  a project that I was working on.
10      Q    So how did you get paid?
11      A    By check.
12      Q    Did you get paid a set fee for a
13  project?
14      A    I am trying to think if I was billing
15  them hours over that.
16          I know it was not a set thing every
17  week, because sometimes they would close the
18  office.
19      Q    I don't understand.  And we don't
20  have any documents about this.
21          Let me try to figure this out.
22      A    Okay.
23      Q    You worked for Novel Box the end of
24  2007 to early 2008?
25      A    Yes.
```

Page 106

1
2    Q    What did you do for them?
3    A    They took me on as a graphic
4  designer.
5    Q    And what did you do for them as a
6  graphic designer?
7    A    I was editing their jewelry
8  catalogue.
9    Q    Were you editing text or graphics?
10   A    Both.
11   Q    And what was your compensation
12 arrangement with them?
13   A    I got paid weekly.
14   Q    Did you get paid a set amount weekly,
15 or did it vary?
16   A    It varied.
17   Q    And what did it vary on?
18   A    Whether the office was open or not.
19   Q    Did you ever do work at home, or did
20 you do it all at the office?
21   A    I worked at home, but I did not get
22 paid for working at home.  I did it because I
23 wanted to --
24   Q    So if the office was closed, is it
25 accurate you would not get paid, even if you

Page 107

2  worked at home while the office was closed; is
3  that correct?
4    A    Yes, correct.
5    Q    What kind of company is Novel Box?
6    A    They probably moved to Jersey by now.
7  That was part of the reason they laid me off.
8         It's a -- you know, when you go to a
9  jewelry store, they are the ones that
10 manufacture the jewelry boxes.  They manufacture
11 some in there warehouse and they actually buy
12 from manufacturers in China.  They do a little
13 bit of both.
14   Q    Do they buy the boxes and then put
15 designs on them?
16   A    They do that, as well.
17        MS. NORCROSS:  I have to take
18   a five-minute break.
19        (Discussion off the record)
20        MS. NORCROSS:  Mark this as
21   Defendant's Exhibit 15.
22        (Whereupon the above referred
23   to document was marked, Defendant's
24   Exhibit 15, for identification, as of
25   this date, by the reporter)

Page 108

1
2    Q    Miss Mann, please look at what the
3  reporter has marked as Exhibit 15.  And just let
4  me know when you are finished reviewing it,
5  please?
6    A    Okay.
7    Q    Have you ever seen that document
8  before?
9    A    I don't recall, but I know the
10 information, I have.
11   Q    Just so I am clear, I am not asking
12 about the information.  I want to know if you
13 have seen that document before.
14   A    I don't recall.
15   Q    Is there anything that would help you
16 remember?
17   A    I can't think of anything at this
18 point that would help me remember.
19   Q    You mentioned your e-mails several
20 times.  Would your e-mails help you remember?
21   A    Looking through some of the
22 information, I know that I have e-mailed some of
23 this information to my lawyer, yes.
24   Q    My question is, are there e-mails
25 that would help you remember whether you have

Page 109

2  seen this document before?
3    A    Not that I can recall, not
4  specifically.  Not a specific e-mail, but I know
5  I had e-mailed this information to --
6    Q    Again, I am not talking about the
7  information; I am talking about the document.
8    A    There is no one specific e-mail that
9  could make me pinpoint this document.
10   Q    Where were you physically located by
11 city, state, country, whatever, on June 16,
12 2008?
13   A    I was in Guam.
14   Q    If you had received this document on
15 or about June 16, would that have been -- would
16 that be reflected in an e-mail you got?
17   A    There are a bunch of e-mails.  I
18 don't know.
19   Q    Look, we have limited time.  So what
20 I am trying to do, I am asking you to try to
21 answer the questions I am asking.
22        My question is, if you had seen this
23 document before, would it have been e-mailed to
24 you, do you think?
25   A    Possibly.  I have to check my

202

MR. UMOH: We showed up at 1:00, and we were sitting downstairs for a half hour.

MS. NORCROSS: I came in at 1:00, and there was no one there.

MR. UMOH: Off the record.

(Discussion off the record)

MR. UMOH: This is Plaintiff's counsel. And we are in the middle of the deposition, and we would like the judge to resolve it, if possible.

THE LAW CLERK: The judge is not available now.

MR. UMOH: The judge allocated 10 hours for the deposition today and an unspecified amount tomorrow.

MS. NORCROSS: We have the judge's order. It has to do with the hour allocation, is the best I understand this.

The judge ordered 10 hours of deposition time today and then additional time tomorrow morning, depending upon when Miss Mann needs

203

to leave for her flight to Singapore.

And we resolved earlier this morning, she needs to leave about 12:30, which is fine.

The issue that has arisen is Plaintiff's counsel believes that -- he is concerned about the allocation of deposition time between me, as counsel for two of the Defendants, and Harold, as counsel for the other two.

I have taken six hours of deposition. We have been here for approximately seven  There was a one-hour lunch break.

What Mr. Umoh is suggesting is that the one-hour lunch brake counts towards my seven hours, which I have explained to him is contrary even to the comments in the federal rule book.

THE LAW CLERK: Mr. Umoh, is that correct?

MR. UMOH: That is correct.

204

Plaintiff has been produced so far for seven hours of deposition.

We feel the deposition with Plus One is concluded.

MS. NORCROSS: We have the court reporter here. The actual deposition time has been something just under six hours, but call it six.

My intent at this point is to finish up one line and then let Mr. Derschowitz start. We are going to be going until whenever.

THE LAW CLERK: The judge is on the bench.

I can't give you a ruling on this. I am only the law clerk, and not the appointed judge.

But my reading of the letter is that the plaintiff is to be questioned for 10 hours, and I am sure the judge would say that does not include a lunch brake.

So we can call you back when

205

she is off the bench.

MR. UMOH: One defendant may depose her for 10 hours?

THE LAW CLERK: My reading of the letter, the letter said plaintiff may be questioned for 10 hours on August 12.

MS. NORCROSS: The only thing we don't seem able to agree on, we are in the Lester Schwab offices.

THE LAW CLERK: If I were you guys, I would try to resolve this before the judge calls you back.

But give me a call back in a few minutes if you would like to speak to the judge.

MS. NORCROSS: Thank you. Off the record.

(Discussion off the record)

MS. NORCROSS: There is an Exhibit that was just marked as 22 that should be marked as 23.

Mark this as Defendant's Exhibit 24.

Page 214

