**numoh@umohlaw.com** <numoh@umohlaw.com>   Wed, Aug 6, 2008 at 10:06 PM
To: Deborah MartinNorcross <dmnorcross@martinnorcross.com>
Cc: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>, "chidieze@yahoo.com" <chidieze@yahoo.com>

Counselors—

Plaintiff has responded in good faith to all the requests by the defendants. We await your motion. Also, please find attached plaintiff's pay stubs from her employment at Pacific Islands Club. They are Bates Stamped 000796 - 000806


Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
800.516.5929 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

-------- Original Message --------
Subject: Mann v. Plus One, etc.
From: "Deborah MartinNorcross" <dmnorcross@martinnorcross.com>
Date: Wed, August 06, 2008 6:15 pm
To: "chidieze@yahoo.com" <chidieze@yahoo.com>, "numoh@umohlaw.com" <numoh@umohlaw.com>
Cc: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>

Dear Messrs. Eze and Umoh:

The Court afforded your client a final opportunity to respond properly to Defendants' discovery. You had until today.

Not only have you not properly supplemented, you have not supplemented at all.

Please be advised that we will be seeking not only the evidential sanctions to which Judge Buchwald referred on July 30, 2008, but also monetary and other sanctions. See e.g. affirmative defenses asserted by Defendants Plus One Holdings, Inc. and Jamie Macdonald.

Deborah Martin Norcross