**Deborah MartinNorcross <dmnorcross@martinnorcross.com>**  Tue, Jul 29, 2008 at 7:18 PM
To: "numoh@umohlaw.com" <numoh@umohlaw.com>

That's fine, but I have a question: If you have spoken to the physicians, why have you not obtained and produced the documents since January when they were requested? Or do you have them?

[Quoted text hidden]

--
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com

---

**Nkereuwem Umoh <numoh@umohlaw.com>**  Tue, Jul 29, 2008 at 7:39 PM
To: Deborah MartinNorcross <dmnorcross@martinnorcross.com>

I spoke to the physicians this week and like the defendants I'm waiting for the records. I called them to be sure the authorizations would not be rejected

[Quoted text hidden]