LSK&D #: 163-8001 / 964965
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JORDAN MANN,

          Plaintiff,

   -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

          Defendants.

-------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**DEMAND FOR EXPERT
WITNESS INFORMATION**

  **PLEASE TAKE NOTICE,** that pursuant to Federal Rules, 26(b)(4)(A)(i),

you are hereby required to furnish counsel for the defendant with discovery as to

each person whom you expect to call as an expert witness at trial regarding the

following:

   1. State the name and address of every expert retained or

employed by you in anticipation of this litigation or preparation for trial whom you

expect to call as a witness at the trial:

    (a) The subject matter on which the expert is expected to
      testify;

    (b) The substance of the facts and opinions to which the
      expert is expected to testify;

    (c) A summary of the grounds for each such opinion;

    (d) A brief chronological resume of the witness' educational
      background and professional background, including the
      associations or societies of which the expert is a
      member, and as to medical personnel, the name and
      addresses of all hospitals on whose staffs such experts
      are or where such medical experts have courtesy
      privileges or act as consultants;

     (e)     Whether such named expert will testify as an expert at the trial of this case.

2.  With respect to any and all proposed medical expert witnesses, indicate:

     (a)     The area of expertise;

     (b)     Education background, including the names and addresses of each medical school attended;

     (c)     The names and addresses of each hospital to which an internship and residency was served and dates thereof;

     (d)     The names and addresses of each hospital/medical facility in which privileges of admitting patients are extended, and the nature of the privilege;

     (e)     The state or states in which this individual was licensed to practice medicine;

     (f)     Each state in which this individual is actively engaged in the practice of medicine;

     (g)     Societies which expert is a member of and date of each membership;

     (h)     The present board certifications and\or qualifications, if any, and the dates given to each proposed expert witness;

     (i)     The subject matter on which each expert is expected to testify, including each alleged departure from good and accepted medical practice to which said expert will testify;

     (j)     The substance of those facts and opinions to which each expert is expected to testify, including a summary of his or her grounds for each opinion.

3.  If you expect to call an economist or actuary, state:

     (a)     A specific description of the losses for which such calculations will be made (i.e., present value of the loss of future earnings, present value of loss of second job earnings, present value of future medical expenses, etc.)

(b)    The undiscounted amount of such loss;

(c)    The present value of the dollar amount of such loss;

(d)    The discount rate applied by such person to determine present value and the reason for such rate;

(e)    The number of years involved in such discounting process and opinions and facts on which the economist bases the determination of that number of years;

(f)    With regard to testing concerning a growth of future income on an annual or other basis at a projected rate of income greater than the income earned by the plaintiff when last employed, state the growth rate for such income as estimated by such person, the opinions and facts on which that estimate is based, and specifying the publication or matter in writing with sufficient specificity to permit its identification and location by defendant;

(g)    Specify each factor other than those which have been noted above, which the person has used in calculating the net amount of the present value of the loss and identify specifically the source material and page number on which such person bases his opinion or draws the facts on which he relied;

(h)    With regard to any information secured from any text, publication, graph, chart or study other than as already designated above upon which the expert relied in reaching his conclusions, describe or designate such publication or matter in writing with sufficient specificity to permit its identification and location by defendants;

(i)    In detail, state precisely the manner in which the person reached his or her conclusions, showing the mathematical calculations involved;

(j)    With regard to any report, memoranda, or any other matter in writing showing in whole or in part the expert's conclusions or the facts upon which such conclusions were based, state the date of such writing and the names and addresses of person(s) having copies of it.

4.  State the names and addresses and qualifications of all expert witnesses and other persons known to you to have made studies or analysis as to the cause of the alleged injury involved herein.

**PLEASE TAKE FURTHER NOTICE**, that in the event no such expert(s) is expected to be called as an expert witness at the time of trial, then a sworn statement to that effect is demanded to be produced.

**PLEASE TAKE FURTHER NOTICE**, that the above Demands are continuing and that if any of the above items are obtained subsequent to the response to this Demand, they are to be furnished to the attorneys for defendants pursuant to said Demand.

It is requested that the aforesaid production be made within twenty (20) days of the date herein at 10:00 a.m. at the law office of LESTER SCHWAB KATZ & DWYER, LLP at 120 Broadway, New York, New York 10271.

