## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Civil Action No. CV 07 5691 (NRB)

Jordan Mann

        Plaintiff,

v.

Plus One Fitness; Trump World Towers
  "Robert" Doe; John Hendriques
Jamie MacDonald
Does 1-10 inclusive



        Defendants

## THE FOLLOWING AMENDED SCHEDULING ORDER IS ENTERED AFTER CONSULTATION WITH THE PARTIES:

Amend the pleadings without leave of court by           December 21, 2007

Joinder of additional parties by                  February 8, 2008.

Service of interrogatories and document requests by     April 4, 2008

Anticipated dispositive motions:  Summary Judgment within 30 days from the end of factual discovery

End of factual discovery by                    June 30, 2008

Expert discovery to be conducted after summary judgment is decided

*No further extensions.*

**SO ORDERED**