### Harold Derschowitz (x263)

**From:** numoh@umohlaw.com
**Sent:** Wednesday, June 25, 2008 10:32 PM
**To:** Deborah MartinNorcross
**Cc:** Harold Derschowitz (x263); chidieze@yahoo.com
**Subject:** RE: Mann v. Plus One, etc.

Harold--

Did you seek leave to serve additional interrogatories on the plaintiff. Pursuant to the court' order, all paper discovery was to be served by April 4, 2008. Moreover, your first set of interrogatories contained 31 interrogatories and the second set contains an additional 31 interrogatories. Even if we agree that the defendants get 50 interrogatories, how do you justify serving us with 62? Also, the interrogatories violate the local rules of the SDNY. Accordingly, we reject these interrogatories.

Deborah--

What document request and/or interrogatories are these documents supplementing? Please refer plaintiff to the number(s).

Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
800.516.5929 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

> -------- Original Message --------
> Subject: Mann v. Plus One, etc.
> From: "Deborah MartinNorcross" <dmnorcross@martinnorcross.com>
> Date: Tue, June 24, 2008 9:51 am
> To: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>,
> chidieze@yahoo.com, "numoh@umohlaw.com" <numoh@umohlaw.com>

6/26/2008