UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

July 30, 2008

Nkereuwem Umoh, Esq.
255 Livingston Street, 4th Floor
Brooklyn, NY 11217

Deborah Martin-Norcross, Esq.
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540

Harold J. Derschowitz, Esq.
Lester Schwab Katz & Dwyer, Esq.
120 Broadway, 38th Floor
New York, NY 10271

**By Fax**

Re:   Jordan Mann v. Plus One Fitness, et al.
      07 Civ. 5691 (NRB)

Dear Counsel:

    I have reviewed the parties recent correspondence addressed to the sufficiency of plaintiff's discovery responses. This letter is to inform plaintiff's counsel (and plaintiff) that they have one additional week to remedy the specific deficiencies noted. Without suggesting any view of the merits, defendants may thereafter move for sanctions, which may include requests for preclusion orders, if they remain unsatisfied with plaintiff's responses.

Very truly yours,

Naomi Reice Buchwald
United States District Judge