LSK&D #: 163-8001 / 1070371
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JORDAN MANN,

                          Plaintiff,

     -against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN
HENRIQUES, JAMIE MACDONALD DOES 1-
10 Inclusive

                        Defendants.
---------------------------------------------------------------x

Docket No.: 07 CV 5691 (NRB)

**NOTICE OF MOTION UNDER RULE 37(b)(2)(A) TO PRECLUDE OR UNDER RULE 37(a) TO COMPEL**

TO:   LAW OFFICE OF UWEM UMOH
       255 Livingston Street, 4th Floor
       Brooklyn, New York 11217
       Attn: Uwem Umoh, Esq.
       numoh@umohlaw.com

       MARTIN NORCROSS, LLC
       110 Wall Street
       RCG Suite, 26th Floor
       New York, New York 10005
       Attn: Deborah Martin Norcross, Esq.
       dmnorcross@martinnorcross.com

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 37, the defendants, BOARD OF MANAGERS OF TRUMP WORLD TOWER CONDOMINIUM, s/h/i as TRUMP WORLD TOWERS, and JOHN HENRIQUES, (henceforth "TRUMP Defendants") will move before the Hon. Naomi Reice Buchwald for an order under Fed. R. Civ. P. 37(b)(2)(A) to preclude, or under Rule 37(a) to compel. In support of their motion, the TRUMP Defendants will rely upon the accompanying Certification of Harold J. Derschowitz, Esq., and Memorandum of Law.

Dated: New York, New York
August 28, 2008

                                Respectfully submitted,

                                LESTER SCHWAB KATZ & DWYER, LLP

                                _____
                                Harold J. Derschowitz (HJD-9910)
                                Attorneys for Defendants
                                BOARD OF MANAGERS OF TRUMP WORLD
                                TOWER CONDOMINIUM, s/h/i as "TRUMP
                                WORLD TOWERS", and JOHN HENRIQUES
                                120 Broadway
                                New York, New York  10271
                                (212) 964-6611

TO:

LAW OFFICES OF CHIDI EZE
NKEREUWEM UMOH, ESQ.
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK  11217
Attorneys for Plaintiff
Tele No.: (718) 360-0527
E-mail: numoh@umohlaw.com

DEBORAH MARTIN NORCROSS
MARTIN NORCROSS, LLC
110 WALL STREET, RCG SUITE 26th FLOOR
NEW YORK, NEW YORK  10004
Attorneys for Defendants
PLUS ONE FITNESS and
JAMIE MACDONALD
E-Mail: dmnorcross@martinnorcross.com