UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. CV 07 5691 (NRB)

Jordan Mann

        Plaintiff,

v.

Plus One Fitness; Trump World Towers
"Robert" Doe; John Hendrick
Jamie MacDonald
Does 1-10 inclusive

        Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

**THE FOLLOWING SCHEDULING ORDER IS ENTERED AFTER CONSULTATION WITH THE PARTIES:**

| | |
|---|---|
| Amend the pleadings without leave of court by | December 21, 2007 |
| Joinder of additional parties by | February 8, 2008. |
| Service of interrogatories and document requests by | January 7, 2008 |

Anticipated dispositive motions: Full Summary Judgment within 30 days from the end of factual discovery

End of factual discovery by                                          April 15, 2008

*[signature]*
SO ORDERED
12/7/07