**EXHIBIT "8"**

## Harold Derschowitz (x263)

| | |
|---|---|
| **From:** | numoh@umohlaw.com |
| **Sent:** | Friday, February 15, 2008 5:22 PM |
| **To:** | Harold Derschowitz (x263) |
| **Cc:** | Deborah MartinNorcross |
| **Subject:** | RE: Mann v. Plus One, etc. |
| **Attachments:** | Mann--Taxes (4).pdf; Mann--Job Search (3).pdf; Mann--Grooming (2).pdf; Mann--Emails.pdf |

Hi Harold and Deborah--

Attached are emails and other documents in plaintiff's possession that are between herself and the defendants and pertain to defendant's grooming policies, plaintiff's job search following her termination, her massage therapy license and her taxes.

I did not get a request from Deborah for a conference for this afternoon, though I got Harold's offer of one for today or yesterday.  I am open to a conference after we have all received the discovery documents and have any question.

Also, Harold, did you serve interrogatories on defendant Plus One and MacDonald?

Thanks

Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
718.360.1916 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

-------- Original Message --------
Subject: RE: Mann v. Plus One, etc.
From: "Harold Derschowitz (x263)" <HDERSCHOWITZ@LSKDNYLAW.com>

2/19/2008

Date: Mon, February 11, 2008 2:51 pm
To: <numoh@umohlaw.com>
Cc: "Deborah MartinNorcross" <dmnorcross@martinnorcross.com>

Dear Uwem: When I arrived at my office this afternoon, I received an envelope from your office containing Plaintiff's Responses to my clients' First set of Interrogatories and Notice to Produce, along with an accompanying CD. I had received your prior e-mails of February 6 and 7, 2008, containing plaintiff's responses to my clients' Combined Discovery demands, and Bates-stamped documents 1-184. I think that a conference call later this week between all counsel regarding discovery responses and deficiencies thereof would be productive. Might I suggest Thursday or Friday for such a conference? Please advise. Thanks.
Sincerely,
HAROLD J. DERSCHOWITZ, ESQ.
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, N.Y. 10271
Tel: (212) 341-4263
Fax: (212) 267-5916

---

**From:** numoh@umohlaw.com [mailto:numoh@umohlaw.com]
**Sent:** Monday, February 11, 2008 1:35 PM
**To:** Deborah MartinNorcross
**Cc:** Harold Derschowitz (x263)
**Subject:** RE: Mann v. Plus One, etc.


Attached are the bates stamped documents that I have sent to all the parties. it is offered in response to Plus One's document requests. I am yet to receive confirmation from Harold, but I assume he has received them. As indicated in my responses, plaintiff is continuing to search for documents responsive to the demands of both defendants and will produce them as hey become available. I hope to have any emails between the defendants and plaintiff available by the end of this week. Plaintiff is also working on obtaining her tax returns.

Please confirm receipt of the attached documents.

Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
718.360.1916 (Fax)


This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

-------- Original Message --------
Subject: Re: Mann v. Plus One, etc.
From: "Deborah MartinNorcross" <dmnorcross@martinnorcross.com>
Date: Mon, February 11, 2008 12:44 pm
To: "numoh@umohlaw.com" <numoh@umohlaw.com>
Cc: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>

There are no rules about oral communications among counsel, particularly between co-defendants, nor am I going to create any. Harold now is aware of my request and, I am confident, will do whatever he concludes is in the best interests of his clients.

You did not e-mail any "bates-stamped documents" attachment to our clients' document requests. You did copy me on the e-mailed documents you sent in response to co-defendants' discovery requests. Until I receive what you represent you mailed last Monday, I cannot finalize the "deficiency letter" you have requested. Please keep in mind that a responding party is obligated to serve proper responses to discovery requests in the first instance.

Thank you.

On 2/11/08, **numoh@umohlaw.com** <numoh@umohlaw.com> wrote:
> Despite the cross-claims, at some point Harold must have communicated to you that
> he did not receive my package that I mailed to him. I was not privy to this call or
> email. If the defendants do not wish to speak me without all parties on the line and
> if this is the rule going forward. I also need to know if this applies to
> communications between all parties.
>
> Deborah, did you receive the bates stamped documents I emailed to you. Also, when
> can I expect your deficiency letter.
>
> Thank you
>
> Uwem I. Umoh
> 255 Livingston Street,
> 4th Floor
> Brooklyn, NY 11217
> 718.360.0527
> 718.360.1916 (Fax)
>
>
> This electronic message transmission is sent by the Umoh Law Office. This message
> contains information that is confidential, privileged and exempt from disclosure

under applicable law. The information is intended only for the use of the individual (s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

-------- Original Message --------
Subject: Re: Mann v. Plus One, etc.
From: "Deborah MartinNorcross" <dmnorcross@martinnorcross.com>
Date: Mon, February 11, 2008 11:36 am
To: "numoh@umohlaw.com" <numoh@umohlaw.com>
Cc: HDERSCHOWITZ@lskdnylaw.com

Given the cross-claims, please set this up as a conference call.

On 2/11/08, **numoh@umohlaw.com** <numoh@umohlaw.com> wrote:

Deborah: Ok, i will resend them to both offices. Just let me know if you get the documents in the mail today.  Did you receive the email with the documents bates stamped 0001-0184?

Harold:  can you give me a good time to reach you by telephone. I have left a couple of messages with your office.  There are a few things I need to address with you and the telephone will be more convenient.

Thank you

Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
718.360.1916 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

-------- Original Message --------
Subject: Re: Mann v. Plus One, etc.
From: "Deborah MartinNorcross"
<dmnorcross@martinnorcross.com>
Date: Mon, February 11, 2008 9:27 am
To: "numoh@umohlaw.com" <numoh@umohlaw.com>

What you say you sent to me has not been delivered to any of my three offices. If you are going to "resend" it, and as you previously agreed to do, please send it to Princeton.

On 2/10/08, **numoh@umohlaw.com** <numoh@umohlaw.com> wrote:

None of the packages I mailed have been returned to my office. I mailed them to your New York Office and the Broadway office for Harold. Even if I don't get it back on Monday, I will mail them out again Monday evening, certified mail. Other than the CD, all the documents I mailed have been emailed to both of you.

Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
718.360.1916 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

-------- Original Message --------
Subject: Mann v. Plus One, etc.
From: "Deborah MartinNorcross"
<dmnorcross@martinnorcross.com>
Date: Sun, February 10, 2008 5:08 pm
To: "numoh@umohlaw.com"
<numoh@umohlaw.com>
Cc: "Harold Derschowitz (x263)"
<HDERSCHOWITZ@lskdnylaw.com>


Uwem --

Neither Harold nor I have received the discovery
responses and CD you said you mailed last Monday.
While one package might conceivably go astray in
regular mail, it is quite unlikely that both would if
they were properly mailed.

Please advise.

deborah
--

Deborah Martin Norcross, Esq.
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com



--

Deborah Martin Norcross, Esq.
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com

2/19/2008

Deborah Martin Norcross, Esq.
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com


--

Deborah Martin Norcross, Esq.
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com


**************************************************
Lester Schwab Katz & Dwyer, LLP
http://www.lskdnylaw.com
New York:  (212) 964-6611
New Jersey: (973) 912-9501
ATTORNEY-CLIENT PRIVILEGED; DO NOT FORWARD WITHOUT PERMISSION.
The information contained in this transmission is privileged and
confidential. It is intended only for the use of the individual
or entity named above.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution or copy of this communication is strictly prohibited.
If you have received this communication in error, please notify
us immediately by telephone or by email to contactinfo@lskdnylaw.com or by replying to this
email and delete all copies of this message and all attachments.

********** Scanned by POSTINI

2/19/2008

Page 1 of 1

**Mann, Jordan**

| | | | |
|---|---|---|---|
| **From:** | Mann, Jordan | **Sent:** | Tue 4/11/2006 8:52 AM |
| **To:** | Welter, Bob | | |
| **Cc:** | | | |
| **Subject:** | meeting with Heather Davis re: hair situation | | |
| **Attachments:** | | | |

Dear Bob,

I've met with Heather Davis in reference to my hair. I feel that I still haven't been given a resolution as to how to comply to Trump/Plus One policy on hair codes and my employment status. Please advise. I'd like to request a meeting with you to get some answers.

thank you,

Jordan Mann
Trump World Tower site
646 313 7630

JM 0085

From: Brilhart, Erica [mailto:Erica.Brilhart@gs.com]
Sent: Sun 4/16/2006 4:22 PM
To: Mann, Jordan
Subject: GS NY

Hey Jordan,
Did you receive the documents? I sent them via interoffice mail. I will call
you tomorrow morning to discuss.
Thank you.

Erica Brilhart
Exercise Specialist, Wellness
Human Capital Management Division
Plus One Fitness @ Goldman Sachs
10 Hanover Square | Level C1 | New York, New York 10005
Tel: 212-855-0770 | Fax: 917-343-0850
e-mail: erica.brilhart@gs.com
_____
For your on-line wellness needs:
http://home.gs.com/wellness <http://home.gs.com/wellness>
HCM - Maximize return on our most important asset: people.

The information contained in this e-mail is private and confidential. If the

reader of this e-mail is not the intended recipient, you are hereby notified

that any review, dissemination or copying of this e-mail is prohibited. If
you have received this e-mail in error, please notify the sender.


!DSPAM:1,445efc56256651878810860!


JM 0186

**Mann, Jordan**

| | | | |
|---|---|---|---|
| **From:** | Mann, Jordan | **Sent:** | Thu 4/20/2006 6:12 AM |
| **To:** | Ciatto, Chris | | |
| **Cc:** | Niszczak, Tom | | |
| **Subject:** | hair/employment outcome | | |
| **Attachments:** | | | |

Chris,

Just following up on our meeting last week, regarding my hair and employment status. You mentioned you'd get back to me in a week with a decision. Please advise.

Jordan Mann
Trump World Tower Site
646-313-7630

JM 0187

https://www.plusone.com/exchange/Jordan.Mann/Sent%20Items/hair  xF8FF  employment...    4/20/2006

🛈 You replied on 4/28/2006 6:07 AM.

**Mann, Jordan**

| | | | |
|---|---|---|---|
| **From:** | Brilhart, Erica [Erica.Brilhart@gs.com] | **Sent:** | Thu 4/27/2006 9:50 PM |
| **To:** | Mann, Jordan | | |
| **Cc:** | | | |
| **Subject:** | Forms for NYS licensure | | |
| **Attachments:** | | | |

Hey Jordan,
Hope all is well. Just to let you know, it's taking a little longer than expected to get the form to you because we need to get it notarized. I hope to send it to you by the end of next week. Sorry for the delay.

Thanks again for helping out on Wednesday!

**Erica Brilhart**
Exercise Specialist, Wellness
Human Capital Management Division
Plus One Fitness @ Goldman Sachs
10 Hanover Square | Level C1 | New York, New York 10005
Tel: 212-855-0770 | Fax: 917-343-0850
e-mail: erica.brilhart@gs.com
_____
For your on-line wellness needs:
http://home.gs.com/wellness
HCM - Maximize return on our most important asset: people.

*The information contained in this e-mail is private and confidential. If the reader of this e-mail is not the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender.*

!DSPAM:1,44512e8f256651183820839!

JM 0188

**Mann, Jordan**

| | | | |
|---|---|---|---|
| **From:** | Mann, Jordan | **Sent:** | Tue 4/25/2006 7:14 AM |
| **To:** | Macdonald, Jamie | | |
| **Cc:** | Welter, Bob; Niszczak, Tom | | |
| **Subject:** | hair policy | | |
| **Attachments:** | | | |

Dear Jamie,

In the meeting with my immediate manager Tom, you and I, you said that the reason I was violating the hair policy was because my hair was more than three inches above my head. Please note, that in a meeting with Bob Welter this past Friday, we both confirmed with a ruler that my hair did not stand over 3 inches. This should prove that my hair is in compliance to the policy.


Sincerely,

Jordan Mann
Trump World Tower site
646-313-7630

JM 0189

**Mann, Jordan**

| From: | Mann, Jordan | | Sent: | Thu 4/27/2006 7:07 AM |
|---|---|---|---|---|
| To: | Welter, Bob | | | |
| Cc: | Macdonald, Jamie; Niszczak, Tom | | | |
| Subject: | hair compliance | | | |
| Attachments: | | | | |

Dear Bob,

In our meeting on Friday, I proved that my hair did not violate the policy as Jamie stated previously. However, you said my hair still did not comply. Please submit to me in writing as to why it does not comply to policy so I can adhere to company policy.

