UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. CV 07 5691 (NRB)

Jordan Mann
          Plaintiff,

v.

Plus One Fitness; Trump World Towers
"Robert" Doe; John Hendriques
Jamie MacDonald
Does 1-10 inclusive

          Defendants



**THE FOLLOWING AMENDED SCHEDULING ORDER IS ENTERED AFTER CONSULTATION WITH THE PARTIES:**

Amend the pleadings without leave of court by      December 21, 2007

Joinder of additional parties by      February 8, 2008.

Service of interrogatories and document requests by      April 4, 2008

Anticipated dispositive motions: Summary Judgment within 30 days from the end of factual discovery

End of factual discovery by      June 30, 2008

Expert discovery to be conducted after summary judgment is decided

*No further extensions.*

_____, USDJ

SO ORDERED