## CERTIFICATE OF SERVICE

I certify that I served the foregoing **NOTICE OF MOTION UNDER RULE 37(b)(2)(A) TO PRECLUDE OR UNDER RULE 37(a) TO COMPEL** and **CERTIFICATION IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE OR COMPEL** and **MEMORANDUM OF LAW** on Counsel for Plaintiff and Counsel for Co-Defendants PLUS ONE FITNESS and JAMIE MACDONALD on August 28, 2008 by mail as follows:

LAW OFFICE OF UWEM UMOH
255 Livingston Street, 4th Floor
Brooklyn, New York 11217
Attn:   Uwem Umoh, Esq.
numoh@umohlaw.com

MARTIN NORCROSS, LLC
110 Wall Street
RCG Suite, 26th Floor
New York, New York 10005
Attn:   Deborah Martin Norcross, Esq.
dmnorcross@martinnorcross.com

_____
HAROLD J. DERSCHOWITZ (HJD-9910)