UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jordan Mann, ) | CIVIL ACTION NO. |
| ) | |
| Plaintiff, ) | 07-CV-5691 (NRB/DF) |
| ) | |
| v. ) | |
| ) | NOTICE OF MOTION |
| Plus One Fitness; Trump World ) | UNDER RULE 37(b)(2)(A) |
| Towers; "Robert" Doe; ) | TO PRECLUDE OR |
| Jamie MacDonald; ) | UNDER RULE 37(a) TO |
| Does 1 – 10 inclusive, ) | COMPEL |
| ) | |
| Defendant(s). ) | |
| ) | |

TO:    LAW OFFICE OF UWEM UMOH
       255 Livingston Street, 4th Floor
       Brooklyn, NY 11217
       Attn:   Uwem Umoh, Esq.
       numoh@umohlaw.com

COPY TO:    LESTER SCHWAB KATZ & DWYER, LLP
            120 Broadway
            New York, NY 10271
            Attn:   Harold J. Derschowitz, Esq.
            hderschowitz@lskdnylaw.com

PLEASE TAKE NOTICE that, under Fed. R. Civ. P. 37, Defendants Plus One Holdings, Inc. s/h/a/ Plus One Fitness, and Jamie Macdonald (henceforth "the Plus One Defendants") will move before the Hon. Naomi Reice Buchwald for an order under Fed. R. Civ. P. 37(b)(2)(A) for an order of preclusion, or under Rule 37(a) for an order compelling discovery. In support of their motion, the Plus One Defendants will rely upon

the accompanying Certification of Deborah Martin Norcross, Esq. and Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that any opposition to this motion must be filed within four (4) days of the service hereof.

          Respectfully submitted,

          **MARTINNORCROSS LLC**
          110 Wall Street
          RCG Suite, 26th Floor
          New York, NY 10005
              -and-
          60 Marion Road West
          Princeton, NJ 08540
          (609) 249-5860
          (609) 945-3912 Fax

By: **/s/ Deborah Martin Norcross**
     Deborah Martin Norcross (DN0289)

ATTORNEYS FOR DEFENDANTS PLUS ONE HOLDINGS, INC. and JAMIE MACDONALD

Dated: August 28, 2008

2

## CERTIFICATE OF SERVICE

I certify that I served the foregoing RESPONSE on Counsel for Plaintiff and Counsel for Co-Defendants Board of Managers of Trump World Tower Condominiums and John Henriques on August 28, 2008 by electronic mail as follows:

>LAW OFFICE OF UWEM UMOH
>Counsel for Plaintiff
>255 Livingston Street, 4th Floor
>Brooklyn, NY 11217
>Attn:   Uwem Umoh, Esq.
>numoh@umohlaw.com
>
>LESTER SCHWAB KATZ & DWYER, LLP
>Counsel for Defendants Trump World Tower and John Henriques
>120 Broadway
>New York, NY 10271
>Attn:   Harold J. Derschowitz, Esq.
>hderschowitz@lskdnylaw.com

>**/s/ Deborah Martin Norcross**
>Deborah Martin Norcross (DN0289)

Dated:  August 28, 2008

3