UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jordan Mann, | ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) ) | 07-CV-5691 (NRB/DF) |
| v. | ) ) ) | **FIRST REQUEST FOR** |
| Plus One Fitness; Trump World Towers; "Robert" Doe; Jamie MacDonald; Does 1 – 10 inclusive, | ) ) ) ) | **PRODUCTION OF DOCUMENTS TO PLAINTIFF FROM DEFENDANTS PLUS ONE HOLDINGS, INC.** |
| Defendant(s). | ) ) | and **JAMIE MACDONALD** |

TO:  LAW OFFICE OF UWEM UMOH
     255 Livingston Street, 4th Floor
     Brooklyn, NY 11217
     Attn:  Uwem Umoh, Esq.
     numoh@umohlaw.com

Copy To:  LESTER SCHWAB KATZ & DWYER, LLP
          120 Broadway
          New York, NY 10271
          Attn:  Harold J. Derschowitz, Esq.
          hderschowitz@lskdnylaw.com

Under *Fed. R. Civ. P. 33 and Local Rule 26,* Defendants Plus One Holdings, Inc. and Jamie MacDonald request that Plaintiff produce the following documents within thirty (30) days of the date of service hereof.

## *INSTRUCTIONS AND DEFINITIONS*

In responding to these Requests, please produce all documents available to you, including all originals and non-conforming copies and all documents in the possession of your

attorneys, your investigators, or other persons acting on your behalf.  If you cannot produce all of the requested documents after exercising due diligence, please so state and produce all documents in your possession, specifying the reasons for your inability to produce the remainder.

The requests that follow are continuing. You therefore are requested to provide, by way of supplementary responses, any additional documents you or any persons acting on your behalf may later obtain that will augment, clarify, or otherwise modify your responses. Your supplementary responses are to served upon counsel for Defendant within ten (10) days after you become aware of the additonal responsive documents.

In responding to these requests, state which documents are being produced in reponse to each request.

As used herein, and in addition to the definitions proscribed by *Local Rule 26.3*, the following terms shall have the meanings indicated below:

a. "Plaintiff" or "you" refers to Jordan Mann, a/k/a/ Rhonda Mann and any authorized agent(s), attorney(s), or other person(s) acting on Plaintiff's behalf.

b. "Identify" with respect to a corporation, association, or other entity is defined as set forth in *Local Rule 26.3(5)*.

c. "Plus One" means Plus One Holdings, Inc.

d. "TWT" means the Board of Managers of Trump World Tower Condominium, and the officers, directors, managers, trustees, employees, agents, representatives, or attorneys

acting or who have acted on its behalf.

e.     "Defendants' Interrogatories" means the First Set of Interrogatories to Plaintiff from Defendants Plus One Holdings, Inc. and Jamie MacDonald dated January 2, 2008.

If you claim that any of the information requested below is protected from disclosure by the attorney-client privilege, as trial preparation materials, or by any other legally cognizable privilege, you are required to provide all of the information proscribed in *Fed.R. Civ. P. 26(b)(5)* and *Local Rule 26.2*.

### DOCUMENTS TO BE PRODUCED

**Request No. 1**:     All documents you consulted in answering Defendants' Interrogatories.

**Request No. 2:**     All documents concerning all persons you believe to have knowledge of any facts relating to this matter and a description of the knowledege you believe each person has.

**Request No. 3**:     All documents concerning any person you may call as a witness at the trial of this matter and the testimony you may elicit from that person.

**Request No. 4**:     All documents concerning any experts contacted or retained by you for the purposes of this litigation, including any documents provided or received by you to or from each expert and all reports (and drafts thereof) rendered by that expert.

**Request No. 5**:     All documents concerning the nature, basis, amount, and manner of computation of all monetary relief and/or damages (including but not limited to attorneys' fees) you are seeking.

**Request No. 6**:     All documents, including but not limited to electronic mail, concerning any defendant or any of the factual allegations contained in your Second Amended Complaint.

**Request No. 7**:     All documents concerning any communications you had, other than with your counsel in this action, concerning any defendant since January 1, 2006.

**Request No. 8**:     All documents concerning any investigation conducted by you or anyone acting on your behalf with respect to your factual claims in this action.

**Request No. 9**: All documents you may offer as evidence at trial.

**Request No. 10**: All documents concerning any statements you have obtained concerning any of the factual allegations in this action.

