Uwem Umoh
255 Livingston St
4th Fl
Brooklyn, NY 11217

CERTIFIED MAIL

7007 2560 0000 1944 5666

UNITED STATES POSTAL SERVICE

U.S. POST
PAID
NEW YORK
10199
FEB 14
AMOUNT
$7.
00047
0000
08540

Deborah Martin Norcross, Esq
60 Marion Road West
Princeton, NJ 08540

2/15

PRIORITY MAIL
UNITED STATES POSTAL