<u>Text of Voice Mail Received From Chidi Eze on June 6, 2008 at 3:18 p.m.</u>

Hi, good afternoon Deborah. My name is Chide Eze and I am lead counsel in the case of Jordan Mann versus Plus One and Trump Towers. I'm calling in regarding to the scheduled deposition of Miss Mann on Monday and Wednesday. Just calling to let you know that we are not going to be going forward with that deposition. We ask for a little more time to be able to get ready for that deposition.  I also wanted to discuss with you other matters in this case. If you could call me back, my number is 718-643-8800, 718-643-8800.    Once again my name is Chidi last name is Eze. I'm the lead counsel on Jordan Mann case.  Hope to hear from you soon.