**Deborah MartinNorcross <dmnorcross@martinnorcross.com>**

**Thu, May 29, 2008 at 6:30 PM**

To: "numoh@umohlaw.com" <numoh@umohlaw.com>
Cc: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>

Dear Uwem:

On May 19, I asked you to provide alternative dates for Plaintiff's deposition given her unavailability during our preferred range of dates. You did not respond to that request, and have not supplied any dates. You also never responded to our offer to make our clients available for depositions during the week of June 2, dates which we have consequently advised our witnesses that they need not continue to hold.

Accordingly, attached is our clients' Re-Notice of Deposition setting Plaintiff's deposition on behalf of our clients for June 9. We understand that the Trump defendants will depose her on June 11.


Deborah

--
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com


 **05-29-08.ReNoticeOfDeposition.Plaintiff.doc**
33K

---

**Deborah MartinNorcross <dmnorcross@martinnorcross.com>**                    Fri, Jun 6, 2008 at 10:22 AM
To: "numoh@umohlaw.com" <numoh@umohlaw.com>
Cc: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>

Please confirm this morning that your client will appear for her deposition on June 9 and June 11.

Thank you.

Deborah


MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com

---

**numoh@umohlaw.com <numoh@umohlaw.com>**                                      Fri, Jun 6, 2008 at 5:24 PM
To: Deborah MartinNorcross <dmnorcross@martinnorcross.com>
Cc: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>, chidieze@yahoo.com

Good day--

Mr. Eze tried to reach the parties earlier today to let them know we need more time to produce Ms. Mann for
depositions.  She is not available for June 9 and 11.  I'm sorry for any inconvenience. Can the parties please give
alternative dates.

Thank you
Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
718.360.1916 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is
confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use
of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication
is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the
intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is
prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527
or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.
[Quoted text hidden]