# Mann v. Plus One, etc.

5 messages

---

**Deborah MartinNorcross <dmnorcross@martinnorcross.com>**　　　　Tue, Jun 10, 2008 at 3:25 PM

To: chidieze@yahoo.com
Cc: "numoh@umohlaw.com" <numoh@umohlaw.com>, "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>

Dear Mr. Eze;

Mr. Derschowitz and I have grave concerns about Plaintiff's failure to abide by her discovery obligations, which have been reinforced by Mr. Umoh's failure to respond to several communications regarding depositions and and other matters, as well as the last minute unilateral cancellation of Plaintiff's deposition dates, each of you providing different reasons for that cancellation, less than three weeks before the close of discovery as extended at Plaintiff's request. It is unfortunate that we did not know you were lead counsel in this case before now.

Accordingly, we request a Rule 37.3 conference with you, and Mr. Umoh if you prefer, any time after 3:30 tomorrow afternoon. Please advise what time works best for you and what number we should call.

Thank you.

Deborah Martin Norcross


MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com

---

**chidi eze <chidieze@yahoo.com>**　　　　Tue, Jun 10, 2008 at 3:49 PM
Reply-To: chidieze@yahoo.com
To: Deborah MartinNorcross <dmnorcross@martinnorcross.com>

Counselor,
Thanks for your communication. We regret any inconvenience. Unfortunately, in our profession, unforseen circumstances happen. We shall be available for a telephone conference tomorrow 6/11/08 at 4pm. Kindly call me at (718) 643 8800 if you have any questions.

Sincerely

Chidi Eze.

**Deborah MartinNorcross <dmnorcross@martinnorcross.com>**  Tue, Jun 10, 2008 at 4:53 PM
To: chidieze@yahoo.com
Bcc: "Harold Derschowitz (x263)" <HDERSCHOWITZ@lskdnylaw.com>

Dear Mr. Eze:

We understand unforeseen circumstances, and have made many accommodations to your colleague and client. However, ignoring repeated communications is not only discourteous, it is not acceptable "in our profession" as you put it. Moreover, providing conflicting last minute reasons for failing to abide by discovery obligations, especially since Mr. Umoh waited until after the close of business to send his e-mail, creates serious credibility issues.

It is our hope that we will be able to resolve this and other discovery issues in our conference call tomorrow, and 4:00 is fine. However,

*dmn*

[Quoted text hidden]