# UWEM UMOH
**ATTORNEY AT LAW**
255 LIVINGSTON STREET, 4TH FLOOR,
BROOKLYN, N.Y. 11217

TEL: 718.360.0527          EMAIL: numoh@umohlaw.com          FAX: 718.360.1916

BY FACSIMILE

June 25, 2008

Honorable Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Jordan Mann v. Plus One Fitness et al.
                   07 CV 5691(RB)</u>

Your Honor:

    We represent the plaintiff in the above referenced action and write this in response to the defendants' letters to this Court dated June 24 and 25, 2008.

    On June 11, 2008, during a conference with all the parties' attorneys present, plaintiff's counsels informed the defendants that she was employed in Guam. We also made it clear that we would work on making sure she was present for her deposition, but in the event that she could not make it, we would inform the parties in time. As Plaintiff was not able to make her deposition, we informed the defendants of this fact 5 days before the first scheduled deposition.

    Plaintiff's counsels are confounded as to why the defendants would purposely misstate our positions to the court. However, we look forward to resolving this matter before Your Honor on June 27, 2008.

    We thank the Court for your time and consideration of this matter.

Respectfully,

s/
NKEREUWEM UMOH

Cc: Harold Derschowitz, Esq., and Deborah Martin Norcross, Esq., counsels for defendants, via email; Chidi Eze, Esq., via email, and Judge Debra Freeman, via facsimile.