Page 38

2  Q   To the best of your ability, this is
3  the contact information for these two
4  gentlemen?
5  A   Yes.
6  Q   You had that information in 2006,
7  right?
8  A   Yes.
9  Q   So you would have had it after 2006,
10 also, correct?
11 A   That would be hard to say.
12     This could have been in storage.
13 When I had to get out of my apartment, it was in
14 storage, and I did not have access.
15 Q   Are there documents that remain in
16 storage that may pertain to anything relating to
17 this case, meaning your employment with Plus One
18 or anything else you discussed in your
19 complaint?
20 A   There could be. I have not gone
21 through.
22     I just got into town a few days ago.
23 I have not been able to go all through myself.
24 Q   Were you aware documents were
25 requested of you in January 2008?

Page 39

2  A   Specifically, what documents?
3  Q   Any documents?
4  A   2008 of this year?
5  Q   Yes, ma'am.
6  A   I don't believe there is a request
7  for anything.
8      I mean, I would have to look at my
9  e-mail account. I really have to check my
10 e-mail account.
11 Q   At any time since you filed this
12 complaint, did you make a search for documents
13 that might have any bearing on the allegations
14 you made in that complaint?
15 A   Did I make a search for documents?
16 Q   Yes, ma'am.
17 A   I am trying to think.
18     Like what documents would I be
19 searching for?
20 Q   Any documents.
21 A   Yes, taxes. I know taxes,
22 definitely.
23     Like my tax returns, I don't keep
24 them for the last seven years, so I had to
25 search for tax information, which was kind of

Page 40

2  challenging.
3  Q   When did you make that search for
4  your tax returns?
5  A   I don't know specific dates
6  offhand.
7  Q   Give me the best approximation you
8  can.
9  A   I can't even do that.
10 Q   Where were you living at the time?
11 A   September 6?
12 Q   No, when you were looking for your
13 tax returns.
14     Where were you living at the time you
15 were looking for your tax returns?
16 A   Well, I would be able to let you
17 know, if I knew when I was searching for the tax
18 information.
19 Q   So where you were living is not going
20 to help you?
21 A   Yes.
22 Q   Did you look for your tax returns
23 before the complaint was filed?
24 A   Before I filed the E.E.O.C. charge?
25 Q   Sure, yes.

Page 41

2  A   No.
3  Q   Do you know when you filed your
4  complaint in federal court?
5  A   No, I don't.
6  Q   Are you aware that you filed three
7  different ones?
8  A   No.
9      MS. NORCROSS: Mark this as
10     Defendant's Exhibit 8.
11     (Whereupon the above referred
12     to document was marked, Defendant's
13     Exhibit 8, for identification, as of
14     this date, by the reporter)
15 Q   Miss Mann, let me hand you what Sandy
16 has marked as Defendant's Exhibit 8. Take as
17 much time as you need to look it over, because
18 when you finish reviewing it, I am going to ask
19 you if you can identify it, okay?
20 A   Okay.
21 Q   Have you ever seen this before?
22 A   Yes, I have.
23 Q   When did you see it for the first
24 time, if you remember? You can approximate.
25 A   Looking at the date, it must have

Page 98

```
 2   Q    Between the 5th and today, did you
 3   meet with your attorneys?
 4        Don't tell me substance. Just tell
 5   me yes or no.
 6   A    Yes.
 7   Q    When?
 8   A    Saturday, August 9.
 9   Q    And for how long did you meet with
10   your attorneys on Saturday, August 9?
11   A    I know it was about at least a half
12   hour.
13   Q    Was it more than an hour?
14   A    I was not checking my watch. I don't
15   know whether I was in there for an hour.
16   Q    Was it more than two hours?
17   A    No.
18   Q    To prepare for your deposition, did
19   you review any documents?
20   A    What I did, I looked at -- not with
21   my lawyer, on my own, I looked at some of my own
22   paperwork by myself. I wanted to make sure I
23   was accurate with giving my answers, and
24   familiar, because this has been going on for
25   quite some time.
```

