## Yellin, Jennifer

**From:** Mann, Jordan
**Sent:** Wednesday, April 26, 2006 10:53 AM
**To:** Yellin, Jennifer
**Subject:** receptionist training

Hello Jennifer,

I'm a receptionist at Trump World Tower. Tom said that I should contact to see if I can be conferenced into the training for today via the web or phone. Please advise if this is possible.

Sincerely,

Jordan Mann
646 313 7630

*[handwritten: DID CALL IN]*

11/16/2006

**Slide 1:**

Labored breathing (dyspnea): Symptoms: hyperventilation, dizziness, wheezing, coughing, loss of coordination.
Care includes: Maintain airway, use inhaler if prescribed, try "pursed lip" &/or "pressure" breathing. If inhaler doesn't work.

Dizziness (syncope): Symptoms: disorientation, confused, skin color pale.
Care includes: Determine responsiveness. Place supine/ legs elevated. Administer fluids if conscious. May need rescue breaths or CPR.

Skin Wounds: Basic first aid. May need to apply pressure AND dressing. Wear gloves if assisting - dispose of properly as outlined by OSHA regulations for blood borne pathogens.

Sprains (ligaments)/Strains (muscle/tendon)/Contusions (bruises): Sprains and strains are classified according to the severity. R.I.C.E.S protocol. Rest, Ice, Compression, Elevation, and Stabilization.

**Slide 2:**

H ear
E mpathize
A pologize
T ake Ownership

**Slide 3:**

Hear

A dissatisfied          to know someone is willing to listen,
and they are heard.

Instead of: "What's the problem?"
          ... "Please tell me what happened."

- Take them aside
- Allow the person to speak without interruption.
- Give them cues
- Take notes
- Face the upset customer
- Listen for feelings, as well as facts.
- Confirm you understand

**+1 plus one**

### Recovery

If the customer is inflexible....

> "What do you think is a fair way to settle this?"
> "What would make you happy?"

When a customer truly feels inconvenienced, what would would insure you giving them another chance for your business?

- Complimentary service/gift above and beyond purchase
- Efficient and expedient handling of the matter with courtesy and respect
- Extra attention and overwhelm with service
- Don't pass the buck.

PREVENTATIVE MEASURES... ANTICIPATE & BE PROACTIVE!

---

**+1 plus one**

### Converting Moments of Misery

What do you do?

1. A piece of equipment is broken, again, and a hotel guest complains to the front desk...
2. A member is notified that the credit card they use for monthly payments has been rejected, and seems offended...
3. A physical therapy patient is checking in for their appointment and is not acknowledged...
4. A customer is not happy with their spa treatment and a manager is not available...
5. A client calls to ask if your site has a pool (either there is no pool or it is broken)...
6. A customer's locker is broken into and you are the first person they see to report it too...



---

**+1 plus one**

### Remember

- Complaining Customers are often a challenge. There is no one technique that works to calm an upset customer.
- Complaining customers are a gift – take the opportunity to learn and improve.
- If you master your skills and stay positive then you will see it's not so scary.
- These are lessons for life as well.



8