**ORIGINAL**

FORM C

Rhonda Renee Mann
Your Name (first, middle, last)

259 5th St.
Street Address

Jersey City NJ 07302
Town, State, Zip Code

917 705 9660
Telephone Number

In the Matter of the Application of
Rhonda Renee Mann
Your Name (first, middle, last)

To Assume the Name of
Jordan Sudan Mann
Name you wish to assume (first, middle, last)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
Hudson COUNTY

DOCKET NUMBER: Hud L-5430-06

FILED N/C 82885
NOV 0 3 2006
FRANCES L. ANTONIN, J.S.C.

FILED DEC 1 3 2006
STATE TREASURER

CIVIL ACTION

**FINAL JUDGMENT**

---

Rhonda Renee Mann, having made application to this Court by duly
(your name, first, middle, last)

verified complaint for a judgment authorizing (check one) __him ✓her to assume the name of

Jordan Sudan Mann ; and it appearing to the Court
(name you wish to assume, first, middle, last)

that all the provisions of N.J.S.A. 2A:52-1 to -4 and the Current N.J. Court Rules relating thereto

have been complied with,

IT IS on this 3rd day of Nov, 2006, ORDERED AND
(leave date blank for court to complete)

ADJUDGED that Rhonda Renee Mann, who was born October 8
(your name, first, middle, last)                                  (month and day)

19 68, and whose social security number is 147 78 1209, be and
(year)                                                      (your social security number)

hereby is authorized to assume the name of Jordan Sudan Mann
                                                                    (name you wish to assume, first, middle, last)

from and after Dec 2, 2006; and
(Leave blank)

13

15

FORM C

DO NOT WRITE BELOW THIS LINE; THE COURT WILL COMPLETE.

IT IS FURTHER ORDERED that within twenty days hereof plaintiff shall cause a copy of this Final Judgment to be published once in _Jersey Journal Newspaper_; and within forty-five days after entry of Judgment, plaintiff shall file proof of publication of this Final Judgment with the Deputy Clerk of the Superior Court (at the court address for the court in which you filed your verified complaint) and a certified copy of this Final Judgment with the Department of Treasury pursuant to the provisions of the Statute and Rules in such case made and provided; and

IT IS FURTHER ORDERED that the published version of the final judgement shall not include the plaintiff's social security number.

_____, J.S.C.
FRANCES L. ANTONIN, J.S.C.

Joseph F. Davis, Deputy Clerk of the
Superior Court of New Jersey, County of
Hudson, do hereby certify that the foregoing
is a true and correct copy of the original
on file in my office.

_Joseph F. Davis_
Deputy Clerk of the Superior Court
Dated: 12/4/06

