| Form **1040** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2004** | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20 ___   OMB No. 1545-0074

**Label** (See instructions on page 16.)
Use the IRS label. Otherwise, please print or type.

| L A B E L   H E R E | Your first name and initial: **RHONDA**  Last name: **MANN** | Your social security number: **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** |
|---|---|---|
| | If a joint return, sp. first name & initial / Last name | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see page 16.   **104 PROSPECT STREET**   Apt. no. | ▲ **Important!** ▲ You must enter your SSN(s) above. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.  **JERSEY CITY   NJ   07307** | |

**Presidential Election Campaign** (See page 16.)
▶ Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶   You ☐ Yes ☐ No   Spouse ☐ Yes ☐ No

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 17.)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax cr. (see pg. 18) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶ **1**

If more than four dependents, see page 18.

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 17,739 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a   8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 20)   9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -1,028 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a   b Taxable amount (see page 22) | 15b | |
| 16a | Pensions and annuities   16a   b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 3,753 |
| 20a | Social security benefits   20a   b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amt. (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 20,464 |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 26)   23 | | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ   24 | | |
| 25 | IRA deduction (see page 26)   25 | | |
| 26 | Student loan interest deduction (see page 28)   26 | | |
| 27 | Tuition and fees deduction (see page 29)   27 | | |
| 28 | Health savings account deduction. Attach Form 8889   28 | | |
| 29 | Moving expenses. Attach Form 3903   29 | | |
| 30 | One-half of self-employment tax. Attach Schedule SE   30 | | |
| 31 | Self-employed health insurance deduction (see page 30)   31 | | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans   32 | | |
| 33 | Penalty on early withdrawal of savings   33 | | |
| 34a | Alimony paid   b Recipient's SSN ▶ _____   34a | | |
| 35 | Add lines 23 through 34a | 35 | |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income ▶ | 36 | 20,464 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.    Form **1040** (2004)
DAA

JM 0305