Print | Close Window

Subject: RE: Mann v. Plus One, etc.
From: numoh@umohlaw.com
Date: Fri, Apr 04, 2008 9:57 pm
To: Deborah MartinNorcross <dmnorcross@martinnorcross.com>

I sent it the same day I sent Harold's. I'll send another copy.

Attached are plaintiff's second set of document requests to Plus One.

Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
718.360.1916 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

Case 1:07-cv-05691-NRB   Document 40-9   Filed 09/10/2008   Page 1 of 3

Print | Close Window

Subject: RE: Mann v. Plus One, etc.
From: numoh@umohlaw.com
Date: Fri, Apr 04, 2008 9:57 pm
To: Deborah MartinNorcross <dmnorcross@martinnorcross.com>

I sent it the same day I sent Harold's. I'll send another copy.

Attached are plaintiff's second set of document requests to Plus One.

Print | Close Window

Subject: [FWD: RE: Mann v. Plus One, etc.]
From: numoh@umohlaw.com
Date: Fri, May 16, 2008 5:45 pm
To: HDERSCHOWITZ@lskdnylaw.com, Deborah MartinNorcross <dmnorcross@martinnorcross.com>

Hi Deborah:

Attached is my response to your May 9, 2008 letter. Also, please check for the email I send you on April 4, 2008 that included plaintiff's second set of document requests. The email is also included at the bottom of this email, and the document requests are attached.

Uwem I. Umoh
255 Livingston Street,
4th Floor
Brooklyn, NY 11217
718.360.0527
718.360.1916 (Fax)

This electronic message transmission is sent by the Umoh Law Office. This message contains information that is confidential, privileged and exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity(ies) to which it is addressed. Any unauthorized use or dissemination of this communication is strictly prohibited. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone at (718) 360-0527 or notify the sender by return e-mail message and delete this message and all its attachments. Thank you.

Print | Close Window

Subject: Plaintiff's Second Request for Production of Documents
From: "Deborah MartinNorcross" <dmnorcross@martinnorcross.com>
Date: Mon, May 19, 2008 10:47 am
To: "numoh@umohlaw.com" <numoh@umohlaw.com>

Dear Uwem:

We did not receive your client's Second Request for Production of Documents on April 4, or at any time prior to 5:45 pm on May 16. Although this is way past the date by which they were required to be served, we nonetheless will respond within the time proscribed by the Federal Rules. Please note all of the requested documents in our clients' possession previously have been produced to you in response to requests served by both plaintiff and the co-defendants.

Since your client is not available on the May dates we proffered, please provide at least two dates for your client's deposition during the week of June 2.

Thanks.

Deborah

--
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540
(609) 249-5860
(609) 945-3912 Fax
dmnorcross@martinnorcross.com

Copyright © 2003-2008. All rights reserved.