| Form **8879** | IRS e-file Signature Authorization | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not send to the IRS. This is not a tax return.<br>▶ Keep this form for your records. See instructions. | **2005** |

Declaration Control Number (DCN) ▶ 00226062010816

Taxpayer's name: RHONDA R MANN
Social security number: 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

Spouse's name:
Spouse's social security number:

### Part I — Tax Return Information-Tax Year Ending December 31, 2005 (Whole Dollars Only)

| | | |
|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1  16,212. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 38; Form 1040EZ, line 10) | 2  960. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 39; Form 1040EZ, line 7) | 3  997. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a, Form 1040EZ, line 11a) | 4  37. |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 12) | 5 |

### Part II — Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2005, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize  IRS-PREPARED BUT NOT AUDITED  to enter my PIN | 81209 | as my signature
ERO firm name       do not enter all zeros
on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ /s/ _____    Date ▶ 02/10/2006

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter my PIN [ ] as my signature
ERO firm name       do not enter all zeros
on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____    Date ▶ _____

### Practitioner PIN Method Returns Only-continue below

### Part III — Certification and Authentication-Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit PIN. | 22606205618 |
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2005 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized e-file Providers.

ERO's signature ▶ _____    Date ▶ 02/10/2006

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Form **8879** (2005)
BCA Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved    US8879S1    Rev 1

JM 0207