RETHA A. BUCK, L.C.S.W.
817 Broadway, Ste. 918
New York, New York 10002

212-982-1315

August 21, 2008

UWEM UMOH
Attorney at Law
255 Livingston Street, 4th Floor
Brooklyn, NY 11217

Dear Mr. Umoh:

I have received your request for information on Jordan Mann a/k/a Rhonda Mann.

My charge is $130.00. Upon receipt of this, I will forward the information you requested.

Yours truly,

*[signature: Retha A. Buck]*