**ORIGINAL**

FORM C

Your Name (first, middle, last): Rhonda Renee Mann

Street Address: 259 5th St.

Town, State, Zip Code: Jersey City NJ 07302

Telephone Number: 917 705 9660

In the Matter of the Application of
Your Name (first, middle, last): Rhonda Renee Mann

To Assume the Name of
Name you wish to assume (first, middle, last): Jordan Sudan Mann

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
Hudson COUNTY

DOCKET NUMBER: Hud L-5430-06

**FILED** N/C 82885

NOV 0 3 2006

FRANCES L. ANTONIN, J.S.C.

FILED DEC 1 3 2006 STATE TREASURER

CIVIL ACTION

**FINAL JUDGMENT**

_Rhonda Renee Mann_ (your name, first, middle, last), having made application to this Court by duly verified complaint for a judgment authorizing (check one) __ him ✓ her to assume the name of _Jordan Sudan Mann_ (name you wish to assume, first, middle, last); and it appearing to the Court that all the provisions of N.J.S.A. 2A:52-1 to -4 and the Current N.J. Court Rules relating thereto have been complied with,

IT IS on this _3rd_ day of _Nov_, 2006, ORDERED AND ADJUDGED that _Rhonda Renee Mann_ (your name, first, middle, last), who was born _October 8_ (month and day) 19_68_ (year), and whose social security number is _147 78 1209_ (your social security number), be and hereby is authorized to assume the name of _Jordan Sudan Mann_ (name you wish to assume, first, middle, last) from and after _Dec 2_, 20_06_ (Leave blank); and

13

15

FORM C

**DO NOT WRITE BELOW THIS LINE; THE COURT WILL COMPLETE.**

IT IS FURTHER ORDERED that within twenty days hereof plaintiff shall cause a copy of this Final Judgment to be published once in _Jersey Journal Newspaper_; and within forty-five days after entry of Judgment, plaintiff shall file proof of publication of this Final Judgment with the Deputy Clerk of the Superior Court (at the court address for the court in which you filed your verified complaint) and a certified copy of this Final Judgment with the Department of Treasury pursuant to the provisions of the Statute and Rules in such case made and provided; and

IT IS FURTHER ORDERED that the published version of the final judgement shall not include the plaintiff's social security number.

_____, J.S.C.
FRANCES L. ANTONIN, J.S.C.

Joseph F. Davis, Deputy Clerk of the
Superior Court of New Jersey, County of
Hudson, do hereby certify that the foregoing
is a true and correct copy of the original
on file in my office.

_Joseph F. Davis_
Deputy Clerk of the Superior Court
Dated: 12/4/06