| Form **1040** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2004** | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20 ___   OMB No. 1545-0074

**Label** (See instructions on page 16.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: **RHONDA**   Last name: **MANN**
Your social security number: **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**

If a joint return, sp. first name & initial: ___   Last name: ___
Spouse's social security number: ___

Home address (number and street). If you have a P.O. box, see page 16.   Apt. no.
**104 PROSPECT STREET**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**JERSEY CITY     NJ  07307**

▲ **Important!** ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶   You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 17.)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
6b ☐ Spouse
    Boxes checked on 6a and 6b: **1**

6c Dependents:
(1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax cr. (see pg. 18)

No. of children on 6c who:
● lived with you ___
● did not live with you due to divorce or separation (see page 18) ___
Dependents on 6c not entered above ___

If more than four dependents, see page 18.

6d Total number of exemptions claimed .......... Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7  | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7  | 17,739 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b  | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b  | Qualified dividends (see page 20) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -1,028 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a ___  b Taxable amount (see page 22) | 15b | |
| 16a | Pensions and annuities  16a ___  b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 3,753 |
| 20a | Social security benefits  20a ___  b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amt. (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 20,464 |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | IRA deduction (see page 26) | 25 | |
| 26 | Student loan interest deduction (see page 28) | 26 | |
| 27 | Tuition and fees deduction (see page 29) | 27 | |
| 28 | Health savings account deduction. Attach Form 8889 | 28 | |
| 29 | Moving expenses. Attach Form 3903 | 29 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 | |
| 31 | Self-employed health insurance deduction (see page 30) | 31 | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 | |
| 33 | Penalty on early withdrawal of savings | 33 | |
| 34a | Alimony paid  b Recipient's SSN ▶ ___ | 34a | |
| 35 | Add lines 23 through 34a | 35 | |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income ▶ | 36 | 20,464 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.
DAA

Form **1040** (2004)

JM 0305