```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JORDAN MANN,

                Plaintiff,

    - against -                    O R D E R

PLUS ONE FITNESS, TRUMP WORLD TOWERS    07 Civ. 5691 (NRB)
GYMNASIUM, "ROBERT" DOE, JAMIE MacDONALD,
DOES 1-10 inclusive,

                Defendants.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      **WHEREAS** on September 15, 2009, the parties filed with the Court a Stipulation of Dismissal with Prejudice with respect to plaintiff's claims against the defendants; and

      **WHEREAS** the parties simultaneously and jointly requested a vacatur of the Court's orders dated December 24, 2009 and March 20, 2009 ("the Orders"); it is hereby

      **ORDERED** that the parties' request for vacatur of the Orders is granted.

Dated:    New York, New York
           September 16, 2009

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

**Counsel for Plaintiff**
Nkereuwem Umoh, Esq.
255 Livingston Street, 4th Floor
Brooklyn, NY 11217

**Counsel for Defendants Plus One Fitness and Jamie MacDonald**
Deborah Martin-Norcross, Esq.
MartinNorcross LLC
60 Marion Road West
Princeton, NJ 08540

**Counsel for Defendant Trump World Towers**
Harold J. Derschowitz, Esq.
Lester Schwab Katz & Dwyer, Esq.
120 Broadway, 38th Floor
New York, NY 10271