LSK&D #: 163-8001 / 1328281

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/10

-------------------------------------------------------------x

JORDAN MANN,

                                          Plaintiff,

-against-

PLUS ONE FITNESS; TRUMP WORLD
TOWERS "ROBERT" DOE; JOHN
HENRIQUES, JAMIE MACDONALD DOES 1-
10 Inclusive

                                          Defendants.

-------------------------------------------------------------x

Docket No.: 07 CV 5691
(NRB)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

      The parties, through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all of the crossclaims of defendants' THE BOARD OF MANAGERS OF TRUMP WORLD TOWERS CONDOMINIUM, s/h/a as "TRUMP WORLD TOWERS" and JOHN HENRIQUES, against co-defendants PLUS ONE FITNESS and JAMIE MACDONALD, without an award of costs or attorneys' fees to any party.

Dated:    New York, New York
              January 22, 2010

MARTIN NORCROSS, LLC

_____
Deborah Martin Norcross (DM-0289)
60 Marion Road W
Princeton, NJ 08540
T: (609) 249-5860
E: dmnorcross@martinnorcross.com
Attorneys for Defendants
PLUS ONE FITNESS and
JAMIE MACDONALD

LESTER SCHWAB KATZ & DWYER, LLP

_____
Harold J. Derschowitz (HJD-9910)
120 Broadway
New York, New York 10271
T: (212) 964-6611
Attorneys for Defendants
BOARD OF MANAGERS OF TRUMP WORLD
TOWER CONDOMINIUM, s/h/i as "TRUMP
WORLD TOWERS", and JOHN HENRIQUES

SO-ORDERED this 27th day of
January, 2010

_____
Hon. Naomi Reice Buchwald, JSDJ