```
 1  doctor or social worker, psychiatrist, or
 2  something else?
 3      A   If I can recall correctly, she was a
 4  licensed clinical social worker.
 5      Q   Were you referred to her by
 6  anybody?
 7      A   No.  I looked her up in the health
 8  insurance company website.
 9      Q   Where was her office?
10      A   I saw her on 11th Street.  It was a
11  street in the Village.
12      Q   In Manhattan?
13      A   Yes, in Manhattan.
14      Q   When you first saw her, what were
15  your complaints?
16      A   My complaints, just the emotional
17  distress I was going through, based on my
18  discrimination at Plus One.
19      Q   When was the first time you saw
20  her?
21      A   From what I recall, late April.  But
22  it should be reflected in the health insurance
23  records.
24      Q   I have no records.  I have to go by
```

Page 215

```
 1  what you say, at this point.
 2      A   Sure.  From what I can recall, it
 3  must have been late April, maybe the third
 4  week.
 5      Q   Was it after the incidents you
 6  described earlier with Mr. MacDonald taking
 7  place?
 8      A   Yes.
 9      Q   What, exactly, did you tell her was
10  bothering you?  What were your symptoms or your
11  complaints?
12      A   Well, obviously it was very apparent
13  I showed a lot of anger.  I was depressed,
14  frustrated.  I felt powerless and just basically
15  ill at ease.
16          I had problems sleeping.  I was very
17  anxiety ridden.  I was very jumpy, especially
18  because I felt my job was on the line, getting
19  fired.
20          Yes, I was definitely not in the best
21  of shape.
22          And I had digestive issues, too, just
23  a lot of stomach cramps.  And then I was getting
24  headaches.
```

Page 216

```
 1      Q   Had you ever felt these symptoms at
 2  any time prior to your first visit to Miss
 3  Buck?
 4      A   You mean -- well, I have experienced
 5  those emotions throughout my lifetime.
 6      Q   When was the most recent?
 7          Well, did you ever receive treatment
 8  for these symptoms?
 9      A   Yes.  That's why I was going to Miss
10  Buck and Marlene.
11          And I was confiding a lot in my
12  pastor at the time.
13      Q   You told me the first time you saw
14  anyone about your situation at work was in late
15  April, when you saw Miss Buck, correct?
16      A   Yes.
17      Q   You just gave me a list of physical
18  complaints you mentioned to Miss Buck on your
19  first visit.
20          Had you ever been treated for those
21  symptoms or complaints before that?
22      A   By a medical doctor?
23      Q   By anybody.
24      A   Yes, I have had headaches before,
```

Page 217