Dated:      New York, New York
            January 7, 2008

                        Respectfully submitted,

                        LESTER SCHWAB KATZ & DWYER, LLP

                        _____
                        Harold J. Derschowitz (HJD-9910)
                        Attorneys for Defendants
                        BOARD OF MANAGERS OF TRUMP WORLD
                        TOWER CONDOMINIUM, s/h/i as TRUMP
                        WORLD TOWERS, and JOHN HENDRIQUES,
                        s/h/i as JOHN HENDRICK
                        120 Broadway
                        New York, New York  10271
                        (212) 964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

**LSK&D #: 163-8001 / 964965**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
JORDAN MANN,

                              Plaintiff,

                  -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                              Defendants.
----------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**REQUEST FOR
PRODUCTION OF
PARTY STATEMENTS**

    **PLEASE TAKE NOTICE,** that the defendants represented in this action by LESTER SCHWAB KATZ & DWYER, LLP, demand that you produce, pursuant to Federal Rule of Civil Procedure 26(b)3, and permit discovery, inspection, copying and photocopying of any statement (as that term is defined in Federal Rule 26(b)(3), in the possession, custody or control of any party represented in this action by any law firm to whom this notice is directed or in said law firm's file actually or allegedly made by or taken from any defendant represented by LESTER SCHWAB KATZ & DWYER, LLP, in this action, or from any agent, servant or employee of any such defendant by mailing said statements to LESTER SCHWAB KATZ & DWYER, LLP, within thirty (30) days of the date hereof.

Dated:     New York, New York
           January 7, 2008

                         Respectfully submitted,

                         LESTER SCHWAB KATZ & DWYER, LLP

                         _____
                         Harold J. Derschowitz (HJD-9910)
                         Attorneys for Defendants
                         BOARD OF MANAGERS OF TRUMP WORLD
                         TOWER CONDOMINIUM, s/h/i as TRUMP
                         WORLD TOWERS, and JOHN HENDRIQUES,
                         s/h/i as JOHN HENDRICK
                         120 Broadway
                         New York, New York  10271
                         (212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

LSK&D #: 163-8001 / 964965

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JORDAN MANN,

                                    Plaintiff,                    **Docket No.: 07 CV 5691**

                                                                 **REQUEST FOR NAMES**
                    -against-                                     **AND ADDRESSES OF**
                                                                 **WITNESSES**

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                                    Defendants.

------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that pursuant to Federal Rules of Civil

Procedure 26, request is hereby made that you serve upon the undersigned,

within twenty (20) days hereof a list of the names and addresses of:

      1. All witnesses to the occurrences complained of and alleged in

the plaintiff's Second Amended Complaint;

      2. All witnesses regarding the nature and duration of the alleged

condition(s) which form the basis of the plaintiff's Second Amended Complaint.

      **PLEASE TAKE FURTHER NOTICE,** that in the event of your failure to

comply with the Request, the undersigned will move to preclude you, up to and

including the time of Trial, from introducing into evidence and from otherwise

using each aforementioned witness for any purpose whatsoever, upon trial of this

action, and for such other relief as to this Court may seem just and proper.

Dated:        New York, New York
              January 7, 2008

                                    Respectfully submitted,

                                    LESTER SCHWAB KATZ & DWYER, LLP

                                    Harold J. Derschowitz (HJD-9910)
                                    Attorneys for Defendants
                                    BOARD OF MANAGERS OF TRUMP WORLD
                                    TOWER CONDOMINIUM, s/h/i as TRUMP
                                    WORLD TOWERS, and JOHN HENDRIQUES,
                                    s/h/i as JOHN HENDRICK
                                    120 Broadway
                                    New York, New York  10271
                                    (212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

**LSK&D #: 163-8001 / 964965**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JORDAN MANN,

                                    Plaintiff,

                -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                              Defendants.

-----------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**NOTICE TO TAKE
DEPOSITION UPON
ORAL EXAMINATION**

      **PLEASE TAKE NOTICE,** that pursuant to Federal Rules of Civil Procedure 26 and 30, the testimony upon oral examination of the plaintiff, JORDAN MANN, whose address is in care of her respective attorneys, as an adverse party, will be taken before a Notary Public, who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein at the offices of LESTER SCHWAB KATZ & DWYER, LLP, 120 Broadway, New York, New York 10271, at 10:00 a.m. on February 12, 2008, in the forenoon of that day with respect to evidence material and necessary in the prosecution defense of this action:

      All of the relevant facts and circumstance in connection with an incident which occurred on or about June 16, 2006, and prior thereto including, liability and damages.