Sincerely,

Jordan Mann
Trump World Tower site
646 313 7630

p.s. because I met with you after my shift, will I be getting paid overtime for the meeting I had with you on Friday? Please advise.

JM 0180



Page 1 of 2

**Inbox** (Two-Line View )

Items  1  to 25 of 37

New  ▾

Help

Log Off

| From | Received |
| --- | --- |
| Subject | |

Welter, Bob    Fri 4/28/20...
RE: hair compliance

Davis, Heat...   Fri 4/28/20...
Job Posting - Reception...

Brilhart, Erica   Thu 4/27/200...
Forms for NYS licensure

Begley, Sean C   Thu 4/27/200...
FW: may newsletter

Anderson, Va...   Thu 4/27/200...
Massage Confirmation for May ...

Anderson, Va...   Thu 4/27/200...
Massage Confirmation

Yellin, Jennifer   Wed 4/26/20...
FW: Make-up class

Sanchez, Sself...   Mon 4/17/200...
RE: New York Museums

Brilhart, Erica   Sun 4/16/200...
GS NY

Davis, Heather   Wed 4/12/20...
FW: Spring 2006 Corporate Sh...

Brilhart, Erica   Tue 4/11/200...
RE: NYS licensing

Shaw, Kristin   Tue 4/11/200...
name change

Davis, Heather   Mon 4/10/200...
Friends and Family cou...

Brilhart, Erica   Mon 4/10/200...
NYS licensing

Davis, Heather   Thu 4/5/2006...
RE: Choice of CIGNA Dental C...

Brilhart, Erica   Wed 4/5/200...
Letter for GS NY position

Davis, Heather   Wed 4/5/200...
RE: Choice of CIGNA Dental C...

melissa young   Tue 4/4/2006...
FW: Information you n...

Anderson, Va...   Tue 4/4/2006...
Massage Request #2

melissa young   Tue 4/4/2006...
RE: job

Davis, Heather   Tue 4/4/2006...
Out of Office AutoReply: Choic...

Shaw, Kristin   Fri 3/31/2006...
RE: New York State Massage L...

Anderson, Va...   Fri 3/31/2006...

---

**RE: hair compliance**
Welter, Bob
**To:** Mann, Jordan
**Cc:** Macdonald, Jamie; Niszczak, Tom; Davis, Heather; Ciatto, Chris

Dear Jordan:

Yes, I had mentioned to you during our meeting last week that according to our interpretation of the dress and grooming standards, that your hair style was not in compliance.

I had also mentioned that some of the items listed on the dress and grooming standards were open to the decision of the managers of each facility based on their familiarity and knowledge of that particular contract.

On Monday, you expressed the desire to continue employment at the Trump World Tower and to wear a headband to keep your hair back. I stated that I thought this was a move in the right direction, but the final decision would rest again with your managers.

I had hoped that I provided enough time last week to answer all of your questions regarding this matter and that your paid day off on Monday would have provided the time for you to make your decision regarding these issues. Now that you are back on-site, I do not feel that continued negotiations on this issue are either appropriate or warranted.

We do not pay either straight pay or overtime for counseling sessions.

JM 0191

**Mann, Jordan**

| From: | Mann, Jordan | Sent: Fri 5/5/2006 6:51 AM |
|---|---|---|
| To: | Motta, Mike | |
| Cc: | | |
| Subject: | FW: discrimination and harassment | |
| Attachments: | | |

Dear Mike,

Below is an email I sent to Chris Ciatto. I originally met with him in early April about my situation but he never got back to me. As it stands, according to human resources, I will be terminated if I do not change my hair. Please note that my current hairstyle is an afro and has been such since my employment with PlusOne.

I'm sending this email to you as my last resort to rectify the discrimination and harassment to which I have been subjected.

Sincerely,

Jordan Mann
receptionist
Trump World Tower site
646 313 7630

---

**From:** Mann, Jordan
**Sent:** Mon 5/1/2006 6:14 AM
**To:** Ciatto, Chris
**Cc:** Macdonald, Jamie; Davis, Heather; Welter, Bob; Niszczak, Tom
**Subject:** discrimination and harassment

Dear Chris,

When we met, I told you that I was being harassed and ridiculed because of the way my hair naturally looks and grows. You said that you would get back to me in regards to the situation. Please note that I haven't heard from you. Below are more details of the situation.

1. Jamie MacDonald, said that my hair was not 'normal', 'current' and 'inappropriate' to work in a place like Trump World Towers. He also said I did not comply with the hair policy because my hair was more than three inches above my head.(Please note that both Bob Welter and myself confirmed in fact that my hair was not more than three inches.)

2. Heather Davis said that my hair was 'shocking' and gave me an ultimatum that either I cut my hair or take a transfer to a new location. Hence, I sent an email to Bob Welter to request a meeting.

3. Bob Welter said he didn't like my hair because of the way it grows and sent me home for one day to figure out how to make it presentable to him.

The reason why I initiated these meetings was to alert human resources that I was being a victim of discrimination and harassment in regards to the initial way that Jamie embarrassed me in front of clients and an employee at the Trump World Tower site. Instead, human resources took this as an opportunity to continue the discrimination and say individually why they personally didn't like my hair.

They never fairly addressed the true issue with Jamie and his comments and now, their comments. Even in my meeting in with Bob Welter, we made an agreement that if I proved my hair was not more

JM 0192

https://www.plusone.com/exchange/Jordan.Mann/Sent%20Items/FW:%20discrimination%2...    5/5/2006

than 3 inches above my head, everything would be okay. After measuring my hair, he then did not honor our agreement and introduced a new issue: saying why he felt my hair was shocking and inappropriate.

I feel do not have any support from human resources and that they have added salt to my injury. Please be advised that this has me caused considerable emotional stress and is affecting my mental and emotional state, especially at work. Because of the undue humiliation I have been subjected to, I will not take any more meetings regarding my hair without my lawyer present.

Sincerely,

Jordan Mann
Trump World Tower

JM 0193



JM 0194

**Mann, Jordan**

| | | | |
|---|---|---|---|
| **From:** | Mann, Jordan | | |
| **To:** | Brilhart, Erica | **Sent:** | Mon 5/8/2006 11:44 AM |
| **Cc:** | | | |
| **Subject:** | RE: notarized letter | | |
| **Attachments:** | | | |

ok. thanks!

---

**From:** Brilhart, Erica [mailto:Erica.Brilhart@gs.com]
**Sent:** Mon 5/8/2006 9:07 AM
**To:** Mann, Jordan
**Subject:** RE: notarized letter

Hey Jordan,
I haven't forgotten about you. I'm hoping Andriette and I will get it
notarized by Tuesday. We should also have the cash for you tomorrow as well.
Sorry about the delay. I will email you today to let you know for sure.
Thank you,

Erica Brilhart
Exercise Specialist, Wellness
Human Capital Management Division
Plus One Fitness @ Goldman Sachs
10 Hanover Square | Level C1 | New York, New York 10005
Tel: 212-855-0770 | Fax: 917-343-0850
e-mail: erica.brilhart@gs.com

---

For your on-line wellness needs:
http://home.gs.com/wellness
HCM - Maximize return on our most important asset: people.

The information contained in this e-mail is private and confidential. If the
reader of this e-mail is not the intended recipient, you are hereby notified
that any review, dissemination or copying of this e-mail is prohibited. If
you have received this e-mail in error, please notify the sender.

-----Original Message-----
**From:** Mann, Jordan [mailto:Jordan.Mann@plusone.com]
**Sent:** Thursday, May 04, 2006 10:42 AM
**To:** Brilhart, Erica
**Subject:** notarized letter

Hi Erica,

Any word on the notarized letter? Let me know. Thanks. :)  Also, can I pick
up the $100 reimbursement this week?

ciao,
Jordan

---

JM 0195

**Mann, Jordan**

| | | | |
|---|---|---|---|
| **From:** | Mann, Jordan | **Sent:** | Mon 5/22/2006 10:00 AM |
| **To:** | Motta, Mike | | |
| **Cc:** | | | |
| **Subject:** | grooming policy | | |
| **Attachments:** | | | |

Mike,

I'm emailing you again because I am being singled out in respect to the grooming policy at Trump World Tower again. On his first day here, Christian Garcia, the new temporary site manager had a meeting with me and questioned me about my grooming, specifically my earrings. He provided an example that males are not allowed to wear earrings at reception. After speaking with co-workers, I found out that I was the only staff member questioned about grooming. Eventhough, other staff members have been violating policy well before I was employed at Trump World Tower and have continued to do such.

To date, no one at PlusOne has been able to give me a factual and/or objective statement as which rule I specifically violate with respect to the grooming policy. It is my hope that you investigate all the issues I have informed you of to date, to rectify these events.

Sincerely,
Jordan

---

**From:** Motta, Mike
**Sent:** Thu 5/11/2006 9:35 AM
**To:** Mann, Jordan
**Cc:** Salomon, Richard; Ciatto, Chris; Macdonald, Jamie; Welter, Bob; Davis, Heather; Niszczak, Tom
**Subject:** RE: response to your letter received in the mail

Jordan,
I apologize for the typo in the letter.
We are looking forward to hearing from your attorney so we can resolve all the issues.
Sincerely,
Mike

Michael Motta
President, Plus One
(646) 312-6200 direct
mike.motta@plusone.com

---

**From:** Mann, Jordan
**Sent:** Thursday, May 11, 2006 6:39 AM
**To:** Motta, Mike
**Cc:** Salomon, Richard; Ciatto, Chris; Macdonald, Jamie; Welter, Bob; Davis, Heather; Niszczak, Tom
**Subject:** response to your letter received in the mail

Dear Mike,

I recently received your letter in the mail addressed to "**Mr. Jordan Mann.**" Please note that I am a **female** working at the Trump World Tower site. And like you said in your letter, there is confusion, as well as inequalities, with respect to me and my hair with your management and staff. On numerous occasions, they have stressed grooming examples, standards and hair lengths which they have only applied to Plus One males. Furthermore, it is my understanding that no policy states that women must not grow their hair past three

Jm 0196

inches, nor has any other non-Black woman ever been subjected to a hair length rule of this kind.

Please note that my attorney will fully address all the other issues with respect to your letter.

Sincerely,

Ms. Jordan Mann
Trump World Tower
646 313 7630

---

**From:** Motta, Mike
**Sent:** Fri 5/5/2006 10:48 AM
**To:** Mann, Jordan
**Cc:** Salomon, Richard; Ciatto, Chris; Macdonald, Jamie; Welter, Bob; Davis, Heather; Niszczak, Tom
**Subject:** Response to your email to me dated May 5, 2006

Dear Jordan,

Thanks for your e-mail. I am glad you wrote to me. I have decided, as President of Plus One, that your hair is acceptable for our business purposes.

Please understand that business purposes may vary depend on the site. What dress may be suitable in Soho or Chelsea may not be suitable at certain uptown locations. I myself dress and wear different clothes to some meetings than to others. Some may even change their hairstyle depending on the business purpose. Please appreciate that we conduct ourselves differently in some ways at your current site than we do in other sites, and we expect employees to appreciate the differences in the business climate at each of our sites.

As to your hairstyle though, it is acceptable in all of our sites. Some hairstyles are not, and we have taken action at your current location to ask some of our employees to change their hairstyle when working at that site. I personally regret that there was some confusion on our part with respect to your hairstyle, and you have my sincere apology.

That being said, I ask you to be sensitive to our business purposes, to wear a headband if you wish to, and to maintain your hair length at its current length if that suits your personal wishes. While the 3 inch hair rule is a fair and appropriate general guideline for that location, it will not be applied in your case or in any other instances where it is unsuitable to do so.

Jordan, I do not know whether your statement of events in the e-mails you forwarded to me is, or is not, accurate in all respects. But, it does not make a difference to my decision today, so there is no need for me to address those statements.

You have been a valuable employee of Plus One. I am sorry this matter has stressed you out, and understand why you feel that way. I hope that you will place this matter behind you as soon as possible so that you are free from extraneous concerns in the workplace. And do not hesitate to contact me if you feel that any others at Plus One have not placed this matter behind them as well, despite my direction to do so. Having spoken to Chris Ciatto about this matter, I can tell you that he and I are in complete agreement with respect to your hair. I will ask Chris to convey our decision and our philosophy on this matter to Jamie Macdonald as well. Finally, you may or may not know that Bob Welter has decided to resign as head of Human Resources, and I have asked Chris to discuss this matter with his replacement when hired.