**Request No. 11**: All documents concerning any contacts you have had, or attempts to contact you have made, with any current or former employee of Plus One or TWT or any current or former resident of the Trump World Tower condominiums regarding your claims in this case.

**Request No. 12**: All documents concerning any communications you had regarding the possibility of filing, or the decision to file, this action. If your response includes communications with your counsel in this action, please provide only the information required by *Fed. R. Civ. P. 26(b)(5)* and *Local Rule 26.2*.

**Request No. 13**: All documents concerning any person or entity you have ever charged with, or accused of, a crime.

**Request No. 14**: All electronic mail in your possession or under your control to, from, or concerning any defendant.

**Request No. 15**: All documents concerning any crime with which you ever have been charged.

**Request No. 16**: All documents concerning your employment with Plus One.

**Request No. 17**: All documents concerning any application for unemployment insurance benefits or other public assistance you made since the cessation of your employment with Plus One.

**Request No. 18**: All documents concerning any admission you believe has been made by any party in this action.

**Request No. 19**: All documents concerning any statement against interest you believe has been made by any party in this action.

**Request No, 20**: All documents concerning any employment (including self-employment and independent contractor activities) you have had during the past ten (10) years and the cessation of such employment.

**Request No. 21**: All documents concerning any record or document relating to the issues in this action that has been altered or destroyed, as well as the circumstances of the alteration or destruction.

**Request No. 22**: All documents concerning each and every employer or potential

employer you have contacted in search of employment, and any other efforts made by you to obtain employment, since the cessation of your employment with Plus One.

**Request No. 23**:   All documents concerning any physician, psychologist, social worker, counselor, or other health care professional who has treated you within the past ten (10) years and the treatment you received from that professional.

**Request No. 24**:   A documents concerning the information requested in Interrogatory No. 24 of Defendants' Interrogatories.

**Request No. 25**:   All documents concerning any civil litigation in which you ever have been a party and the disposition of that litigation.

**Request No. 26**:   All documents concerning any hospital or other psychiatric or medical instituion to which you have been admitted in the past ten (10) years and the treatment you received in that institution.

**Request No. 27**:   All documents provided or received by you to or from the Equal Employment Opportunity Commission.

**Request No. 28**:   All documents conerning the information request in Interrogatory No. 34 of Defendants' Interrogatories.

**Request No. 29**:   Your federal, state, and local income tax returns for the years 2006 and 2007.

**Request No. 30**:   All documents concerning any income earned by you since January 1, 2006.

**Request No. 31**:   All documents, not previously requested, concerning any of the information sought from you in Defendants' Interrogatories.

**Request No. 32**:   All documents, not previously requested, concerning any of your claims in this action.

        Yours, etc.

        **MARTINNORCROSS LLC**
        110 Wall Street
        RCG Suite, 26th Floor
        New York, NY 10004
           -and-
        60 Marion Road West
        Princeton, NJ 08540
        (609) 249-5860
        (609) 945-3912 Fax
        dmnorcross@martinnorcross.com

        By:    **/s/ Deborah Martin Norcross**
                 Deborah Martin Norcross (DN0289)

        ATTORNEYS FOR DEFENDANTS PLUS ONE HOLDINGS, INC. and JAMIE MACDONALD

Dated: January 2, 2008

## **CERTIFICATE OF SERVICE**

I certify that I served the FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FROM DEFENDANTS PLUS ONE HOLDINGS, INC. and JAMIE MACDONALD on Counsel for Plaintiff and Counsel for Co-Defendants Trump World Tower and John Henriques on January 2, 2008 by electronic mail as follows:

> LAW OFFICE OF UWEM UMOH
> Counsel for Plaintiff
> 255 Livingston Street, 4th Floor
> Brooklyn, NY 11217
> Attn:   Uwem Umoh, Esq.
> numoh@umohlaw.com
>
> LESTER SCHWAB KATZ & DWYER, LLP
> Counsel for Defendants Trump World Tower and John Henriques
> 120 Broadway
> New York, NY 10271
> Attn:   Harold J. Derschowitz, Esq.
> hderschowitz@lskdnylaw.com

>                                    **/s/ Deborah Martin Norcross**
>                                    Deborah Martin Norcross (DN0289)

January 2, 2008