Page 99

```
 2   Q    What papers did you look at?
 3   A    The E.E.O.C. charge.
 4   Q    Anything else?
 5   A    No.
 6        I think the charge had the affidavit
 7   explaining the whole scenario from April 5 to
 8   June.
 9   Q    The E.E.O.C. charge with the attached
10   statement?
11   A    Yes.
12   Q    Is there anything else that you
13   reviewed besides that?
14   A    Actually, I was jogging my memory to
15   make sure I had an account basis of what
16   happened with Jamie, just the verbal exchange
17   and what happened, the discrimination that took
18   place. I wanted to look at my statement, just
19   to look at it again.
20   Q    In addition to that, did you review
21   any other documents?
22   A    I don't think so.
23        I can't think of any other. I don't
24   remember if I did.
25   Q    When you met with your attorneys to
```

Page 100

```
 1   prepare for your deposition, did you look at any
 2   documents?
 3        MR. UMOH: Objection.
 4   A    It was verbal.
 5   Q    I am not permitted, and I am not
 6   trying to go into content of the discussion you
 7   had with your lawyers.
 8   A    I just remember us talking.
 9   Q    Please tell me in chronological
10   order, to the best you can, where, if anywhere,
11   you have been employed since June 16, 2006.
12   A    Since 2006?
13   Q    Yes, ma'am.
14   A    I have been employed at P.I.C.
15   Resort. I have been employed at --
16        well, I have a question. Independent
17   contractor, or just an employee?
18   Q    We will split them up.
19        As an employee, first.
20   A    P.I.C. Resort, Holiday Temp
21   Services.
22        I remember receiving unemployment,
23   but I would have to look at my tax return to
24   know all the other employers, because I
```

Page 101

```
 2   definitely got a W-2, so I have to look at my
 3   taxes.
 4        I know definitely Holiday Temp
 5   Services, P.I.C.
 6        In terms of employee, I don't
 7   remember what else, but it's on my taxes.
 8   Definitely employers, I can remember those, too.
 9   Q    Do you have your tax returns for
10   2006, 2007 -- 2006 and 2007?
11   A    I definitely filed them.
12        I am still trying to get my
13   accountant to give me a copy of 2006.
14   Q    Who is your accountant?
15   A    Steven Lauler.
16   Q    Where is Mr. Lauler located?
17   A    It's either Englewood or Hackensack,
18   New Jersey.
19   Q    When you tried to get these documents
20   from Mr. Lauler, how have you done that?
21   A    E-mail, and left phone messages.
22        MS. NORCROSS: Counsel, those
23        are also things that that should have
24        been produced.
25   Q    I am going to ask you to search for
```

Page 102

```
 1                          102
 2   those and provide them to us.
 3            MR. UMOH:  Take it under
 4       advisement.
 5       Q    When was the last time you tried to
 6   contact Mr. Lauler to get your tax returns?
 7       A    It had to be during my employment
 8   while I was in Guam.
 9            I know I did not file my taxes for
10   2007 and 2006 until recently.  I believe it was
11   even after April 15 of this year.  It could have
12   been late spring, early summer.
13            But I know I reached out to him.  I
14   sent him a couple of e-mails.
15            He never responded in sending all my
16   tax returns.  I never got 2006.
17       Q    Did you get 2007?
18       A    I know I got part of it.  I have to
19   check my e-mail again.
20            He was busy, or whatever.
21            Maybe he was waiting for a payment.
22       Q    Was he waiting for a payment?
23       A    No, because I had paid him in
24   advance.
25            I submitted it close to -- I don't
```