```
 1  where I have taken Tylenol, throughout my
 2  lifetime.
 3          Maybe in my early twenties, I went to
 4  the doctor and said, I have a stomachache, but I
 5  have never taken any medication.  I always try
 6  to go the natural route.
 7      Q   Is it fair to say you have not seen
 8  any medical providers or hospitals or doctors
 9  for any of the complaints made to Miss Buck at
10  the end of April '06?
11      A   I was just relying on my peers in
12  terms of telling me what herbal supplements to
13  take.
14          I went to nutritional school, as
15  well.
16          I believe in alternative health so I
17  was doing my own research.
18      Q   What were you taking?
19      A   If I had headaches, I am trying to
20  think what I was taking.  I would take Ginger.
21          I would take this thing like a colon
22  collection.  It would be a mixture of herbal
23  supplements into one.
24          Then also, for the headaches, there
```

Page 218

```
 1                           218
 2  is peppermint oil, and rub them on my temples.
 3      Q    Had you experienced these headaches
 4  or stomach problems before April of '06, when
 5  you saw Miss Buck?
 6      A    I had experienced those problems
 7  throughout my lifetime.
 8           Well, not consistent throughout my
 9  lifetime.  It was not a chronic problem.
10      Q    Periodically?
11      A    Yes.  Once in a blue moon, I would
12  have a headache.
13           I have never been hospitalized.
14      Q    What did Miss Buck do for you?  I
15  don't want to know what she told you.  What did
16  she do for you on your first visit?
17      A    From what I recall, on the first
18  visit, a lot of it was intake.  She was like,
19  okay, why are you here?
20           A lot of times she was asking
21  information for clarification and trying to find
22  out, why did I go and see her.
23      Q    Did she prescribe any medication to
24  you or recommend that you see any other persons
25  or doctors or therapists at that point?
```

Page 219

```
 1                           219
 2      A    I don't recall if she did.
 3           I know if she recommended me to take
 4  medication, I would have flatly out denied it.
 5      Q    I am just interested in what you
 6  recall.
 7      A    Sure.  Miss Buck did not; but I know
 8  Marlene did suggest, yes.
 9      Q    To your knowledge, she did not
10  recommend any medication.
11           She did not refer you to anyone
12  else?
13      A    No, because I had to stop seeing her
14  because my insurance ran out.
15           MR. DERSCHOWITZ:  I move to
16       strike the portion that's not
17       responsive.
18      Q    Did she prescribe you any medication
19  or refer you to anybody after your first
20  visit?
21      A    No.
22      Q    How many times did you see Miss
23  Buck?
24      A    An average of once a week.  I think
25  one time I saw her twice a week.
```

Page 220

```
 1                           220
 2      Q    For how long a time period?
 3      A    It had to coincide with when my
 4  insurance ended.  I think it was the same week
 5  that I was no longer insured, health insurance,
 6  by Plus One; so I am thinking I ended seeing her
 7  by June 16, 2006.
 8      Q    And how many times, in total, did you
 9  see her?
10      A    I am taking a guess, about 10.
11      Q    Did she do anything different for you
12  on the other nine times you saw her than the
13  first time you saw her?  Did she just do intake,
14  listen to what you were saying?
15           MR. UMOH:  Objection.
16      Q    You tell me.
17      A    Her strategy seemed consistent.
18           I mean, she would ask me questions,
19  and she would offer questions as to, like post
20  different scenarios and try to get me to look at
21  different things about myself.
22      Q    Do you have any pending appointments
23  with her?
24      A    No, I don't have any.
25      Q    Who is the next person you saw after
```

Page 221

```
 1                           221
 2  Miss Buck?
 3      A    I believe that was Marlene
 4  Friedman.
 5      Q    And does she have a specialty?
 6      A    I don't know her specialty.
 7      Q    Is she a doctor?
 8      A    I don't know if she is a
 9  psychiatrist.  She could be a licensed clinical
10  social worker.
11           I don't know how they do it with the
12  classifications of psychotherapist.
13      Q    Do you know if she has an M.D. after
14  her name?
15      A    That's a good question.  I don't
16  know.
17      Q    Did anyone refer you to her?
18      A    No.
19      Q    How did you find her?
20      A    Through health insurance on the
21  website.
22      Q    When was the first time you saw
23  her?
24      A    I don't recall the first day or time.
25  But I know when I did see her, it was warm
```