That said persons to be examined are required to produce at such examination, the following:

All relevant books, papers and documents in the possession, custody and control of persons to be examined on the above-mentioned date.

Dated:      New York, New York
            January 7, 2008

                              Respectfully submitted,

                              LESTER SCHWAB KATZ & DWYER, LLP

                              _____
                              Harold J. Derschowitz (HJD-9910)
                              Attorneys for Defendants
                              BOARD OF MANAGERS OF TRUMP WORLD
                              TOWER CONDOMINIUM, s/h/i as TRUMP
                              WORLD TOWERS, and JOHN HENDRIQUES,
                              s/h/i as JOHN HENDRICK
                              120 Broadway
                              New York, New York  10271
                              (212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

**LSK&D #: 163-8001 / 964965**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JORDAN MANN,

                                        **Docket No.: 07 CV 5691**

                              Plaintiff,

                                        **NOTICE TO TAKE**
                                        **DEPOSITION UPON**
            -against-                    **ORAL EXAMINATION**

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                              Defendants.
-----------------------------------------------------------------x

     **PLEASE TAKE NOTICE,** that pursuant to Federal Rules of Civil Procedure 26 and 30, the testimony upon oral examination of the co-defendant, JAMIE MACDONALD, whose address is in care of their respective attorneys, as adverse parties, will be taken before a Notary Public, who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein at the offices of LESTER SCHWAB KATZ & DWYER, LLP, 120 Broadway, New York, New York 10271, at 10:00 a.m. on February 13, 2008, in the forenoon of that day with respect to evidence material and necessary in the prosecution defense of this action:

     All of the relevant facts and circumstance in connection with an incident which occurred on or about June 16, 2006, and prior thereto, including liability and damages.

**LSK&D #: 163-8001 / 964965**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JORDAN MANN,

                             Plaintiff,

               -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                           Defendants.

------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**REQUEST FOR
COLLATERAL SOURCE
INFORMATION**

     **PLEASE TAKE NOTICE,** that you are hereby required to furnish to the undersigned within thirty (30) days hereof pursuant to the Federal Rules of Civil Procedure with the following information:

     1.  All documents, bills, invoices, receipts or cancelled checks concerning indemnification, payment and/or reimbursements, in whole or in part, which plaintiff has received from collateral sources, including but not limited to insurance, disability benefits, social security, workers compensation, employee benefit programs, or any other source, for the cost of medical care, custodial care, rehabilitation services, loss of earnings and other economic loss which the plaintiff will claim as special damages in this action or which plaintiff will claim were incurred as a result of the occurrence alleged in this action;

     2.  Where reimbursement was or is pursuant to a policy of any type, state the name of the policy holder, the policy number, and the name of the

insurer of the policy; a list of claims submitted pursuant to the policy, and the amount of money received pursuant to each claim;

3. Duly executed and acknowledged written HIPAA compliant authorizations directed to all persons, firms, or organizations which have reimbursed plaintiff for costs of medical care, custodial care, rehabilitation services, loss of earnings or other economic loss or other costs or to whom such claims have been submitted to obtain copies of the policies under which said payments or claims were made, copies of all checks and other indicia of payment, and copies of any claims submitted for payment.

**PLEASE TAKE FURTHER NOTICE,** that HIPAA complaint authorizations for any insurance documents and policy produced in response to the demand herein shall be for the complete document and policy including but not limited to declaration sheets, riders, limitations, endorsements, amendments, cancellations, face sheets and/or binders, etc.

**PLEASE TAKE FURTHER NOTICE**, that if it is claimed that no such persons, firms or organizations have reimbursed plaintiff for such costs, then demand is hereby made that the above-named party set forth by affidavit of such fact.

**PLEASE TAKE FURTHER NOTICE**, that failure to comply with the above mentioned request will render the plaintiff subject to available provisions provided under the FRCP and this demand is to be considered a continuing demand.

Dated:    New York, New York
          January 7, 2008

                              Respectfully submitted,

                              LESTER SCHWAB KATZ & DWYER, LLP

                              Harold J. Derschowitz (HJD-9910)
                              Attorneys for Defendants
                              BOARD OF MANAGERS OF TRUMP WORLD
                              TOWER CONDOMINIUM, s/h/i as TRUMP
                              WORLD TOWERS, and JOHN HENDRIQUES,
                              s/h/i as JOHN HENDRICK
                              120 Broadway
                              New York, New York  10271
                              (212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

LSK&D #: 163-8001 / 964965
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

JORDAN MANN,

                        Plaintiff,

         -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                    Defendants.