Again, thanks for your e-mail, and keep up the good work. Also, a paper copy of this email will be sent to your home address.

Sincerely,
Mike

Michael Motta
President, Plus One
(646) 312-6200 direct

Jm 0197

mike.motta@plusone.com

---

**From:** Mann, Jordan
**Sent:** Friday, May 05, 2006 6:52 AM
**To:** Motta, Mike
**Subject:** FW: discrimination and harassment

Dear Mike,

Below is an email I sent to Chris Ciatto. I originally met with him in early April about my situation but he never got back to me. As it stands, according to human resources, I will be terminated if I do not change my hair. Please note that my current hairstyle is an afro and has been such since my employment with PlusOne.

I'm sending this email to you as my last resort to rectify the discrimination and harassment to which I have been subjected.

Sincerely,

Jordan Mann
receptionist
Trump World Tower site
646 313 7630

JM 0198

https://www.plusone.com/exchange/Jordan.Mann/Sent%20Items/grooming%20policy.EM...    5/22/2006

**Mann, Jordan**

| | | |
|---|---|---|
| **From:** | Mann, Jordan | **Sent:** Tue 5/30/2006 12:29 PM |
| **To:** | Motta, Mike | |
| **Cc:** | | |
| **Subject:** | RE: grooming policy | |
| **Attachments:** | | |

Please advise on the status of your investigation.

Regards,
Jordan

**From:** Motta, Mike
**Sent:** Mon 5/22/2006 10:23 AM
**To:** Mann, Jordan
**Cc:** Ciatto, Chris; Macdonald, Jamie
**Subject:** RE: grooming policy

Jordan,
Thank you for giving me this information.
I will investigate as per your request.
Regards,
Mike

Michael Motta
President, Plus One
(646) 312-6200 direct
mike.motta@plusone.com

**From:** Mann, Jordan
**Sent:** Monday, May 22, 2006 10:00 AM
**To:** Motta, Mike
**Subject:** grooming policy

Mike,

I'm emailing you again because I am being singled out in respect to the grooming policy at Trump World Tower again. On his first day here, Christian Garcia, the new temporary site manager had a meeting with me and questioned me about my grooming, specifically my earrings. He provided an example that males are not allowed to wear earrings at reception. After speaking with co-workers, I found out that I was the only staff member questioned about grooming. Eventhough, other staff members have been violating policy well before I was employed at Trump World Tower and have continued to do such.

To date, no one at PlusOne has been able to give me a factual and/or objective statement as which rule I specifically violate with respect to the grooming policy. It is my hope that you investigate all the issues I have informed you of to date, to rectify these events.

Sincerely,
Jordan

**From:** Motta, Mike
**Sent:** Thu 5/11/2006 9:35 AM

Jm 0199

**Mann, Jordan**

| | | |
|---|---|---|
| **From:** | Mann, Jordan | **Sent:** Mon 6/5/2006 6:51 AM |
| **To:** | Motta, Mike | |
| **Cc:** | Ciatto, Chris; Macdonald, Jamie | |
| **Subject:** | RE: grooming policy | |
| **Attachments:** | | |

Mike,

I've had a copy of the Trump standards since April 6. In addition, if you had investigated my allegations up to date, you would not have me deal with Chris Ciatto or Jamie MacDonald who were part of the discrimination/harassment. Chris asked me to "get braids" and "trim my hair" and questioned me as to why "no other Black women in the office have hair like" me. Also, Jamie was the first person at Plus One to start the harrassment and discrimination by saying my hair was "not normal," "inappropriate" and that "Plus One did not make allowances for individuals" with hair like me.

The lack of investigation leads me to believe that PlusOne accepts and fosters an environment conducive for harrassment and discrimination, when the perpetrator is part of management.

Sincerely,
Jordan

---

**From:** Motta, Mike
**Sent:** Wed 5/31/2006 3:18 PM
**To:** Mann, Jordan
**Cc:** Ciatto, Chris; Macdonald, Jamie
**Subject:** RE: grooming policy

Jordan,
I apologize for the delay in my response and any misunderstanding that may have occurred regarding the grooming standards at Trump World.
To expedite the process and prevent too many emails from crossing each other, Chris Ciatto and Jamie Macdonald will work with you directly.
They will make sure that you have a written copy of the standards that we are required to maintain at Trump World.
They will also address any other questions that you have regarding these standards.
Regards,
Mike

Michael Motta
President, Plus One
(646) 312-6200 direct
mike.motta@plusone.com

---

**From:** Mann, Jordan
**Sent:** Tuesday, May 30, 2006 12:29 PM
**To:** Motta, Mike
**Subject:** RE: grooming policy

Please advise on the status of your investigation.

Regards,
Jordan

---

*Jm 0200*



📁 **Inbox** (Two-Line View )                                    Items │ 1 │ to 25 of 53  ◄◄ ◄ ► ►◄

📧 New ▾  📧 ♻ ✕ 📇 📇 📇 📇 ▾ │ 📇 🔍 📇 │ ⚙ Help                                         📇 Log Off

| ☐ | From                | Received ▽ |   |
|---|---------------------|------------|---|
|   | Subject             | ! │ ❙ │ θ │ ▽ |

☐ Milani, David      Tue 6/6/2006...
   Confidential
☐ Motta, Mike        Tue 6/6/2006...
   RE: grooming policy
☐ Davis, Heather     Tue 6/6/2006...
   RE: letter of employment
☐ Brilhart, Erica    Mon 6/5/2006...
   Conference Call
☐ Yellin, Jennifer   Fri 6/2/2006 ...
   Plus One Post May/Jun...
☐ Motta, Mike        Wed 5/31/20...
   RE: grooming policy
☐ Begley, Sean       Mon 5/29/200...
   RE: payment for massages
☐ Motta, Mike        Mon 5/22/200...
   RE: grooming policy
☐ Ciatto, Chris      Thu 5/18/200...
   New Goldman Sachs Account E...
☐ Begley, Sean C     Tue 5/16/200...
   RE: Confirmation of Da...
☐ Ciatto, Chris      Mon 5/15/200...
   New Vice President of HR
☐ Davis, Heather     Mon 5/15/200...
   Job Posting - General ...
☐ Motta, Mike        Thu 5/11/200...
   RE: response to your letter rec...
☐ Brilhart, Erica    Tue 5/9/2006...
   RE: notarized letter
☐ Brilhart, Erica    Mon 5/8/2006...
   RE: notarized letter
☐ Motta, Mike        Fri 5/5/2006 ...
   Response to your email to me ...
☐ Motta, Mike        Fri 5/5/2006 ...
   RE: discrimination and harass...
☐ Anderson, Va...     Thu 5/4/2006...
   30 Hudson Massage Confirmati...
☐ Welter, Bob        Fri 4/28/2006...
   RE: hair compliance
☐ Brilhart, Erica    Thu 4/27/200...
   Forms for NYS licensure
☐ Begley, Sean C     Thu 4/27/200...
   FW: may newsletter
☐ Anderson, Va...     Thu 4/27/200...
   Massage Confirmation for May ...
☐ Yellin, Jennifer   Wed 4/26/20...
   FW: Make-up class

---

**Conference Call**
Brilhart, Erica [Erica.Brilhart@gs.com]

ⓘ You replied on 6/7/2006 8:19 AM.

**To:** Mann, Jordan
**Cc:**

---

Hi Jordan,
Just a reminder that we have a conference call
scheduled for tomorrow at
11:30 AM. Would it be easier for us to call you
at Trump or for you to
call Andriette's line(212-855-0846)?

Erica Brilhart

Exercise Specialist,
Wellness
Human Capital Management Division

Plus One Fitness @ Goldman Sachs

10 Hanover Square | Level C1 | New York, New
York 10005
Tel: 212-855-0770 | Fax: 917-343-0850

e-mail: erica.brilhart@gs.com

---

For your on-line wellness needs:
http://home.gs.com/wellness
HCM - Maximize return on our most important

---

EXAMPLE OF HAIR ON FACE



**Joan Hatfield**

Joan has twenty years experience in the health and fitness industry and has worked in hospital, corporate, and private health club settings. For five years, she also taught a 74-credit Associate of Applied Science degree program in Health and Fitness Technology at a Washington State technical college. After leaving the college, she was the Fitness/Wellness Services Manager and Personal Training Director at the Sammamish Club in Issaquah, WA. Most recently, she opened Gonzaga University's 39,000 square foot fitness center and was the Director until accepting the position with Plus One as General Manager of the Darwin Fitness Center at Amgen in Seattle. She holds a Master of Science degree in Exercise Science from Seattle Pacific University and has the following certifications: ACSM Exercise Leader ACSM Health and Fitness Instructor NSCA Certified Strength and Conditioning Specialist NSCA Certified Personal Trainer ACE Fitness Instructor ACE Personal Trainer ACE Clinical Exercise Specialist ACE Lifestyle and Weight Management Consultant YogaFit Certified Instructor/Level One



*Manager of
Amgen - Washington*

Jm 0203

4/13/2006

Meet the General Managers

EXAMPLE OF HAIR ON FACE



**Bonnie Parcells**

Bonnie Parcells, originally from Toms River, New Jersey, has been in the health & fitness field for 22 years. Her career began in New Jersey with Jack LaLanne Health Spas in the early 1980's. More recently, she spent 8 years with Johnson & Johnson Health Care Systems beginning her tenure as a part time Health Fitness Specialist and spending the last 2 years as the General Manager. Bonnie's entire career with J&J has been with the account at Colorado Center in Santa Monica, CA. She has attributed to the success of the program through strong customer relations, program design and implementation skills. Bonnie has spearheaded many major events for the property such as an annual Fourth of July Sports Expo, triathlon training program, Boot Camp and other corporate competitions. Bonnie is a certified indoor cycling instructor and triathlete. A mother of four, she supports her children's athletic efforts and contributes to their school athletic programs by volunteering her fitness expertise for various projects and clinics.



*Manager of*
Amgen - California

http://intranet.plusone.com/about/gm.cfm?id=1071

JM 0204

4/13/2006

ASK John ??
PROTOCOL 4: RESIDENT INTRODUCTION
- GREETING
- CONVERSATION

COMPLAINTS FROM TENANTS ABOUT OTHER COMPANY

PROFESSIONALISM

CLEANLINESS

TOWEL CLEANLINESS

CLUTTER ON FRONT DESK

PUT ON A SHOW

**Hospitality:**
**Plus One Style**

---

**Who is the Plus One employee?**

- We are the gold standard of service professionals
- We are service thinkers not an operational thinkers
- We demonstrate P.R.I.D.E.

Plus One Professionals

---

**P.R.I.D.E.**

Prepared

Responsive

Effective

Interested

Dedicated

Plus One Professionals

---

Jennifer Kalin
(c) 917 531-0654

PRACTICE ON 3 GUESTS:
- PUINTS TO REMEMBER ABOUT EACH MEMBER INDIVIDUALLY    1    JM 0205

# GROOMING:
## PUT YOUR BEST FOOT FORWARD

**Take pride in and care of your personal appearance.** Cleanliness is the responsibility of every employee.  In addition to what uniform you wear, remember to wear a smile. We are on stage and want to convey a professional image.

### Grooming Standards
- Shower daily
- Use perfume/ cologne in moderation
- Use deodorant – refresh throughout the day as necessary
- Nails must be kept clean and neatly trimmed (sorry, <u>no fancy nail designs</u>)
- Nails must be kept natural and a conservative length.
- Hair must be neat, conservative and in place throughout the day
- No extreme hairstyles or hair color
- Long hair must be pulled back away from face (show us your gorgeous eyes!)

### Uniform Standards
- Worn at all times while on shift
- Clean, freshly laundered – free of odors, stains, rips, holes or tears
- Properly fitted
- Issued uniform only (unless approved by manager)
- Shoes must be black and fully cover the foot – polished and in good shape
- Nametag worn at all times on the left side…over your heart
- Tattoos must not be visible at any time while working.
- All jewelry must be conservative in nature.
  - Earrings are limited to one per ear for women.
  - Hoops must be no larger than ½ inch in diameter and dangling earrings may not extend more than ¼ inch below the earlobe.
  - Minimal accessories – two rings, no big necklaces, one bracelet/watch per arm
  - One stud earring for men may be permissible (in some facilities earrings for men are prohibited).
  - No facial or visible body piercing is allowed for men or women.
- Do not carry telephones, personal pagers, or wireless email devices. These must be kept in your locker (not at the front desk).  You may check messages during your break in an area "behind the scenes."