Page 103

```
 1                          103
 2   remember when I was able to give him all of the
 3   information about my taxes, but I do know that
 4   when I submitted all the information to him, he
 5   said, Well, you will have to wait, because it's
 6   crunch time.  He has a lot.  Don't worry.
 7            He filed an extension for me.
 8       Q    Where did you do work as an
 9   independent contractor since June of 2006?
10       A    I know definitely, Linblad
11   Expeditions.
12       Q    Anywhere else?
13       A    I know that sticks out, because I got
14   paid something substantial in that job.  I mean,
15   I know I could have temped, but I don't know if
16   I -- I don't recall actually getting a temp
17   assignment.
18            Again, it's on my taxes.
19       Q    What work, if any, did you do for
20   Holiday Temp Services?
21       A    They sent me out on a customer
22   service job.
23       Q    Just one job?
24       A    Yes.
25       Q    Is there any reason why --
```

Page 104

```
 1                          104
 2       A    Now I remember.
 3            What it was, I got an assignment at a
 4   company in Brooklyn, but then they had layoffs.
 5   They laid me off right after Christmas.  So
 6   that's why I contacted Holiday Temp Services, to
 7   get another job.
 8       Q    I am sorry.
 9            Who laid you off around Christmas?
10       A    Novel Box Company.
11       Q    Were you employed by Novel Box
12   Company, or were you working for them as an
13   independent contractor?
14       A    I am trying to remember if they took
15   taxes out or not.  I am not sure about that, but
16   my taxes would have that information.
17            I don't know if I signed a W-4 form
18   or not, but it should be reflected in my taxes.
19            I am sorry.  I keep being
20   repetitive.
21       Q    When did you work for Novel Box?
22       A    It was around Christmastime.
23       Q    Christmas of what year?
24       A    End of 2007 to the beginning of
25   2008.
```

Page 105

```
 1                          105
 2       Q    How long did you work for them?
 3       A    It could not have been more than a
 4   few months, even if it was that.
 5       Q    Was it full time or part time?
 6       A    It was full time.
 7       Q    How many hours a week ?
 8       A    I think it paid by the hour.  It was
 9   a project that I was working on.
10       Q    So how did you get paid?
11       A    By check.
12       Q    Did you get paid a set fee for a
13   project?
14       A    I am trying to think if I was billing
15   them hours over that.
16            I know it was not a set thing every
17   week, because sometimes they would close the
18   office.
19       Q    I don't understand.  And we don't
20   have any documents about this.
21            Let me try to figure this out.
22       A    Okay.
23       Q    You worked for Novel Box the end of
24   2007 to early 2008?
25       A    Yes.
```

Page 106

1
2  Q  What did you do for them?
3  A  They took me on as a graphic
4  designer.
5  Q  And what did you do for them as a
6  graphic designer?
7  A  I was editing their jewelry
8  catalogue.
9  Q  Were you editing text or graphics?
10 A  Both.
11 Q  And what was your compensation
12 arrangement with them?
13 A  I got paid weekly.
14 Q  Did you get paid a set amount weekly,
15 or did it vary?
16 A  It varied.
17 Q  And what did it vary on?
18 A  Whether the office was open or not.
19 Q  Did you ever do work at home, or did
20 you do it all at the office?
21 A  I worked at home, but I did not get
22 paid for working at home.  I did it because I
23 wanted to --
24 Q  So if the office was closed, is it
25 accurate you would not get paid, even if you

Page 107

1  107
2  worked at home while the office was closed; is
3  that correct?
4  A  Yes, correct.
5  Q  What kind of company is Novel Box?
6  A  They probably moved to Jersey by now.
7  That was part of the reason they laid me off.
8      It's a -- you know, when you go to a
9  jewelry store, they are the ones that
10 manufacture the jewelry boxes.  They manufacture
11 some in there warehouse and they actually buy
12 from manufacturers in China.  They do a little
13 bit of both.
14 Q  Do they buy the boxes and then put
15 designs on them?
16 A  They do that, as well.
17     MS. NORCROSS:  I have to take
18 a five-minute break.
19     (Discussion off the record)
20     MS. NORCROSS:  Mark this as
21 Defendant's Exhibit 15.
22     (Whereupon the above referred
23 to document was marked, Defendant's
24 Exhibit 15, for identification, as of
25 this date, by the reporter)