----------------------------------------------------------x

**Docket No.: 07 CV 5691**

**DEMAND FOR
EMPLOYMENT RECORD
AUTHORIZATIONS**

      **PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Civil Procedure, you are hereby required to furnish to the undersigned HIPAA compliant authorizations for all employment records referable to the plaintiff for five (5) years prior to the date of the incident to the present.

      **PLEASE TAKE FURTHER NOTICE**, that said HIPAA compliant authorizations are to be produced on the 30th day of January, 2008 at 2:00 p.m. at the offices of LESTER SCHWAB KATZ & DWYER, LLP, 120 Broadway, New York, New York 10271.

      In lieu of producing said items at the office of the undersigned, said HIPAA compliant authorizations may be submitted by mail to the undersigned before the return date of the within Notice.

      **PLEASE TAKE FURTHER NOTICE**, that upon failure to produce the aforesaid item(s) at the time and place required in this Notice, a motion will be made to the Court for the appropriate relief with costs.

Dated:       New York, New York
             January 7, 2008

                         Respectfully submitted,

                         LESTER SCHWAB KATZ & DWYER, LLP


                         _____
                         Harold J. Derschowitz (HJD-9910)
                         Attorneys for Defendants
                         BOARD OF MANAGERS OF TRUMP WORLD
                         TOWER CONDOMINIUM, s/h/i as TRUMP
                         WORLD TOWERS, and JOHN HENDRIQUES,
                         s/h/i as JOHN HENDRICK
                         120 Broadway
                         New York, New York  10271
                         (212)  964-6611


TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

LSK&D #: 163-8001 / 964965
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JORDAN MANN,

                                        Plaintiff,

                    -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                                        Defendants.
------------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**DEMAND FOR
PRODUCTION OF
INSURANCE
AGREEMENTS**

**PLEASE TAKE NOTICE,** that demand is hereby made upon plaintiff,

JORDAN MANN, pursuant to Federal Rules of Civil Procedure 26, to produce

and permit defendants or the undersigned attorneys of these defendants to

inspect and copy the contents of:

1. Each and every primary, contributing, umbrella and excess

insurance policy affording coverage to the plaintiff and co-defendants on the date

of loss.

2. Each and every primary, contributing umbrella and excess

insurance agreement under which any person carrying on an insurance business

may be liable to satisfy  part or all of a judgment which may be entered in this

action or indemnify or reimburse for payments made to satisfy the judgment.

3. Each and every insurance agreement in which the insurer is or

may be obligated to defend this action.

4. A copy of the policy of insurance affording coverage to co-

defendants PLUS ONE and JAMIE MACDONALD.

**PLEASE TAKE FURTHER NOTICE,** that the said insurance agreements are to be produced within twenty (20) days at LESTER SCHWAB KATZ & DWYER, LLP, 120 Broadway, 38th Floor, New York, New York 10271, at which time they will be physically inspected, copied or mechanically reproduced and returned.

Failure to comply within the time set forth above will serve as the basis of a motion striking all pleading adverse to the defendant serving this demand, up to and including at the time of trial.

Dated:      New York, New York
            January 7, 2008

Respectfully submitted,

LESTER SCHWAB KATZ & DWYER, LLP

Harold J. Derschowitz (HJD-9910)
Attorneys for Defendants
BOARD OF MANAGERS OF TRUMP WORLD
TOWER CONDOMINIUM, s/h/i as TRUMP
WORLD TOWERS, and JOHN HENDRIQUES,
s/h/i as JOHN HENDRICK
120 Broadway
New York, New York  10271
(212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

LSK&D #: 163-8001 / 964965

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JORDAN MANN,

                                    Plaintiff,

                    -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                                    Defendants.

-------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**REQUEST FOR
HOSPITAL
INFORMATION**

**PLEASE TAKE NOTICE** that demand is hereby made upon the attorney

for the plaintiff, that within thirty (30) days, he serve upon the undersigned duly

executed HIPAA compliant authorizations addressed to any and all hospitals at

which the plaintiff was confined allegedly as a result of the matter complained of.

**PLEASE TAKE FURTHER NOTICE** that failure to comply with this notice

will serve as the basis for a motion to preclude, up to and including at the time of

Trial, the plaintiff upon a Trial of this action from offering evidence as to the

treatment rendered as such hospital, whether such evidence consists of written

records or of oral testimony.