**THANK YOU IN ADVANCE FOR ADHERING TO THESE PROCEDURES!**

JM 0206

| Form **8879** | IRS e-file Signature Authorization | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. This is not a tax return.<br>▶ Keep this form for your records. See instructions. | **2005** |

Declaration Control Number (DCN) ▶    00226062010816

| Taxpayer's name<br>RHONDA R MANN | Social security number<br>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 |
|---|---|
| Spouse's name | Spouse's social security number |

**Part I  Tax Return Information-Tax Year Ending December 31, 2005**    (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | **1** | 16,212. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 38; Form 1040EZ, line 10) | **2** | 960. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 39; Form 1040EZ, line 7) | **3** | 997. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 11a) | **4** | 37. |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 12) | **5** | |

**Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2005, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☒ I authorize   IRS-PREPARED BUT NOT AUDITED               to enter my PIN   | 81209 |   as my signature
                      ERO firm name                                      do not enter all zeros
on my tax year 2005 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only if you are entering your own PIN and your return is filed using the Practitioner PIN method.** The ERO must complete Part III below.

Your signature ▶ _(signed)_                       Date ▶   02/10/2006

**Spouse's PIN: check one box only**

☐ I authorize _____   to enter my PIN   |   |   as my signature
                      ERO firm name                                      do not enter all zeros
on my tax year 2005 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only if you are entering your own PIN and your return is filed using the Practitioner PIN method.** The ERO must complete Part III below.

Spouse's signature ▶ _____   Date ▶ _____

### Practitioner PIN Method Returns Only-continue below

**Part III  Certification and Authentication-Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit PIN.      | 22606205618 |
                                                                  do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2005 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized e-file Providers.

ERO's signature ▶ _____   Date ▶   02/10/2006

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

BCA   Copyright form software only  2005 Universal Tax Systems, Inc.   All rights reserved   US8879S1   Rev. 1

Form **8879** (2005)

JM 0207

Form **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2004** (99) IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning , 2004, ending , 20

| Label (See instructions on page 16.) | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | RHONDA | MANN | 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 |
| | If a joint return, sp. first name & initial | Last name | Spouse's social security number |

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 16. — 104 PROSPECT STREET — Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. — JERSEY CITY NJ 07307

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You ☐ Yes ☐ No Spouse ☐ Yes ☐ No

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child. (See page 17.)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
6b ☐ Spouse

Boxes checked on 6a and 6b — **1**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qualifying child for child tax cr. (see pg. 18) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see page 18.

No. of children on 6c who: ● lived with you ● did not live with you due to divorce or separation (see page 18)

Dependents on 6c not entered above.

Add numbers on lines above. ▶ **1**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 17,739 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 20) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -1,028 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount (see page 22) | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 3,753 |
| 20a | Social security benefits 20a | b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amt. (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 20,464 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | IRA deduction (see page 26) | 25 | |
| 26 | Student loan interest deduction (see page 28) | 26 | |
| 27 | Tuition and fees deduction (see page 29) | 27 | |
| 28 | Health savings account deduction. Attach Form 8889 | 28 | |
| 29 | Moving expenses. Attach Form 3903 | 29 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 | |
| 31 | Self-employed health insurance deduction (see page 30) | 31 | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 | |
| 33 | Penalty on early withdrawal of savings | 33 | |
| 34a | Alimony paid b Recipient's SSN ▶ | 34a | |
| 35 | Add lines 23 through 34a | 35 | |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | 36 | 20,464 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.
DAA

Form **1040** (2004)

 **MAIL**

Search: [　　　　　　　] [ **Web Search** ]

ℹ **The page cannot be displayed**

The page you are looking for is currently unavailable. The Web site
might be experiencing technical difficulties, or you may need to adjust
your browser settings.

| Mail | Contacts | Calendar | Notepad |                    Mail For Mobile - Mail Upgrades - Options

[ **Check Mail** ]  [ **Compose** ]        [　　　　　　　]  [ **Search Mail** ]  [ **Search the Web** ]

| ✕ Netflix<br>Try for Free! | **employment** | [ **Switch to the new Yahoo! Mail** ]  ✕ |
|---|---|---|

View:  All Messages                                    Messages 1-25 of 446   First | Previous | Next | Last

**Folders**       [Add - Edit]

Inbox (194)     [ **Delete** ] [ **Spam** ] [ **Mark** ▾ ] [ **Move...** ▾ ]

| | Sender | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | Jordan Mann | office manager/receptionist | Tue Feb 05, 2008 | 16k |
| ☐ | Jordan Mann | web content editor | Mon Feb 04, 2008 | 18k |
| ☐ | Jordan Mann | office assistant | Mon Feb 04, 2008 | 13k |
| ☐ | Jordan Mann | customer service associate | Mon Feb 04, 2008 | 45k |
| ☐ | Jordan Mann | executive assistant position | Mon Feb 04, 2008 | 13k |
| ☐ | Jordan Mann | concierge/receptionist | Mon Feb 04, 2008 | 12k |
| ☐ | Jordan Mann | customer service position | Sun Feb 03, 2008 | 2k |
| ☐ | Jordan Mann | personal assistant | Fri Feb 01, 2008 | 21k |
| ☐ | Jordan Mann | customer service rep | Fri Feb 01, 2008 | 14k |
| ☐ | Jordan Mann | RE: massage therapist seeking employment | Fri Feb 01, 2008 | 31k |
| ☐ | Jordan Mann | copywriter position | Thu Jan 31, 2008 | 5k |
| ☐ | Jordan Mann | data entry | Thu Jan 31, 2008 | 64k |
| ☐ | Jordan Mann | word processor | Thu Jan 31, 2008 | 54k |
| ☐ | Jordan Mann | photography book | Thu Jan 31, 2008 | 194k |
| ☐ | Jordan Mann | front desk reception | Wed Jan 30, 2008 | 12k |
| ☐ | Jordan Mann | receptionist position | Wed Jan 30, 2008 | 13k |
| ☐ | Jordan Mann | floating assistant | Wed Jan 30, 2008 | 13k |
| ☐ | Jordan Mann | Re: Hiring Trainers, Massage Therapist, Pilates & Yoga Instructors | Wed Jan 30, 2008 | 11k |
| ☐ | Jordan Mann | customer service associate | Wed Jan 30, 2008 | 14k |
| ☐ | Jordan Mann | customer service | Wed Jan 30, 2008 | 13k |
| ☐ | Jordan Mann | customer service position | Wed Jan 30, 2008 | 14k |
| ☐ | Jordan Mann | p/t office assistant | Wed Jan 30, 2008 | 14k |
| ☐ | Jordan Mann | assistant | Tue Jan 29, 2008 | 16k |
| ☐ | Jordan Mann | customer service position | Tue Jan 29, 2008 | 16k |
| ☐ | Jordan Mann | front desk position | Tue Jan 29, 2008 | 54k |

Left sidebar folders:

Draft
Sent
Bulk (1)       [Empty]
Trash          [Empty]

**My Folders**       [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

✕ See your credit score - free
✕ Print FREE Grocery Coupons
✕ 30-yr fixed as low as 5.5%*.
✕ Degrees for working adults.

Check All - Clear All                        Messages 1-25 of 446   First | Previous | Next | Last

JM 0208

# YAHOO! MAIL

Search: [        ] [Web Search]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[Check Mail]  [Compose]

[        ] [Search Mail] [Search the Web]

☒ Find Great Deals
    Shop Target.com

**employment**

[Switch to the new Yahoo! Mail]  ☒

**Folders**    [Add - Edit]

View: All Messages

Messages 26-50 of 446   First | Previous | Next | Last

Inbox (194)
Draft
Sent
Bulk (1)          [Empty]
Trash             [Empty]

**My Folders**          [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

☒ See your credit
    score - free

☒ Quick and Affordable Loans
    http://2-payday-loans.com

☒ Free Printable
    Grocery Coupons

☒ Top Schools for
    Online Degrees

[Delete] [Spam] [Mark ▾] [Move... ▾]

| ☐ | Sender | Subject | Date | Size |
|---|--------|---------|------|------|
| ☐ | Jordan Mann | temporary work | Mon Jan 28, 2008 | 54k |
| ☐ | Jordan Mann | executive assistant position - RESENDING | Mon Jan 28, 2008 | 19k |
| ☐ | Jordan Mann | massage therapist | Mon Jan 28, 2008 | 2k |
| ☐ | Jordan Mann | personal assistant | Mon Jan 28, 2008 | 18k |
| ☐ | Jordan Mann | assistant position | Sun Jan 27, 2008 | 22k |
| ☐ | Jordan Mann | typing | Sun Jan 27, 2008 | 1k |
| ☐ | Jordan Mann | assistant | Sun Jan 27, 2008 | 1k |
| ☐ | Jordan Mann | part time assistant | Sun Jan 27, 2008 | 2k |
| ☐ | Jordan Mann | assistant position | Sun Jan 27, 2008 | 17k |
| ☐ | Jordan Mann | extra work | Fri Jan 25, 2008 | 3388k |
| ☐ | Jordan Mann | data entry | Fri Jan 25, 2008 | 55k |
| ☐ | Jordan Mann | assistant here | Fri Jan 25, 2008 | 54k |
| ☐ | Jordan Mann | typing ability - 75wpm | Fri Jan 25, 2008 | 54k |
| ☐ | Jordan Mann | gossip editor position | Fri Jan 25, 2008 | 21k |
| ☐ | Jordan Mann | customer service position | Thu Jan 24, 2008 | 18k |
| ☐ | Jordan Mann | receptionist available | Thu Jan 24, 2008 | 54k |
| ☐ | Jordan Mann | NY RECEP | Wed Jan 23, 2008 | 53k |
| ☐ | Jordan Mann | receptionist here | Wed Jan 23, 2008 | 21k |
| ☐ | Jordan Mann | word processor position | Wed Jan 23, 2008 | 54k |
| ☐ | Jordan Mann | administrative assistant | Wed Jan 23, 2008 | 54k |
| ☐ | Jordan Mann | receptionist position | Wed Jan 23, 2008 | 56k |
| ☐ | Jordan Mann | PROGRAMMING COORDINATOR | Wed Jan 23, 2008 | 54k |
| ☐ | Jordan Mann | hotAtthetop - assistant position | Wed Jan 23, 2008 | 54k |
| ☐ | Jordan Mann | employment | Wed Jan 23, 2008 | 53k |
| ☐ | Jordan Mann | human resources coordinator | Wed Jan 23, 2008 | 2k |

Check All - Clear All

Messages 26-50 of 446   First | Previous | Next | Last

[Delete] [Spam] [Mark ▾] [Move... ▾]

[Check Mail]  [Compose]

[        ] [Search Mail] [Search the Web]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 020-9

YAHOO! MAIL Classic

Make Y! your home page

Search:  [                    ]  [ Web Search ]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[ Check Mail ]  [ Compose ]

[                    ]  [ Search Mail ]  [ Search the Web ]

## employment

[ Switch to the new Yahoo! Mail ]  [×]

Netflix
Only $4.99/mo.    [×]

View: All Messages                Messages 76-100 of 446  First | Previous | Next | Last

**Folders**  [Add - Edit]

Inbox (194)
Draft
Sent
Bulk (1)        [Empty]
Trash          [Empty]

**My Folders**  [Hide]

HIH Chiro (4)
Young Living (62)
employment (348)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