Page 108

1  108
2  Q  Miss Mann, please look at what the
3  reporter has marked as Exhibit 15.  And just let
4  me know when you are finished reviewing it,
5  please?
6  A  Okay.
7  Q  Have you ever seen that document
8  before?
9  A  I don't recall, but I know the
10 information, I have.
11 Q  Just so I am clear, I am not asking
12 about the information.  I want to know if you
13 have seen that document before.
14 A  I don't recall.
15 Q  Is there anything that would help you
16 remember?
17 A  I can't think of anything at this
18 point that would help me remember.
19 Q  You mentioned your e-mails several
20 times.  Would your e-mails help you remember?
21 A  Looking through some of the
22 information, I know that I have e-mailed some of
23 this information to my lawyer, yes.
24 Q  My question is, are there e-mails
25 that would help you remember whether you have

Page 109

1  109
2  seen this document before?
3  A  Not that I can recall, not
4  specifically.  Not a specific e-mail, but I know
5  I had e-mailed this information to --
6  Q  Again, I am not talking about the
7  information; I am talking about the document.
8  A  There is no one specific e-mail that
9  could make me pinpoint this document.
10 Q  Where were you physically located by
11 city, state, country, whatever, on June 16,
12 2008?
13 A  I was in Guam.
14 Q  If you had received this document on
15 or about June 16, would that have been -- would
16 that be reflected in an e-mail you got?
17 A  There are a bunch of e-mails.  I
18 don't know.
19 Q  Look, we have limited time.  So what
20 I am trying to do, I am asking you to try to
21 answer the questions I am asking.
22     My question is, if you had seen this
23 document before, would it have been e-mailed to
24 you, do you think?
25 A  Possibly.  I have to check my

28 (Pages 106 to 109)

Page 202

```
 1                          202
 2          MR. UMOH:  We showed up at
 3   1:00, and we were sitting downstairs
 4   for a half hour.
 5          MS. NORCROSS:  I came in at
 6   1:00, and there was no one there.
 7          MR. UMOH:  Off the record.
 8          (Discussion off the record)
 9          MR. UMOH:  This is Plaintiff's
10   counsel.  And we are in the middle of
11   the deposition, and we would like the
12   judge to resolve it, if possible.
13          THE LAW CLERK:  The judge is
14   not available now.
15          MR. UMOH:  The judge allocated
16   10 hours for the deposition today and
17   an unspecified amount tomorrow.
18          MS. NORCROSS:  We have the
19   judge's order.  It has to do with the
20   hour allocation, is the best I
21   understand this.
22          The judge ordered 10 hours of
23   deposition time today and then
24   additional time tomorrow morning,
25   depending upon when Miss Mann needs
```

Page 203

```
                              203
 2   to leave for her flight to Singapore.
 3          And we resolved earlier this
 4   morning, she needs to leave about
 5   12:30, which is fine.
 6          The issue that has arisen is
 7   Plaintiff's counsel believes that --
 8   he is concerned about the allocation
 9   of deposition time between me, as
10   counsel for two of the Defendants,
11   and Harold, as counsel for the other
12   two.
13          I have taken six hours of
14   deposition.  We have been here for
15   approximately seven  There was a
16   one-hour lunch break.
17          What Mr. Umoh is suggesting is
18   that the one-hour lunch brake counts
19   towards my seven hours, which I have
20   explained to him is contrary even to
21   the comments in the federal rule
22   book.
23          THE LAW CLERK:  Mr. Umoh, is
24   that correct?
25          MR. UMOH:  That is correct.
```

Page 204

```
 1                          204
 2   Plaintiff has been produced so far
 3   for seven hours of deposition.
 4          We feel the deposition with
 5   Plus One is concluded.
 6          MS. NORCROSS:  We have the
 7   court reporter here.  The actual
 8   deposition time has been something
 9   just under six hours, but call it
10   six.
11          My intent at this point is to
12   finish up one line and then let
13   Mr. Derschowitz start.  We are going
14   to be going until whenever.
15          THE LAW CLERK:  The judge is
16   on the bench.
17          I can't give you a ruling on
18   this.  I am only the law clerk, and
19   not the appointed judge.
20          But my reading of the letter
21   is that the plaintiff is to be
22   questioned for 10 hours, and I am
23   sure the judge would say that does
24   not include a lunch brake.
25          So we can call you back when
```