Dated:      New York, New York
               January 7, 2008

             Respectfully submitted,

             LESTER SCHWAB KATZ & DWYER, LLP

             _____

             Harold J. Derschowitz (HJD-9910)
             Attorneys for Defendants
             BOARD OF MANAGERS OF TRUMP WORLD
             TOWER CONDOMINIUM, s/h/i as TRUMP
             WORLD TOWERS, and JOHN HENDRIQUES,
             s/h/i as JOHN HENDRICK
             120 Broadway
             New York, New York 10271
             (212) 964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK 11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK 10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

LSK&D #: 163-8001 / 964965
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JORDAN MANN,

                              Plaintiff,

               -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                            Defendants.

-----------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**REQUEST FOR
MEDICAL INFORMATION**

      **PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, you are hereby required to serve and deliver upon the undersigned and all parties to the action, the following:

      1. The names and addresses of all physicians or other health care providers of every description who have previously consulted, treated or examined the plaintiff for each of the conditions allegedly caused by, or exacerbated by the occurrence described in the Second Amended Complaint, including the date of such treatment or examination.

      2. Duly executed and acknowledged HIPAA compliant authorizations directed to any hospitals, clinics or other health care facilities in which the injured plaintiff herein was treated or confined due to the occurrence set forth in the Second Amended Complaint so as to permit the securing of a copy of the entire hospital record or records, including x-ray technicians' reports.

3. Duly executed and acknowledged HIPAA compliant authorizations to allow this defendant to obtain the complete office medical records relating to the plaintiff of each health care provider identified in (1) above.

4. Copies of all medical reports received from health care providers identified in (1) above. These shall include a detailed recital of the injuries and conditions of the plaintiff as to which testimony will be offered at the trial, referring to any identifying those x-ray and technicians' reports which will be offered at the trial.

5. Duly executed and acknowledged HIPAA compliant authorizations to allow defendant to obtain pharmacy or drug store records with respect to any drugs prescribed for plaintiff from three (3) years prior to the occurrence described in the Second Amended Complaint to the present date.

6. All HIPAA compliant authorizations for release of prescription records at all pharmacies filling prescriptions for medications and all treating chiropractors.

Upon your failure to comply herewith, plaintiff herein will be precluded at the trial of this action from offering any evidence of the conditions described I the reports or records, medical records, x-ray reports or report of other technicians not made available pursuant to this Rule, nor will the Court hear the testimony of any physicians whose medical reports have not been served pursuant to the aforesaid demand.

Dated:     New York, New York
           January 7, 2008

                          Respectfully submitted,

                          LESTER SCHWAB KATZ & DWYER, LLP

                          _____
                          Harold J. Derschowitz (HJD-9910)
                          Attorneys for Defendants
                          BOARD OF MANAGERS OF TRUMP WORLD
                          TOWER CONDOMINIUM, s/h/i as TRUMP
                          WORLD TOWERS, and JOHN HENDRIQUES,
                          s/h/i as JOHN HENDRICK
                          120 Broadway
                          New York, New York  10271
                          (212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

LSK&D #: 163-8001 / 964965
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JORDAN MANN,

                           Plaintiff,

            -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                       Defendants.

------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**REQUEST FOR MAJOR
MEDICAL/BLUE CROSS
AUTHORIZATIONS**

      **PLEASE TAKE NOTICE** that demand is hereby made upon the attorney for the plaintiff, that within thirty (30) days, said attorney serve upon the undersigned duly executed authorizations properly addressed to those companies or entities providing Major Medical Coverage and/or Blue Cross Coverage or any similar or like coverage relative to expenses incurred for medical care and treatment rendered to the plaintiff for the years 2003 to the present, and continuing.

      **PLEASE TAKE FURTHER NOTICE** that failure to comply with this notice will serve as the basis for a motion to preclude upon a Trial of this action from offering evidence as to the medical care and/or treatment, whether such evidence consists of written records or of oral testimony.

Dated:        New York, New York
              January 7, 2008

                              Respectfully submitted,

                              LESTER SCHWAB KATZ & DWYER, LLP

                              _____
                              Harold J. Derschowitz (HJD-9910)
                              Attorneys for Defendants
                              BOARD OF MANAGERS OF TRUMP WORLD
                              TOWER CONDOMINIUM, s/h/i as TRUMP
                              WORLD TOWERS, and JOHN HENDRIQUES,
                              s/h/i as JOHN HENDRICK
                              120 Broadway
                              New York, New York  10271
                              (212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

**LSK&D #: 163-8001 / 964965**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JORDAN MANN,

                                             Plaintiff,

              -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

                                  Defendants.