[×] See your credit
score - free

[×] Looking for Foreclosure?
http://2-foreclosures.com

[×] Free Printable
Coupons

[×] Looking for Foreclosure?
http://2-foreclosures.com

[ Delete ]  [ Spam ]  [ Mark ▾ ]  [ Move... ▾ ]

| ☐ | Sender | Subject | | Date | Size |
|---|---|---|---|---|---|
| ☐ | Jordan Mann | front office/post production | | Wed Jan 02, 2008 | 55k |
| ☐ | Jordan Mann | technical research writer | | Tue Jan 01, 2008 | 2k |
| ☐ | Jordan Mann | customer service position | | Tue Jan 01, 2008 | 54k |
| ☐ | Jordan Mann | executive assistant | | Fri Dec 28, 2007 | 55k |
| ☐ | Jordan Mann | Re: customer service | | Fri Dec 28, 2007 | 3k |
| ☐ | Jordan Mann | personal assistant | | Thu Dec 27, 2007 | 53k |
| ☐ | Jordan Mann | customer service | | Thu Dec 27, 2007 | 54k |
| ☐ | Jordan Mann | typist - 75wpm | | Thu Dec 27, 2007 | 54k |
| ☐ | Jordan Mann | personal assistant | | Thu Dec 27, 2007 | 54k |
| ☐ | Jordan Mann | part time receptionist | | Thu Dec 27, 2007 | 54k |
| ☐ | Jordan Mann | personal assistant position - resending | | Thu Dec 27, 2007 | 57k |
| ☐ | Jordan Mann | Search #22324 In House Temp Pool | | Thu Dec 27, 2007 | 56k |
| ☐ | Jordan Mann | administrator | | Thu Dec 27, 2007 | 54k |
| ☐ | Jordan Mann | coat check person | | Thu Dec 27, 2007 | 1148k |
| ☐ | Jordan Mann | personal assistant | | Wed Dec 26, 2007 | 57k |
| ☐ | Jordan Mann | corporate concierge | | Wed Dec 26, 2007 | 55k |
| ☐ | Jordan Mann | admin assistant | | Wed Dec 26, 2007 | 56k |
| ☐ | Jordan Mann | administrative assistant | | Wed Dec 26, 2007 | 54k |
| ☐ | Jordan Mann | executive personal assistant | | Fri Dec 21, 2007 | 55k |
| ☐ | Jordan Mann | personal assistant position | | Thu Dec 20, 2007 | 2k |
| ☐ | Jordan Mann | spa office manager/personal assistant | | Thu Dec 20, 2007 | 54k |
| ☐ | Jordan Mann | typist/transcriber | | Thu Dec 20, 2007 | 54k |
| ☐ | Jordan Mann | temporary receptionist position | | Thu Dec 20, 2007 | 54k |
| ☐ | Jordan Mann | requested resume | | Wed Dec 19, 2007 | 64k |
| ☐ | Jordan Mann | legal assistant | | Wed Dec 19, 2007 | 55k |

Check All - Clear All                Messages 76-100 of 446  First | Previous | Next | Last

[ Delete ]  [ Spam ]  [ Mark... ▾ ]  [ Move... ▾ ]

[ Check Mail ]  [ Compose ]

[                    ]  [ Search Mail ]  [ Search the Web ]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0210

# YAHOO! MAIL

Make Y! your home page

Search: [            ] [Web Search]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[Check Mail]   [Compose]

[ Search Mail ]   [ Search the Web ]

**Netflix**
Only $4.99/mo.    ×

## employment

[ Switch to the new Yahoo! Mail ]   ×

View: All Messages

Messages 126-150 of 446  First | Previous | Next | Last

**Folders**    [Add - Edit]

Inbox (194)
Draft
Sent
Bulk (1)        [Empty]
Trash           [Empty]

**My Folders**       [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

See your credit
score - free    ×

Looking for Foreclosure?
http://2-foreclosures.com    ×

Free Printable
Grocery Coupons    ×

How to become a
Teacher, Nurse    ×

[Delete]  [Spam]  [Mark ▾]  [Move... ▾]

| | Sender | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | Jordan Mann | re-sending my chronological resume | Thu Dec 06, 2007 | 73k |
| ☐ | Jordan Mann | interview | Wed Dec 05, 2007 | 4k |
| ☐ | Jordan Mann | graphic designer | Fri Nov 30, 2007 | 60k |
| ☐ | Jordan Mann | part time position | Fri Nov 30, 2007 | 60k |
| ☐ | Jordan Mann | catalog design position | Tue Nov 27, 2007 | 63k |
| ☐ | Jordan Mann | entry level designer | Tue Nov 27, 2007 | 2k |
| ☐ | Jordan Mann | Personal Assistant position | Wed Nov 14, 2007 | 14k |
| ☐ | Jordan Mann | part-time Flash designer position | Wed Nov 14, 2007 | 2k |
| ☐ | Jordan Mann | receptionist position | Mon Nov 12, 2007 | 12k |
| ☐ | Jordan Mann | online processing | Wed Nov 07, 2007 | 1k |
| ☐ | Jordan Mann | adminstrative assistant | Mon Nov 05, 2007 | 14k |
| ☐ | Jordan Mann | front desk | Sun Nov 04, 2007 | 15k |
| ☐ | Jordan Mann | receptionist/conference coordinator | Sun Nov 04, 2007 | 14k |
| ☐ | Jordan Mann | client service coordinator | Sun Nov 04, 2007 | 14k |
| ☐ | Jordan Mann | Administrative Assistant position | Sun Nov 04, 2007 | 14k |
| ☐ | Jordan Mann | customer service associate | Thu Nov 01, 2007 | 14k |
| ☐ | Jordan Mann | office administrator position | Thu Nov 01, 2007 | 13k |
| ☐ | Jordan Mann | Junior Office Manager | Thu Nov 01, 2007 | 14k |
| ☐ | Jordan Mann | RE: manager position | Wed Oct 31, 2007 | 26k |
| ☐ | Jordan Mann | research and personal assistant | Tue Oct 30, 2007 | 9k |
| ☐ | Jordan Mann | resending for JOB 023828-80108 editorial assistant | Tue Oct 30, 2007 | 12k |
| ☐ | Jordan Mann | position sought at creative company | Tue Oct 30, 2007 | 1k |
| ☐ | Jordan Mann | mtg. confirmation | Tue Oct 30, 2007 | 1k |
| ☐ | Jordan Mann | office manager | Mon Oct 29, 2007 | 19k |
| ☐ | Jordan Mann | paid internship | Mon Oct 29, 2007 | 12k |

Check All - Clear All

Messages 126-150 of 446  First | Previous | Next | Last

[Delete]  [Spam]  [Mark ▾]  [Move... ▾]

[Check Mail]   [Compose]

[ Search Mail ]   [ Search the Web ]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 024

# YAHOO! MAIL

Make Y! your home page

Search: [                    ] [ Web Search ]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[ Check Mail ] [ Compose ]

[                    ] [ Search Mail ] [ Search the Web ]

Get FREE Phones
with AT&T!  ×

## employment

[ Switch to the new Yahoo! Mail  × ]

View: All Messages

Messages 251-275 of 446   First | Previous | Next | Last

**Folders** (Add - Edit)

[ Delete ] [ Spam ] [ Mark ▾ ] [ Move... ▾ ]

Inbox (194)
Draft
Sent
Bulk (1)     [Empty]
Trash        [Empty]

**My Folders**            [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

See your credit
score - free  ×

Yahoo Small Business
news & resources  ×

Looking for Foreclosure?
http://2-foreclosures.com  ×

How to become a
Teacher, Nurse  ×

|  | Sender | Subject | Date ▾ | Size |
|--|--------|---------|--------|------|
| ☐ | Jordan Mann | head of operations | Mon May 21, 2007 | 35k |
| ☐ | Jordan Mann | admin. asst. | Mon May 21, 2007 | 34k |
| ☐ | Jordan Mann | RE: temp to perm | Mon May 21, 2007 | 11k |
| ☐ | Jordan Mann | development assistant | Fri May 18, 2007 | 30k |
| ☐ | Jordan Mann | event coordinator | Fri May 18, 2007 | 31k |
| ☐ | Jordan Mann | production assistant position | Fri May 18, 2007 | 30k |
| ☐ | Jordan Mann | marketing assistant position | Fri May 18, 2007 | 30k |
| ☐ | Jordan Mann | RECEPTIONIST | Fri May 18, 2007 | 36k |
| ☐ | Jordan Mann | customer service representative | Fri May 18, 2007 | 47k |
| ☐ | Jordan Mann | legal assistant | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | executive assistant | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | Attention HR | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | RE: full time employment | Tue May 15, 2007 | 58k |
| ☐ | Jordan Mann | RE: temp to perm | Tue May 15, 2007 | 8k |
| ☐ | Jordan Mann | temporary tracking position | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | full time employment | Tue May 15, 2007 | 2k |
| ☐ | Jordan Mann | massage therapist here! | Tue May 15, 2007 | 83k |
| ☐ | Jordan Mann | senior spa front desk | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | personal assistant | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | massage therapist here | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | concierge position | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | admin asst. position | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | booking manager | Mon May 14, 2007 | 57k |
| ☐ | Jordan Mann | temp to perm | Mon May 14, 2007 | 53k |
| ☐ | Jordan Mann | research/administrative assistant | Mon May 14, 2007 | 57k |

Check All - Clear All

Messages 251-275 of 446   First | Previous | Next | Last

[ Delete ] [ Spam ] [ Mark ▾ ] [ Move... ▾ ]

[ Check Mail ] [ Compose ]

[                    ] [ Search Mail ] [ Search the Web ]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0212



# YAHOO! MAIL

Search: [                    ] [ Web Search ]

| Mail | Contacts | Calendar | Notepad |

[ Check Mail ] [ Compose ]

Mail For Mobile - Mail Upgrades - Options

[                    ] [ Search Mail ] [ Search the Web ]

**employment**    [ Switch to the new Yahoo! Mail ] [ x ]

☐ Get FREE Phones with AT&T!

**Folders** [Add – Edit]

Inbox (194)
Draft
Sent
Bulk (1) [Empty]
Trash [Empty]

**My Folders** [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

☐ See your credit score - free

☐ Print FREE Grocery Coupons

☐ Looking for Foreclosure? http://2-foreclosures.com

☐ Working? Top schools now online

View: All Messages

Messages 226-250 of 446   First | Previous | Next | Last

[ Delete ] [ Spam ] [ Mark ▾ ] [ Move... ▾ ]

| ☐ | Sender | Subject | Date ▾ | Size |
|---|--------|---------|------|------|
| ☐ | Jordan Mann | administrative assistant here! | Thu May 31, 2007 | 3k |
| ☐ | Jordan Mann | assistant seeking to work with inspiring company... | Wed May 30, 2007 | 3k |
| ☐ | Jordan Mann | assistant typing 70wpm | Wed May 30, 2007 | 3k |
| ☐ | Jordan Mann | office assistant | Tue May 29, 2007 | 54k |
| ☐ | Jordan Mann | receptionist position | Tue May 29, 2007 | 54k |
| ☐ | Jordan Mann | Re: Resume | Sat May 26, 2007 | 4k |
| ☐ | Jordan Mann | RE: office manager position | Sat May 26, 2007 | 13k |
| ☐ | Jordan Mann | receptionist here... | Thu May 24, 2007 | 20k |
| ☐ | Jordan Mann | manager | Thu May 24, 2007 | 21k |
| ☐ | Jordan Mann | marketing coordinator | Thu May 24, 2007 | 21k |
| ☐ | Jordan Mann | choreography mgt. assistant | Thu May 24, 2007 | 22k |
| ☐ | Jordan Mann | broadcast manager | Wed May 23, 2007 | 56k |
| ☐ | Jordan Mann | assistant position | Wed May 23, 2007 | 21k |
| ☐ | Jordan Mann | RECEPTION | Wed May 23, 2007 | 53k |
| ☐ | Jordan Mann | office manager position | Wed May 23, 2007 | 55k |
| ☐ | Jordan Mann | office manager | Wed May 23, 2007 | 53k |
| ☐ | Jordan Mann | ADMIN ASST. HERE! | Wed May 23, 2007 | 30k |
| ☐ | Jordan Mann | project coordinator | Tue May 22, 2007 | 57k |
| ☐ | Jordan Mann | travel associate/office support | Tue May 22, 2007 | 53k |
| ☐ | Jordan Mann | assistant to CFO | Tue May 22, 2007 | 53k |
| ☐ | Jordan Mann | customer service | Tue May 22, 2007 | 53k |
| ☐ | Jordan Mann | manager/coordinator | Mon May 21, 2007 | 25k |
| ☐ | Jordan Mann | front desk job | Mon May 21, 2007 | 25k |
| ☐ | Jordan Mann | maintenance position/sous chef | Mon May 21, 2007 | 1k |
| ☐ | Jordan Mann | office manager | Mon May 21, 2007 | 30k |

Check All - Clear All

Messages 226-250 of 446   First | Previous | Next | Last

[ Delete ] [ Spam ] [ Mark ▾ ] [ Move... ▾ ]

[ Check Mail ] [ Compose ]

[                    ] [ Search Mail ] [ Search the Web ]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0213

# YAHOO! MAIL

Search: [                    ] [ Web Search ]

## ℹ The page cannot be displayed

The page you are looking for is currently unavailable. The Web site
might be experiencing technical difficulties, or you may need to adjust
your browser settings.

Mail For Mobile - Mail Upgrades - Options

| Mail | Contacts | Calendar | Notepad |

[ Check Mail ▾ ]  [ Compose ]                    [              ] [ Search Mail ] [ Search the Web ]

× Netflix
  Try for Free!