Page 205

```
 1                          205
 2   she is off the bench.
 3          MR. UMOH:  One defendant may
 4   depose her for 10 hours?
 5          THE LAW CLERK:  My reading of
 6   the letter, the letter said plaintiff
 7   may be questioned for 10 hours on
 8   August 12.
 9          MS. NORCROSS:  The only thing
10   we don't seem able to agree on, we
11   are in the Lester Schwab offices.
12          THE LAW CLERK:  If I were you
13   guys, I would try to resolve this
14   before the judge calls you back.
15          But give me a call back in a
16   few minutes if you would like to
17   speak to the judge.
18          MS. NORCROSS:  Thank you.
19          Off the record.
20          (Discussion off the record)
21          MS. NORCROSS:  There is an
22   Exhibit that was just marked as 22
23   that should be marked as 23.
24          Mark this as Defendant's
25   Exhibit 24.
```

Page 214

```
 1  doctor or social worker, psychiatrist, or
 2  something else?
 3      A   If I can recall correctly, she was a
 4  licensed clinical social worker.
 5      Q   Were you referred to her by
 6  anybody?
 7      A   No. I looked her up in the health
 8  insurance company website.
 9      Q   Where was her office?
10      A   I saw her on 11th Street. It was a
11  street in the Village.
12      Q   In Manhattan?
13      A   Yes, in Manhattan.
14      Q   When you first saw her, what were
15  your complaints?
16      A   My complaints, just the emotional
17  distress I was going through, based on my
18  discrimination at Plus One.
19      Q   When was the first time you saw
20  her?
21      A   From what I recall, late April. But
22  it should be reflected in the health insurance
23  records.
24      Q   I have no records. I have to go by
```

Page 215

```
 1  what you say, at this point.
 2      A   Sure. From what I can recall, it
 3  must have been late April, maybe the third
 4  week.
 5      Q   Was it after the incidents you
 6  described earlier with Mr. MacDonald taking
 7  place?
 8      A   Yes.
 9      Q   What, exactly, did you tell her was
10  bothering you? What were your symptoms or your
11  complaints?
12      A   Well, obviously it was very apparent
13  I showed a lot of anger. I was depressed,
14  frustrated. I felt powerless and just basically
15  ill at ease.
16          I had problems sleeping. I was very
17  anxiety ridden. I was very jumpy, especially
18  because I felt my job was on the line, getting
19  fired.
20          Yes, I was definitely not in the best
21  of shape.
22          And I had digestive issues, too, just
23  a lot of stomach cramps. And then I was getting
24  headaches.
```

Page 216

```
 1      Q   Had you ever felt these symptoms at
 2  any time prior to your first visit to Miss
 3  Buck?
 4      A   You mean -- well, I have experienced
 5  those emotions throughout my lifetime.
 6      Q   When was the most recent?
 7          Well, did you ever receive treatment
 8  for these symptoms?
 9      A   Yes. That's why I was going to Miss
10  Buck and Marlene.
11          And I was confiding a lot in my
12  pastor at the time.
13      Q   You told me the first time you saw
14  anyone about your situation at work was in late
15  April, when you saw Miss Buck, correct?
16      A   Yes.
17      Q   You just gave me a list of physical
18  complaints you mentioned to Miss Buck on your
19  first visit.
20          Had you ever been treated for those
21  symptoms or complaints before that?
22      A   By a medical doctor?
23      Q   By anybody.
24      A   Yes, I have had headaches before,
```