-------------------------------------------------------------x

**Docket No.: 07 CV 5691**

**DEMAND FOR INCOME TAX INFORMATION**

TO:   PLAINTIFFS

S I R S :

     **PLEASE TAKE NOTICE,** that pursuant to the Federal Rules of Civil Procedure, plaintiffs are hereby required to produce for discovery, inspection and photostating, at the offices of the undersigned, 120 Broadway, New York, New York on the 30th day of January, 2008, at 10:00 a.m., in the forenoon of that day, the following documents:

     1.    Copies of the income tax returns filed by plaintiff and the W2 forms received by plaintiff and filed with the United States Government, New York State Government and the New York City Government for the years 2003 to present.

     **PLEASE TAKE FURTHER NOTICE,** that upon your failure to produce the aforesaid the undersigned will object, at the trial of this action, to the offering of any evidence of loss of earnings of the plaintiff or any other material contained in such documents.

Dated:      New York, New York
            January 7, 2008

                          Respectfully submitted,

                          LESTER SCHWAB KATZ & DWYER, LLP

                          Harold J. Derschowitz (HJD-9910)
                          Attorneys for Defendants
                          BOARD OF MANAGERS OF TRUMP WORLD
                          TOWER CONDOMINIUM, s/h/i as TRUMP
                          WORLD TOWERS, and JOHN HENDRIQUES,
                          s/h/i as JOHN HENDRICK
                          120 Broadway
                          New York, New York  10271
                          (212)  964-6611

TO:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

<u>CERTIFICATE OF SERVICE</u>

I certify that I served **DEMAND FOR EXPERT WITNESS INFORMATION, REQUEST FOR PRODUCTION OF PARTY STATEMENTS, REQUEST FOR NAMES AND ADDRESSES OF WITNESSES, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, REQUEST FOR COLLATERAL SOURCE INFORMATION, DEMAND FOR EMPLOYMENT AUTHORIZATIONS, DEMAND FOR PRODUCTION OF INSURANCE AGREEMENTS, REQUEST FOR HOSPITAL INFORMATION, REQUEST FOR MEDICAL INFORMATION, REQUEST FOR MAJOR MEDICAL/BLUE CROSS AUTHORIZATIONS, AND DEMAND FOR INCOME TAX INFORMATION,** on Counsel for Plaintiff and Counsel for Co-Defendants, PLUS ONE FITNESS and JAMIE MACDONALD on January 7, 2008 by electronic mail and regular mail as follows:

LAW OFFICES OF UWEM UMOH
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK 11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK 10004
Attorneys for Defendant
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com

_____
HAROLD J. DERSCHOWITZ (HJD-9910)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
JORDAN MANN,

                **Docket No.: 07 CV 5691**

           Plaintiff,

    -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN HENDRICK
JAMIE MACDONALD DOES 1-10 Inclusive

           Defendants.

----------------------------------------------------------------x


**DEMAND FOR EXPERT WITNESS INFORMATION, REQUEST FOR
PRODUCTION OF PARTY STATEMENTS, REQUEST FOR NAMES AND
ADDRESSES OF WITNESSES, NOTICE TO TAKE DEPOSITION UPON ORAL
EXAMINATION, REQUEST FOR COLLATERAL SOURCE INFORMATION,
DEMAND FOR EMPLOYMENT AUTHORIZATIONS, DEMAND FOR
PRODUCTION OF INSURANCE AGREEMENTS, REQUEST FOR HOSPITAL
INFORMATION, REQUEST FOR MEDICAL INFORMATION, REQUEST FOR
MAJOR MEDICAL/BLUE CROSS AUTHORIZATIONS, AND DEMAND FOR
INCOME TAX INFORMATION**


**LESTER SCHWAB KATZ & DWYER, LLP**

**ATTORNEYS FOR Defendants**
        BOARD OF MANAGERS OF TRUMP WORLD
        TOWER CONDOMINIUM s/h/i as TRUMP
        WORLD TOWERS, and JOHN HENRIQUES,
        s/h/i as JOHN HENDRICK

        120 BROADWAY
        NEW YORK, N.Y. 10271-0071
        (212) 964-6611
        FAX:  (212) 267-5916