**employment**                    [ Switch to the new Yahoo! Mail  × ]

View: All Messages                    Messages 151-175 of 446   First | Previous | Next | Last

**Folders**        [Add - Edit]    [ Delete ] [ Spam ] [ Mark ▾ ] [ Move... ▾ ]

| | Sender | Subject | Date ▾ | Size |
|---|---|---|---|---|
| ☐ | Jordan Mann | receptionist position | Mon Oct 29, 2007 | 61k |
| ☐ | Jordan Mann | office assistant | Mon Oct 29, 2007 | 61k |
| ☐ | Jordan Mann | hello | Mon Oct 29, 2007 | 2k |
| ☐ | Jordan Mann | extra | Sun Oct 28, 2007 | 1k |
| ☐ | Jordan Mann | RE: full time employment | Sun Oct 28, 2007 | 8k |
| ☐ | Jordan Mann | marketing communications coordinator | Sun Oct 28, 2007 | 19k |
| ☐ | Jordan Mann | Admin Position | Sun Oct 28, 2007 | 18k |
| ☐ | Jordan Mann | office manager | Sun Oct 28, 2007 | 18k |
| ☐ | Jordan Mann | front desk/office position | Sun Oct 28, 2007 | 18k |
| ☐ | Jordan Mann | administrative assistant | Sun Oct 28, 2007 | 17k |
| ☐ | Jordan Mann | typist | Sun Oct 28, 2007 | 2k |
| ☐ | Jordan Mann | front desk manager | Fri Oct 26, 2007 | 18k |
| ☐ | Jordan Mann | moderator resume | Fri Oct 26, 2007 | 21k |
| ☐ | Jordan Mann | web community moderator | Fri Oct 26, 2007 | 20k |
| ☐ | Jordan Mann | personal assistant | Thu Oct 25, 2007 | 19k |
| ☐ | Jordan Mann | hands-on production position | Thu Oct 25, 2007 | 20k |
| ☐ | Jordan Mann | front desk/reservations | Thu Oct 25, 2007 | 21k |
| ☐ | Jordan Mann | customer service position | Thu Oct 25, 2007 | 19k |
| ☐ | Jordan Mann | concierge | Thu Oct 25, 2007 | 50k |
| ☐ | Jordan Mann | administrative assistant | Wed Oct 24, 2007 | 61k |
| ☐ | Jordan Mann | studio manager position | Wed Oct 24, 2007 | 61k |
| ☐ | Jordan Mann | Re: assistant | Wed Oct 24, 2007 | 66k |
| ☐ | Jordan Mann | assistant | Tue Oct 23, 2007 | 1k |
| ☐ | Jordan Mann | hello | Tue Oct 23, 2007 | 61k |
| ☐ | Jordan Mann | scanner job | Mon Oct 22, 2007 | 63k |

**Folders**        [Add - Edit]

Inbox (194)
Draft
Sent
Bulk (1)        [Empty]
Trash           [Empty]

**My Folders**        (Hide)

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

× See your credit
  score - free

× Print FREE
  Grocery Coupons

× Laptop Giveaway
  Limited Time!

× How to graduate
  while you work

Check All - Clear All                    Messages 151-175 of 446   First | Previous | Next | Last

JM 0214



# YAHOO! MAIL

Search: [                    ] [Web Search]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]

[                    ] [Search Mail] [Search the Web]

Netflix
Only $4.99/mo.

**employment**

[Switch to the new Yahoo! Mail] [×]

**Folders** [Add - Edit]

Inbox (194)
Draft
Sent
Bulk (1)        [Empty]
Trash          [Empty]

**My Folders**        [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

See your credit
score - free

New! Yahoo! Mail
for your phone!

Laptop Giveaway
Get a Macbook!

Looking for Foreclosure?
http://2-foreclosures.com

View: All Messages

Messages 176-200 of 446   First | Previous | Next | Last

[Delete] [Spam] [Mark ▾] [Move... ▾]

| | Sender | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | Jordan Mann | receptionist's position | Mon Oct 22, 2007 | 32k |
| ☐ | Jordan Mann | creative director | Sat Oct 20, 2007 | 61k |
| ☐ | Jordan Mann | office manager | Sat Oct 20, 2007 | 49k |
| ☐ | Jordan Mann | communications coordinator position | Sat Oct 20, 2007 | 19k |
| ☐ | Jordan Mann | assistant editor | Fri Oct 19, 2007 | 21k |
| ☐ | Jordan Mann | entry level trader | Fri Oct 19, 2007 | 23k |
| ☐ | Jordan Mann | mystery shopper | Thu Oct 18, 2007 | 61k |
| ☐ | Jordan Mann | need help finding a job | Thu Oct 18, 2007 | 63k |
| ☐ | Jordan Mann | admin asst. | Thu Oct 18, 2007 | 62k |
| ☐ | Jordan Mann | website editor | Thu Oct 18, 2007 | 56k |
| ☐ | Jordan Mann | receptionist/temp | Thu Oct 18, 2007 | 56k |
| ☐ | Jordan Mann | talent agent's assistant/formerly of WMA | Thu Oct 18, 2007 | 64k |
| ☐ | Jordan Mann | administrative assistant | Thu Oct 18, 2007 | 63k |
| ☐ | Jordan Mann | part time news media | Wed Oct 17, 2007 | 61k |
| ☐ | Jordan Mann | Jordan Mann references | Wed Oct 17, 2007 | 2k |
| ☐ | Jordan Mann | guest services manager | Wed Oct 17, 2007 | 52k |
| ☐ | Jordan Mann | Re: Admin/Reception positions from Daria, Advice Inc. | Tue Oct 16, 2007 | 4k |
| ☐ | Jordan Mann | this opportunity is a great match | Sun Oct 14, 2007 | 138k |
| ☐ | Jordan Mann | tutor available | Sun Oct 14, 2007 | 61k |
| ☐ | Jordan Mann | spa coordinator | Sun Oct 14, 2007 | 61k |
| ☐ | Jordan Mann | production workers | Fri Oct 12, 2007 | 63k |
| ☐ | Jordan Mann | executive office assistant | Fri Oct 12, 2007 | 61k |
| ☐ | Jordan Mann | customer service | Fri Oct 12, 2007 | 61k |
| ☐ | Jordan Mann | therapist assistant | Fri Oct 12, 2007 | 51k |
| ☐ | Jordan Mann | application for assistant position | Wed Oct 10, 2007 | 1157k |

Check All - Clear All

Messages 176-200 of 446   First | Previous | Next | Last

[Delete] [Spam] [Mark ▾] [Move... ▾]

[Check Mail] [Compose]

[                    ] [Search Mail] [Search the Web]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0215

# YAHOO! MAIL

Search: [_____] [Web Search]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]

[_____] [Search Mail] [Search the Web]

Netflix
Only $4.99/mo.

**employment**

[Switch to the new Yahoo! Mail] [X]

**Folders** [Add - Edit]

View: All Messages

Messages 201-225 of 446   First | Previous | Next | Last

Inbox (194)
Draft
Sent
Bulk (1)        [Empty]
Trash          [Empty]

[Delete] [Spam] [Mark ▾] [Move... ▾]

**My Folders**        [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

| | Sender | Subject | Date ▾ | Size |
|---|---|---|---|---|
| ☐ | Jordan Mann | spa coordinator | Wed Oct 10, 2007 | 62k |
| ☐ | Jordan Mann | marketing and communications associate | Tue Oct 09, 2007 | 58k |
| ☐ | Jordan Mann | graphic design assistant | Tue Oct 09, 2007 | 59k |
| ☐ | Jordan Mann | Jordan Mann's resume | Thu Sep 06, 2007 | 52k |
| ☐ | Jordan Mann | typist 70 wpm | Fri Aug 31, 2007 | 2k |
| ☐ | Jordan Mann | designer here | Fri Aug 17, 2007 | 1k |
| ☐ | Jordan Mann | creative assistant | Fri Aug 17, 2007 | 2k |
| ☐ | Jordan Mann | job opening | Mon Aug 13, 2007 | 26k |
| ☐ | Jordan Mann | position sought | Sat Aug 11, 2007 | 26k |
| ☐ | Jordan Mann | female massage therapist | Thu Aug 09, 2007 | 2k |
| ☐ | Jordan Mann | personal assistant - also CPR certified | Fri Jul 27, 2007 | 51k |
| ☐ | Jordan Mann | ebay assistant | Mon Jul 23, 2007 | 2k |
| ☐ | Jordan Mann | typist... | Tue Jun 12, 2007 | 2k |
| ☐ | Jordan Mann | office assistant | Wed Jun 06, 2007 | 22k |
| ☐ | Jordan Mann | typist: 70wpm strong | Tue Jun 05, 2007 | 53k |
| ☐ | Jordan Mann | personal assistant | Tue Jun 05, 2007 | 54k |
| ☐ | Jordan Mann | part time work | Tue Jun 05, 2007 | 2k |
| ☐ | Jordan Mann | Re: assistant typing 70wpm | Mon Jun 04, 2007 | 56k |
| ☐ | Jordan Mann | RE: full time employment | Sun Jun 03, 2007 | 6k |
| ☐ | Jordan Mann | please advise | Fri Jun 01, 2007 | 1k |
| ☐ | Jordan Mann | part time work | Fri Jun 01, 2007 | 20k |
| ☐ | Jordan Mann | weekend worker here! | Fri Jun 01, 2007 | 2k |
| ☐ | Jordan Mann | interview | Fri Jun 01, 2007 | 2k |
| ☐ | Jordan Mann | interested in manager position | Fri Jun 01, 2007 | 2k |
| ☐ | Jordan Mann | support/booking person | Fri Jun 01, 2007 | 2k |

Check All - Clear All

Messages 201-225 of 446   First | Previous | Next | Last

[Delete] [Spam] [Mark ▾] [Move... ▾]

**Search Shortcuts**

My Photos
My Attachments

See your credit
score - free

Check your Mail
on your phone!

Quick and Affordable Loans
http://2-payday-loans.com

Top Schools for
Online Degrees

[Check Mail] [Compose]

[_____] [Search Mail] [Search the Web]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0216

# YAHOO! MAIL

Search: [          ] [Web Search]

Mail | Contacts | Calendar | Notepad

Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]

[          ] [Search Mail] [Search the Web]

Get FREE Phones with AT&T! ×

## employment

[Switch to the new Yahoo! Mail] ×

View: All Messages

Messages 226-250 of 446  First | Previous | Next | Last

Folders [Add - Edit]

[Delete] [Spam] [Mark ▾] [Move... ▾]

Inbox (194)
Draft
Sent
Bulk (1)          [Empty]
Trash             [Empty]
My Folders         [Hide]
HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

Search Shortcuts
My Photos
My Attachments

See your credit score - free ×
Print FREE Grocery Coupons ×
Looking for Foreclosure? http://2-foreclosures.com ×
Working? Top schools now online ×

| | Sender | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | Jordan Mann | administrative assistant here! | Thu May 31, 2007 | 3k |
| ☐ | Jordan Mann | assistant seeking to work with inspiring company... | Wed May 30, 2007 | 3k |
| ☐ | Jordan Mann | assistant typing 70wpm | Wed May 30, 2007 | 3k |
| ☐ | Jordan Mann | office assistant | Tue May 29, 2007 | 54k |
| ☐ | Jordan Mann | receptionist position | Tue May 29, 2007 | 54k |
| ☐ | Jordan Mann | Re: Resume | Sat May 26, 2007 | 4k |
| ☐ | Jordan Mann | RE: office manager position | Sat May 26, 2007 | 13k |
| ☐ | Jordan Mann | receptionist here... | Thu May 24, 2007 | 20k |
| ☐ | Jordan Mann | manager | Thu May 24, 2007 | 21k |
| ☐ | Jordan Mann | marketing coordinator | Thu May 24, 2007 | 21k |
| ☐ | Jordan Mann | choreography mgt. assistant | Thu May 24, 2007 | 22k |
| ☐ | Jordan Mann | broadcast manager | Wed May 23, 2007 | 56k |
| ☐ | Jordan Mann | assistant position | Wed May 23, 2007 | 21k |
| ☐ | Jordan Mann | RECEPTION | Wed May 23, 2007 | 54k |
| ☐ | Jordan Mann | office manager position | Wed May 23, 2007 | 55k |
| ☐ | Jordan Mann | office manager | Wed May 23, 2007 | 53k |
| ☐ | Jordan Mann | ADMIN ASST. HERE! | Wed May 23, 2007 | 30k |
| ☐ | Jordan Mann | project coordinator | Tue May 22, 2007 | 57k |
| ☐ | Jordan Mann | travel associate/office support | Tue May 22, 2007 | 53k |
| ☐ | Jordan Mann | assistant to CFO | Tue May 22, 2007 | 53k |
| ☐ | Jordan Mann | customer service | Tue May 22, 2007 | 53k |
| ☐ | Jordan Mann | manager/coordinator | Mon May 21, 2007 | 25k |
| ☐ | Jordan Mann | front desk job | Mon May 21, 2007 | 25k |
| ☐ | Jordan Mann | maintenance position/sous chef | Mon May 21, 2007 | 1k |
| ☐ | Jordan Mann | office manager | Mon May 21, 2007 | 30k |

Check All - Clear All

Messages 226-250 of 446  First | Previous | Next | Last

[Delete] [Spam] [Mark ▾] [Move... ▾]

[Check Mail] [Compose]

[          ] [Search Mail] [Search the Web]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0217

# YAHOO! MAIL
### Classic

Search: [_____] [Web Search]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[ Check Mail ]  [ Compose ]

[_____]  [ Search Mail ]  [ Search the Web ]

**employment**

[ Switch to the new Yahoo! Mail ] [x]

- Get FREE Phones with AT&T!