Page 217

```
 1  where I have taken Tylenol, throughout my
 2  lifetime.
 3          Maybe in my early twenties, I went to
 4  the doctor and said, I have a stomachache, but I
 5  have never taken any medication. I always try
 6  to go the natural route.
 7      Q   Is it fair to say you have not seen
 8  any medical providers or hospitals or doctors
 9  for any of the complaints made to Miss Buck at
10  the end of April '06?
11      A   I was just relying on my peers in
12  terms of telling me what herbal supplements to
13  take.
14          I went to nutritional school, as
15  well.
16          I believe in alternative health so I
17  was doing my own research.
18      Q   What were you taking?
19      A   If I had headaches, I am trying to
20  think what I was taking. I would take Ginger.
21          I would take this thing like a colon
22  collection. It would be a mixture of herbal
23  supplements into one.
24          Then also, for the headaches, there
```

218

1 is peppermint oil, and rub them on my temples.
2     Q    Had you experienced these headaches
3 or stomach problems before April of '06, when
4 you saw Miss Buck?
5     A    I had experienced those problems
6 throughout my lifetime.
7          Well, not consistent throughout my
8 lifetime. It was not a chronic problem.
9     Q    Periodically?
10    A    Yes. Once in a blue moon, I would
11 have a headache.
12         I have never been hospitalized.
13    Q    What did Miss Buck do for you? I
14 don't want to know what she told you. What did
15 she do for you on your first visit?
16    A    From what I recall, on the first
17 visit, a lot of it was intake. She was like,
18 okay, why are you here?
19         A lot of times she was asking
20 information for clarification and trying to find
21 out, why did I go and see her.
22    Q    Did she prescribe any medication to
23 you or recommend that you see any other persons
24 or doctors or therapists at that point?

219

1     A    I don't recall if she did.
2          I know if she recommended me to take
3 medication, I would have flatly out denied it.
4     Q    I am just interested in what you
5 recall.
6     A    Sure. Miss Buck did not; but I know
7 Marlene did suggest, yes.
8     Q    To your knowledge, she did not
9 recommend any medication.
10         She did not refer you to anyone
11 else?
12    A    No, because I had to stop seeing her
13 because my insurance ran out.
14         MR. DERSCHOWITZ: I move to
15    strike the portion that's not
16    responsive.
17    Q    Did she prescribe you any medication
18 or refer you to anybody after your first
19 visit?
20    A    No.
21    Q    How many times did you see Miss
22 Buck?
23    A    An average of once a week. I think
24 one time I saw her twice a week.

220

1     Q    For how long a time period?
2     A    It had to coincide with when my
3 insurance ended. I think it was the same week
4 that I was no longer insured, health insurance,
5 by Plus One; so I am thinking I ended seeing her
6 by June 16, 2006.
7     Q    And how many times, in total, did you
8 see her?
9     A    I am taking a guess, about 10.
10    Q    Did she do anything different for you
11 on the other nine times you saw her than the
12 first time you saw her? Did she just do intake,
13 listen to what you were saying?
14         MR. UMOH: Objection.
15    Q    You tell me.
16    A    Her strategy seemed consistent.
17         I mean, she would ask me questions,
18 and she would offer questions as to, like post
19 different scenarios and try to get me to look at
20 different things about myself.
21    Q    Do you have any pending appointments
22 with her?
23    A    No, I don't have any.
24    Q    Who is the next person you saw after

221

1 Miss Buck?
2     A    I believe that was Marlene
3 Friedman.
4     Q    And does she have a specialty?
5     A    I don't know her specialty.
6     Q    Is she a doctor?
7     A    I don't know if she is a
8 psychiatrist. She could be a licensed clinical
9 social worker.
10         I don't know how they do it with the
11 classifications of psychotherapist.
12    Q    Do you know if she has an M.D. after
13 her name?
14    A    That's a good question. I don't
15 know.
16    Q    Did anyone refer you to her?
17    A    No.
18    Q    How did you find her?
19    A    Through health insurance on the
20 website.
21    Q    When was the first time you saw
22 her?
23    A    I don't recall the first day or time.
24 But I know when I did see her, it was warm