**Folders**  [Add - Edit]

**Inbox (194)**
Draft
Sent
**Bulk (1)**        [Empty]
Trash            [Empty]

**My Folders**        [Hide]
**HIH Chiro (4)**
**Young Living (62)**
employment (346)
**jholistic (5)**
**personal (11)**

**Search Shortcuts**
My Photos
My Attachments

- See your credit score - free
- Yahoo! Small Business news & resources
- Looking for Foreclosure? http://2-foreclosures.com
- How to become a Teacher, Nurse

View: All Messages

Messages 251-275 of 446   First | Previous | Next | Last

[ Delete ]  [ Spam ]  [ Mark ▾ ]  [ Move... ▾ ]

| ☐ | Sender | Subject | Date | Size |
|---|--------|---------|------|------|
| ☐ | Jordan Mann | head of operations | Mon May 21, 2007 | 35k |
| ☐ | Jordan Mann | admin. asst. | Mon May 21, 2007 | 34k |
| ☐ | Jordan Mann | RE: temp to perm | Mon May 21, 2007 | 11k |
| ☐ | Jordan Mann | development assistant | Fri May 18, 2007 | 30k |
| ☐ | Jordan Mann | event coordinator | Fri May 18, 2007 | 31k |
| ☐ | Jordan Mann | production assistant position | Fri May 18, 2007 | 30k |
| ☐ | Jordan Mann | marketing assistant position | Fri May 18, 2007 | 30k |
| ☐ | Jordan Mann | RECEPTIONIST | Fri May 18, 2007 | 36k |
| ☐ | Jordan Mann | customer service representative | Fri May 18, 2007 | 47k |
| ☐ | Jordan Mann | legal assistant | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | executive assistant | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | Attention HR | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | RE: full time employment | Tue May 15, 2007 | 58k |
| ☐ | Jordan Mann | RE: temp to perm | Tue May 15, 2007 | 8k |
| ☐ | Jordan Mann | temporary tracking position | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | full time employment | Tue May 15, 2007 | 2k |
| ☐ | Jordan Mann | massage therapist here! | Tue May 15, 2007 | 83k |
| ☐ | Jordan Mann | senior spa front desk | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | personal assistant | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | massage therapist here | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | concierge position | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | admin. asst. position | Tue May 15, 2007 | 57k |
| ☐ | Jordan Mann | booking manager | Mon May 14, 2007 | 57k |
| ☐ | Jordan Mann | temp to perm | Mon May 14, 2007 | 53k |
| ☐ | Jordan Mann | research/administrative assistant | Mon May 14, 2007 | 57k |

Check All - Clear All

Messages 251-275 of 446   First | Previous | Next | Last

[ Delete ]  [ Spam ]  [ Mark ▾ ]  [ Move... ▾ ]

[ Check Mail ]  [ Compose ]

[_____]  [ Search Mail ]  [ Search the Web ]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0218

**YAHOO!** MAIL

Welcome, Jordansudan Sign Out - All-New Mail - Help
Make Y! your home page

Search: [_____] [ Web Search ]

| Mail | Contacts | Calendar | Notepad |

Mail For Mobile - Mail Upgrades - Options

[ Check Mail ] [ Compose ]        [_____] [ Search Mail ] [ Search the Web ]

Netflix
Only $4.99/mo.

**employment**                    [ Switch to the new Yahoo! Mail ] ✕

View: All Messages              Messages 301-325 of 446  First | Previous | Next | Last

**Folders**  [Add - Edit]

[ Delete ] [ Spam ] [ Mark ▾ ] [ Move... ▾ ]

Inbox (194)
Draft
Sent
Bulk (1)        [Empty]
Trash           [Empty]

My Folders      [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

See your credit
score - free

Print FREE
Grocery Coupons

Looking for Foreclosure?
http://2-foreclosures.com

Working? Top
schools now online

| ☐ | Sender | Subject | Date ▾ | Size |
|---|--------|---------|--------|------|
| ☐ | Jordan Mann | part time holiday work | Sun Dec 03, 2006 | 55k |
| ☐ | Jordan Mann | pt assistant | Wed Nov 29, 2006 | 47k |
| ☐ | Jordan Mann | driver | Wed Nov 29, 2006 | 2k |
| ☐ | Jordan Mann | receptionist here! | Fri Nov 17, 2006 | 47k |
| ☐ | Jordan Mann | marketing position | Fri Nov 17, 2006 | 56k |
| ☐ | Jordan Mann | JORDAN MANN | Fri Nov 17, 2006 | 47k |
| ☐ | Jordan Mann | JORDAN MANN | Fri Nov 17, 2006 | 47k |
| ☐ | Jordan Mann | receptionist | Fri Nov 17, 2006 | 47k |
| ☐ | Jordan Mann | front desk position | Fri Nov 17, 2006 | 55k |
| ☐ | Jordan Mann | female massage therapist here | Fri Nov 17, 2006 | 55k |
| ☐ | Jordan Mann | Re: Avail and holiday pay! | Thu Nov 16, 2006 | 6k |
| ☐ | Jordan Mann | consultant | Thu Nov 16, 2006 | 56k |
| ☐ | Jordan Mann | admin. asst. position | Thu Nov 16, 2006 | 55k |
| ☐ | Jordan Mann | part time position | Thu Nov 16, 2006 | 6k |
| ☐ | Jordan Mann | temp worker here! | Thu Nov 16, 2006 | 55k |
| ☐ | Jordan Mann | front desk staff positon | Thu Nov 16, 2006 | 55k |
| ☐ | Jordan Mann | aide here! | Wed Nov 08, 2006 | 55k |
| ☐ | Jordan Mann | temp position wanted | Mon Nov 06, 2006 | 55k |
| ☐ | Jordan Mann | Re: office assistant | Mon Nov 06, 2006 | 3k |
| ☐ | Jordan Mann | massage therapist here | Sat Nov 04, 2006 | 2690k |
| ☐ | Jordan Mann | messengers/data entry | Wed Nov 01, 2006 | 1k |
| ☐ | Jordan Mann | receptionist | Tue Oct 31, 2006 | 55k |
| ☐ | Jordan Mann | aide position | Tue Oct 31, 2006 | 55k |
| ☐ | Jordan Mann | spa booker | Tue Oct 31, 2006 | 55k |
| ☐ | Jordan Mann | receptionist | Tue Oct 31, 2006 | 55k |

Check All - Clear All          Messages 301-325 of 446  First | Previous | Next | Last

[ Delete ] [ Spam ] [ Mark ▾ ] [ Move... ▾ ]

[ Check Mail ] [ Compose ]        [_____] [ Search Mail ] [ Search the Web ]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines

JM 0219

**YAHOO!** MAIL

ℹ️ **The page cannot be displayed**

The page you are looking for is currently unavailable. The Web site
might be experiencing technical difficulties, or you may need to adjust
your browser settings.

| Mail | Contacts | Calendar | Notepad |                                          Mail For Mobile - Mail Upgrades - Options

[Check Mail]  [Compose]                              [            ]  [Search Mail]  [Search the Web]

Get FREE Phones         **employment**                          [Switch to the new Yahoo! Mail]  ✕
with AT&T!  ✕
                        View: All Messages              Messages 326-350 of 446  First | Previous | Next | Last

**Folders**    [Add - Edit]   [Delete]  [Spam]  [Mark ▾]  [Move... ▾]

Inbox (194)           ☐  Sender          Subject                              Date           -  Size
Draft                 ☐  Jordan Mann     career receptionist              Tue Oct 31, 2006   55k
Sent                  ☐  Jordan Mann     temp work                        Tue Oct 31, 2006   55k
Bulk (1)    [Empty]   ☐  Jordan Mann     office assistant                 Tue Oct 31, 2006   55k
Trash       [Empty]   ☐  Jordan Mann     temp work                        Tue Oct 31, 2006   55k
                      ☐  Jordan Mann     office assistant                 Tue Oct 31, 2006   55k
**My Folders**  [Hide]  ☐  Jordan Mann   front desk                       Tue Oct 31, 2006   55k
HIH Chiro (4)         ☐  Jordan Mann     typist                           Tue Oct 31, 2006   1k
Young Living (62)     ☐  Jordan Mann     massage therapist here           Fri Oct 20, 2006   55k
employment (346)      ☐  Jordan          chair massage therapist          Sun Oct 01, 2006   55k
jholistic (5)            Thomas
personal (11)         ☐  Jordan          spa associate position           Mon Sep 25, 2006   55k
                         Thomas
**Search Shortcuts**  ☐  Jordan          Re: massage therapist/waitress here  Wed Sep 20, 2006  8k
My Photos                Thomas
My Attachments        ☐  Jordan Thomas   chair massage therapist          Wed Sep 13, 2006   55k
                      ☐  Jordan          Re: interview for Friday         Wed Sep 13, 2006   7k
See your credit          Thomas
✕  score - free       ☐  Jordan          RE: My resume                    Thu Sep 07, 2006   23k
                         Thomas
Guitar Hero 3:        ☐  Jordan          enrollment associate here!       Thu Sep 07, 2006   55k
✕  Get exclusives        Thomas
                      ☐  Jordan          RE: typist                       Tue Sep 05, 2006   21k
Mortgage rates           Thomas
✕  lowest in 3 mths   ☐  Jordan Thomas   typist                           Tue Sep 05, 2006   46k
                      ☐  Jordan          resending - assistant            Tue Sep 05, 2006   47k
Looking for Foreclosure? Thomas
✕  http://2-foreclosures.com  ☐  Jordan  assistant                        Tue Sep 05, 2006   47k
                         Thomas
                      ☐  Jordan          assistant                        Tue Sep 05, 2006   47k
                         Thomas
                      ☐  Jordan          executive assistant - Jordan Mann  Tue Sep 05, 2006  47k
                         Thomas
                      ☐  Jordan          office assistant who CAN DO       Tue Sep 05, 2006   47k
                         Thomas
                      ☐  Jordan          Jordan Mann                      Tue Sep 05, 2006   47k

*JMO 220*

# YAHOO! MAIL

ℹ️ **The page cannot be displayed**

The page you are looking for is currently unavailable. The Web site
might be experiencing technical difficulties, or you may need to adjust
your browser settings.

| Mail | Contacts | Calendar | Notepad | Mail For Mobile - Mail Upgrades - Options |

**Check Mail**    **Compose**

Search Mail    Search the Web

**Netflix**
Try for Free!

**employment**

Switch to the new Yahoo! Mail ✖

**Folders** [Add - Edit]

**Inbox (194)**
Draft
Sent
**Bulk (1)** [Empty]
Trash [Empty]

**My Folders** [Hide]

HIH Chiro (4)
Young Living (62)
**employment (346)**
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

See your credit
score - free

Your Next Career Move
Start Your Search Now

Refi rate 5.5%*
Good credit

Quick and Affordable Loans
http://2-payday-loans.com

View: All Messages

Messages 351-375 of 446   First | Previous | Next | Last

**Delete**    **Spam**    **Mark** ▾    **Move...** ▾

| ☐ | Sender | Subject | Date | Size |
|---|--------|---------|------|------|
| ☐ | Jordan Thomas | personal assistant | Tue Sep 05, 2006 | 55k |
| ☐ | Jordan Thomas | temp work | Thu Aug 31, 2006 | 55k |
| ☐ | Jordan Thomas | massage therapist here! | Mon Aug 28, 2006 | 55k |
| ☐ | Jordan Thomas | instructor | Mon Aug 28, 2006 | 55k |
| ☐ | Jordan Thomas | seeking temp work | Wed Aug 23, 2006 | 55k |
| ☐ | Jordan Thomas | temp work needed | Wed Aug 23, 2006 | 55k |
| ☐ | Jordan Thomas | temp receptionist can start tomorrow... | Wed Aug 23, 2006 | 55k |
| ☐ | Jordan Thomas | massage therapist here | Tue Aug 22, 2006 | 55k |
| ☐ | Jordan Thomas | Re: us open | Tue Aug 22, 2006 | 92k |
| ☐ | Jordan Thomas | RE: office manager | Mon Aug 14, 2006 | 15k |
| ☐ | Jordan Thomas | massage therapy instructor | Sat Aug 12, 2006 | 55k |
| ☐ | Jordan Thomas | massage therapy teacher | Sat Aug 12, 2006 | 55k |
| ☐ | Jordan Thomas | office manager | Sat Aug 12, 2006 | 55k |
| ☐ | Jordan Thomas | employment opportunities | Wed Aug 02, 2006 | 55k |
| ☐ | Jordan Thomas | opportunities | Wed Aug 02, 2006 | 55k |
| ☐ | Jordan Thomas | assistant here! | Wed Aug 02, 2006 | 23k |
| ☐ | Jordan Thomas | healthclub manager | Wed Aug 02, 2006 | 55k |
| ☐ | Jordan Thomas | assistant | Tue Aug 01, 2006 | 55k |
| ☐ | Jordan Thomas | administrative assistant | Tue Jul 25, 2006 | 55k |
| ☐ | Jordan Thomas | customer service | Tue Jul 25, 2006 | 55k |
| ☐ | Jordan Thomas | massage therapist position | Tue Jul 25, 2006 | 55k |

JM 0221

**YAHOO! MAIL**

Search: [ ] [Web Search]

ℹ **The page cannot be displayed**

The page you are looking for is currently unavailable. The Web site
might be experiencing technical difficulties, or you may need to adjust
your browser settings.

Mail For Mobile - Mail Upgrades - Options

| Mail | Contacts | Calendar | Notepad |

[Check Mail]   [Compose]

| × | Netflix Try for Free! |

**employment**

[ Switch to the new Yahoo! Mail ] [×]

View: All Messages

Messages 376-400 of 446   First | Previous | Next | Last

**Folders**   [Add - Edit]

Inbox (194)
Draft
Sent
Bulk (1)   [Empty]
Trash   [Empty]

My Folders   [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

| × | See your credit score - free |
| × | Print FREE Grocery Coupons |
| × | Mortgage rates lowest in 3 mths |
| × | Top Schools for Online Degrees |

[Delete] [Spam] [Mark ▾] [Move... ▾]

| | Sender | Subject | Date ▾ | Size |
|---|---|---|---|---|
| ☐ | Jordan Thomas | product demonstrator | Mon Jul 24, 2006 | 22k |
| ☐ | Jordan Thomas | chair massage therapist here. | Sat Jul 22, 2006 | 2k |
| ☐ | Jordan Thomas | spa coordinator with a holistic health twist! | Sat Jul 22, 2006 | 24k |
| ☐ | Jordan Thomas | assistant for entertainment company | Fri Jul 21, 2006 | 49k |
| ☐ | Jordan Thomas | artist's assistant | Thu Jul 20, 2006 | 7k |
| ☐ | Jordan Thomas | employment opportunities | Wed Jul 19, 2006 | 54k |
| ☐ | Jordan Thomas | front desk | Wed Jul 19, 2006 | 54k |
| ☐ | Jordan Thomas | employment opportunites | Tue Jul 18, 2006 | 55k |
| ☐ | Jordan Thomas | employment | Tue Jul 18, 2006 | 55k |
| ☐ | Jordan Thomas | employment | Tue Jul 18, 2006 | 55k |
| ☐ | Jordan Thomas | job fair in New York City this week | Tue Jul 18, 2006 | 55k |
| ☐ | Jordan Thomas | music video gig | Tue Jul 18, 2006 | 2k |
| ☐ | Jordan Thomas | yoga position | Mon Jul 17, 2006 | 1k |
| ☐ | Jordan Thomas | massage therapist here! | Mon Jul 17, 2006 | 24k |
| ☐ | Jordan Thomas | update... | Fri Jul 14, 2006 | 3k |
| ☐ | Jordan Thomas | polictical organizer | Fri Jul 14, 2005 | 55k |
| ☐ | Jordan Thomas | employment opportunities | Thu Jul 13, 2006 | 1k |
| ☐ | Jordan Thomas | employment inquiry | Thu Jul 13, 2006 | 55k |
| ☐ | Jordan Thomas | part time assistant | Thu Jul 13, 2006 | 5k |
| ☐ | Jordan Thomas | RESERVATIONIST | Thu Jul 13, 2006 | 5k |
| ☐ | Jordan Thomas | admin floater | Thu Jul 13, 2006 | 5k |
| ☐ | Jordan Thomas | met with you yesterday | Thu Jul 13, 2006 | 6k |
| ☐ | Jordan Thomas | assistant here! | Wed Jul 12, 2006 | 5k |

JM 0222

**YAHOO!** MAIL

Print | My Y! | Yl Everywhere | More    **Make Yl your home page**    Welcome, Jordansudan  Sign Out  All-New Mail  Help

Search: [                    ]    [Web Search]

ⓘ **The page cannot be displayed**

The page you are looking for is currently unavailable. The Web site
might be experiencing technical difficulties, or you may need to adjust
your browser settings.

Mail For Mobile - Mail Upgrades - Options

| Mail | Contacts | Calendar | Notepad |

[Check Mail]  [Compose]                    [          ]  [Search Mail]  [Search the Web]

| | **employment** | | [Switch to the new Yahoo! Mail] [×] |

☒ Free Forex
Software from GFT.

View: All Messages                                          Messages 401-425 of 446  First | Previous | Next | Last

**Folders**        [Add - Edit]

[Delete] [Spam] [Mark ▾] [Move... ▾]

**Inbox (194)**
Draft
Sent
**Bulk (1)**        [Empty]
Trash              [Empty]

| | Sender | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | Jordan Thomas | health club sales | Wed Jul 12, 2006 | 5k |
| ☐ | Jordan Thomas | Re: massage therapist | Wed Jul 12, 2006 | 2k |
| ☐ | Jordan Thomas | Re: massage therapist | Tue Jul 11, 2006 | 3k |
| ☐ | Jordan Thomas | employment | Tue Jul 11, 2006 | 1k |
| ☐ | Jordan Thomas | employment | Mon Jul 10, 2006 | 6k |
| ☐ | Jordan Thomas | massage therapist | Mon Jul 10, 2006 | 5k |
| ☐ | Jordan Thomas | front desk | Mon Jul 10, 2006 | 5k |
| ☐ | Jordan Thomas | admin/office | Mon Jul 10, 2006 | 5k |
| ☐ | Jordan Thomas | admin/office | Mon Jul 10, 2006 | 5k |
| ☐ | Jordan Thomas | teacher here | Mon Jul 10, 2006 | 5k |
| ☐ | Jordan Thomas | position | Mon Jul 10, 2006 | 5k |
| ☐ | Jordan Thomas | receptionist | Mon Jul 10, 2006 | 5k |
| ☐ | Jordan Thomas | asst. spa manager | Mon Jul 10, 2006 | 1k |
| ☐ | Jordan Thomas | assistant | Mon Jul 10, 2006 | 1k |
| ☐ | Jordan Thomas | massage therapist | Thu Jul 06, 2006 | 2k |
| ☐ | Jordan Thomas | Re: massage therapist here! | Thu Jul 06, 2006 | 3k |
| ☐ | Jordan Thomas | RE: manager of massage therapy here! | Thu Jul 06, 2006 | 21k |
| ☐ | Jordan Thomas | RE: desk person here! | Thu Jul 06, 2006 | 20k |
| ☐ | Jordan Thomas | desk person here! | Wed Jul 05, 2006 | 5k |
| ☐ | Jordan Thomas | office help | Wed Jul 05, 2006 | 1k |
| ☐ | Jordan Thomas | manager of massage therapy here! | Mon Jul 03, 2006 | 6k |
| ☐ | Jordan Thomas | dependable and trustworthy assistant here! | Mon Jul 03, 2006 | 6k |
| ☐ | Jordan Thomas | flyer person | Mon Jul 03, 2006 | 1k |
| ☐ | Jordan Thomas | massage therapist here! | Mon Jul 03, 2006 | 1k |
| ☐ | Jordan Thomas | Jordan Mann's resume | Fri Jun 30, 2006 | 5k |

**My Folders**        [Hide]

HIH Chiro (4)
Young Living (62)
**employment (346)**
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

Check All - Clear All                                  Messages 401-425 of 446  First | Previous | Next | Last

☒ See your credit
score - free

☒ Flirt via email
at Y! Personals

☒ Get fixed rate
quotes for free

☒ How to graduate
while you work

JM 0223

**YAHOO!** MAIL

Search: [                    ]  [Web Search]

## i  The page cannot be displayed

The page you are looking for is currently unavailable. The Web site
might be experiencing technical difficulties, or you may need to adjust
your browser settings.

Mail For Mobile - Mail Upgrades - Options

| **Mail** | Contacts | Calendar | Notepad |

[Check Mail]  [Compose]                                  [Search Mail]  [Search the Web]

Netflix
Try for Free!

### employment                                   [Switch to the new Yahoo! Mail [X]]

View: All Messages                    Messages 426-446 of 446   First | Previous | Next | Last

**Folders**          [Add - Edit]

Inbox (194)
Draft
Sent
Bulk (1)        [Empty]
Trash           [Empty]

**My Folders**          [Hide]

HIH Chiro (4)
Young Living (62)
employment (346)
jholistic (5)
personal (11)

**Search Shortcuts**

My Photos
My Attachments

See your credit
score - free

Get a Visa Card
in 3 Days*

Unlimited calls:
just $24.99/m

Top Schools for
Online Degrees

[Delete]  [Spam]  [Mark ▾]  [Move... ▾]

| | Sender | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | Jordan Thomas | part-time front desk | Thu Jun 29, 2006 | 6k |
| ☐ | Jordan Thomas | receptionist | Thu Jun 29, 2006 | 2k |
| ☐ | Jordan Thomas | RE: massage therapist full time | **Thu Jun 29, 2006** | 3k |
| ☐ | Jordan Thomas | assistant | Thu Jun 29, 2006 | 2k |
| ☐ | Jordan Thomas | massage therapist here! | Thu Jun 29, 2006 | 2k |
| ☐ | Jordan Thomas | massage therapist here! | Thu Jun 29, 2006 | 2k |
| ☐ | Jordan Thomas | spa coordinator here! | Wed Jun 21, 2006 | 5k |
| ☐ | Jordan Thomas | executive assistant | Mon Jun 19, 2006 | 6k |
| ☐ | Jordan Thomas | administrative assistant | **Mon Jun 19, 2006** | 6k |
| ☐ | Jordan Thomas | legal assistant | **Mon Jun 19, 2006** | 6k |
| ☐ | Jordan Thomas | project manager | **Mon Jun 19, 2006** | 6k |
| ☐ | Jordan Thomas | admin. asst. | Mon Jun 19, 2006 | 6k |
| ☐ | Jordan Thomas | personal assistant | **Mon Jun 19, 2006** | 5k |
| ☐ | Jordan Thomas | executive assistant | Mon Jun 19, 2006 | 5k |
| ☐ | Jordan Thomas | legal assistant ready to work | Mon Jun 19, 2006 | 5k |
| ☐ | Jordan Thomas | research associate here! | Thu Jun 15, 2006 | 5k |
| ☐ | Jordan Thomas | spa position | Thu Jun 15, 2006 | 5k |
| ☐ | Jordan Thomas | office manager | Thu Jun 15, 2006 | 5k |
| ☐ | Jordan Thomas | massage therapist here... | **Thu Jun 15, 2006** | 5k |
| ☐ | Jordan Thomas | event sales reps | Thu Jun 15, 2006 | 5k |
| ☐ | Jordan Thomas | position | Wed Jun 14, 2006 | 2k |

Check All - Clear All                 Messages 426-446 of 446   First | Previous | Next | Last

[Delete]  [Spam]  [Mark ▾]  [Move... ▾]

[Check Mail]  [Compose]                          [Search Mail]  [Search the Web]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.

JM0224